# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Christopher Bentley, Nicholas Longo,
Henry Idar III, Vincent Hardy, Jesus Sanchez,
and Taryn Michell, on behalf of themselves
and all others similarly situated,

                     Plaintiffs,

V

The Control Group Media Company, Inc., Instant
Checkmate, LLC and TruthFinders, LLC,

                     Defendants.

Case No.: 3:19-cv-02437-DMS-RBB

**PRO HAC VICE APPLICATION**

**Plaintiffs**
**Party Represented**

I, Thomas J Lyons Jr     hereby petition the above entitled court to permit me
   (Applicant)

to appear and participate in this case and in support of petition state:

    My firm name: Consumer Justice Center P.A.
    Street address: 367 Commerce Court
    City, State, ZIP: Vadnais Heights, MN 55127
    Phone number: 651-770-9707
    Email: tommy@consumerjusticecenter.com
    That on 12/21/2011 I was admitted to practice before State of Minnesota
             (Date)                                                      (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ■have) ☐have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case Tyanna Walker et al v The Control Group Media Company et al
Case Number 3:19-cv-00347-LAB-JLB     Date of Application 02/27/2019
Application: ■ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

                                                                      (Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Stephanie R. Tatar                                              323-744-1146
(Name)                                                                     (Telephone)

Tatar Law Firm APC
(Firm)

3500 West Olive Avenue, Suite 300, Burbank, CA 91505
(Street)                                                              (City)                          (Zip code)

                                                                      (Signature of Applicant)

I hereby consent to the above designation.

                                                                    (Signature of Designee Attorney)