GORDON REES SCULLY MANSUKHANI, LLP
HAZEL MAE B. PANGAN  (SBN:  272657)
hpangan@grsm.com
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 230-7479
Facsimile:  (619) 696-7124

DAMON W.D. WRIGHT
(*pro hac vice* application to be filed)
dwright@grsm.com
1101 King St., Suite 520
Alexandria, VA 22314
Telephone: (202) 399-1009
Facsimile: (202) 800-2999

*Attorneys for Defendants*
*The Control Group Media Company, Inc., Instant Checkmate, LLC, and TruthFinder, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BENTLEY; NICHOLAS LONGO; HENDRY IDAR III; VINCENT HARDY; JESUS SANCHEZ; and TARYN MITCHELL, on behalf of themselves and of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CONTROL GROUP MEDIA COMPANY, INC.; INSTANT CHECKMATE, LLC; TRUTHFINDERS, LLC,<br><br>Defendants. | CASE NO. 19-cv-2437 DMS RBB<br><br>**DEFENDANTS' CONSOLIDATED NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Hearing<br>Date:       April 10, 2020[1]<br>Time:       1:30 p.m.<br>Courtroom: 13A |

---

[1] Pursuant to the Court's Order Setting Briefing Schedule, ECF No. 7, Plaintiffs shall file their response to Defendants' instant motion on or before March 25, 2020, and Defendants may file a reply on or before April 1, 2020. The Court will decide the matter on the briefs unless otherwise ordered.

- 1 -
DEFENDANTS' CONSOLIDATED MOTION TO COMPEL ARBITRATION

# NOTICE OF MOTION AND MOTION
## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on April 10, 2020 at 1:30 p.m. before the Honorable Dana M. Sabraw, United States District Judge, in Courtroom 13A, 13th floor of the U.S. District Court for the Southern District of California, located at James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Defendants, by counsel, will move this Court for an order compelling Plaintiffs to arbitrate their claims on an individual basis. Defendants bring this Motion on the grounds that the Federal Arbitration Act, 9 U.S.C. §§ 1-16, requires mandatory arbitration of Plaintiffs' claims. This Motion is based on this Notice of Motion and Motion, the following Memorandum of Points and Authorities, the accompanying Declarations of Andrew Johnson and Damon W.D. Wright, and exhibits thereto, the complete files and records in this action, and such further evidence and argument the Court might allow.

Respectfully submitted,

Dated: March 11, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Hazel Mae B. Pangan
Hazel Mae B. Pangan
Damon W.D. Wright
*Attorneys for Defendants*
THE CONTROL GROUP MEDIA COMPANY, LLC, INSTANT CHECKMATE, LLC, TRUTHFINDER, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

                                       */s/ Hazel Mae B. Pangan*
                                       Hazel Mae B. Pangan

**Gordon Rees Scully Mansukhani, LLP**
**101 W. Broadway, Suite 2000**
**San Diego, CA 92101**

1203513/50435636v.1

-1-
DEFENDANTS' CONSOLIDATED MOTION TO COMPEL ARBITRATION