HAZEL MAE B. PANGAN (SBN: 272657)
hpangan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7479
Facsimile: (619) 696-7124

DAMON W.D. WRIGHT
(*pro hac vice* application to be filed)
dwright@grsm.com
1101 King St., Suite 520
Alexandria, VA 22314
Telephone: (202) 399-1009
Facsimile: (202) 800-2999

*Attorneys for Defendants*
*The Control Group, Media Company, LLC, Instant Checkmate, LLC, and TruthFinder, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christopher Bentley, Nicholas Longo, Hendry Idar III, Vincent Hardy, Jesus Sanchez, and Taryn Mitchell, on behalf of themselves and of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The Control Group Media Company, Inc., Instant Checkmate, LLC, TruthFinders, LLC<br><br>Defendant. | CASE NO. 19-cv-2437 DMS RBB<br><br>**DECLARATION OF DAMON W.D. WRIGHT IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

**<u>DECLARATION OF DAMON W.D. WRIGHT</u>**

I, Damon W.D. Wright, declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of Virginia and the District of Columbia, and am a partner in the law firm of Gordon Rees Scully Mansukhani, LLP, counsel of record for Defendants The Control Group Media Company LLC; Instant Checkmate, LLC; and TruthFinder,

LLC (collectively "Defendants"). I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently. I make this declaration in support of Defendants' motion to compel arbitration.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Complaint filed by Plaintiffs Tyanna Walker, et al. against Defendants, in the action styled *Walker, et al. v. The Control Group Media Company, Inc., et al.*, Case No. 19-cv-0347-LAB-JLB ("*Walker*") in the United States District Court for the Southern District of California on February 20, 2019.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Joint Motion to Dismiss the *Walker* action, and filed in that case on September 17, 2019 at ECF No. 24.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the Order Granting the Joint Motion to Dismiss the *Walker* action, and issued and signed by the Honorable Larry A. Burns in that case on September 30, 2019 at ECF No. 25.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the arbitration demand and arbitration initiating documents filed with the American Arbitration Association ("AAA") by Plaintiffs/Claimants Tyanna Walker, et al. against Defendants/Respondents The Control Group Media Company LLC; Instant Checkmate, LLC; and TruthFinder, LLC.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of correspondence between the American Arbitration Association and counsel regarding the ensuing arbitration initiated by the plaintiffs in the *Walker* action following its dismissal.

7. On its website, E-Legal, Inc. d/b/a Easy Expunctions advertises that: "We'll have your record scrubbed from the databases of dozens of nationally accredited background check and mugshot companies." A true and correct printout of Easy Expunctions' website (located at

htttps://www.easyexpunctions.com/) (last visited March 10, 2020) is attached hereto as Exhibit 6, with the cited portion of the website printout bracketed in red for the Court's reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 11th day of March, 2020 at Alexandria, Virginia.

_____
Damon W.D. Wright