# EXHIBIT 4

# C J C

## CONSUMER JUSTICE CENTER, P.A.

*367 Commerce Court*
*Vadnais Heights, MN  55127*
*Telephone:  (651) 770-9707*
*Facsimile: (651) 704-0907*
*Internet Address: http://www.consumerjusticecenter.com*
*Email Address: tommy@consumerjusticecenter.com*

October 17, 2019

American Arbitration Association
Case Filing Services
1101 Laurel Oak Road, Suite 100
Voorhees, NJ  08043

Re:   ***Request for Arbitration***
      **Our File No.: 11444**

To Whom it May Concern:

Please find enclosed herein Claimants' Demand for Arbitration (2 copies) along with all the filing fee for all sixteen claimants.

If there are any questions or concerns, please contact our office.

Very truly yours,

Thomas J. Lyons Jr.

TJR/aw
Enclosure
Cc:   Counsel for Respondents (*Via Email and U.S. Mail*)

A Law Firm Protecting the Rights of Consumers

STATE OF MINNESOTA )
                     ) SS
COUNTY OF RAMSEY   )

The attached *Demand for Arbitration Forms,* are being served as follows:

[ ]    **PERSONAL SERVICE** to the following: (separate proof of personal service will be filed)

[X]    **BY E-MAIL** – As follows: I personally sent to the addressee's e-mail address a true copy of the above-described documents.

[X]    **BY MAIL** – As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at St. Paul, Minnesota in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

## SERVICE LIST

| | |
|---|---|
| Daniel S. Silverman, Esq.<br>VENABLE LLP<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA  90067<br>Email:  dssilverman@venable.com<br><br>Christopher S. Crook, Esq.<br>VENABLE LLP<br>600 Massachusetts Avenue NW<br>Washington, DC  20001<br>Email:  cscrook@venable.com | Damon D. Wright, Esq.<br>GORDON & REES SCULLY<br>MANSUKHANI<br>1101 King Street, Suite 520<br>Alexandria, VA  22314<br>Email: dwright@grsm.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.



Andrea L. Weber

Subscribed and sworn to before me
On 17th day of October 2019.

_____
Notary Public

THOMAS J LYONS JR
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2025

CONSUMER JUSTICE CENTER
367 COMMERCE COURT
VADNAIS HEIGHTS, MN  55127

**PB** Premier Banks
2151 THIRD STREET
WHITE BEAR LAKE, MN 55110
(651) 426-7800

75 509/960

21607

10/17/19

PAY TO THE
ORDER OF *American Arbitration Association*          $ 3200.00/100

*Three Thousand Two Hundred Dollars & no/100* ——————          DOLLARS

*16 Claimants Filing Fees*

MEMO *Walker et al v. The Control Media*                AUTHORIZED SIGNATURE          MP

⑆021607⑆ ⑆096005093⑆ 006009751⑆

---

CONSUMER JUSTICE CENTER                                    21607

10/17/19

AAA      $ 3200.00

RE: 11444      Filing Fees
        Walker v. Control Media

---

CONSUMER JUSTICE CENTER                                    21607

 **AMERICAN ARBITRATION ASSOCIATION®**

**DEMAND FOR ARBITRATION**
**CONSUMER ARBITRATION RULES**

Complete this form to start arbitration under an arbitration agreement in a contract.

| |
|---|
| 1. Which party is sending in the filing documents? *(check one)* ☑ Consumer ☐ Business |
| 2. Briefly explain the dispute:<br><br>See attached Claimants Complaint Demand<br>Also see attached Stipulation to Arbitrate |
| 3. Specify the amount of money in dispute, if any: $ TBD |
| 4. State any other relief you are seeking:<br><br>☑ Attorney Fees ☐ Interest ☑ Arbitration Costs ☑ Other; explain: Actual Damages |
| 5. Identify the requested city and state for the hearing if an in-person hearing is held:<br>City: Austin                                     State: Texas |
| 6. Please provide contact information for both the Consumer and the Business. Attach additional sheets or forms as needed. |
| **Consumer:** |
| Name: See Attached List of Claimants |
| Address: |

| City: | State: Select... | Zip Code: |
|---|---|---|
| Telephone: | Fax: | |

| Email Address: |
|---|
| **Consumer's Representative (if known):** |
| Name: Thomas J Lyons Jr  - See attached list of Additional Claimants' Attorneys |
| Firm: CONSUMER JUSTICE CENTER P.A. |
| Address: 367 Commerce Court |

| City: Vadnais Heights | State: Minnesota | Zip Code: 55127 |
|---|---|---|
| Telephone: 651-770-9707 | Fax: 651-704-0907 | |

| Email Address: tommy@consumerjusticecenter.com, andi@consumerjusticecenter.com |
|---|
| **Business:** |
| Name: See Attached List of Respondents |
| Address: |

| City: | State: Select... | Zip Code: |
|---|---|---|
| Telephone: | Fax: | |

| Email Address: |
|---|



AMERICAN ARBITRATION ASSOCIATION®

**DEMAND FOR ARBITRATION
CONSUMER ARBITRATION RULES**

| Business' Representative (if known): | | |
|---|---|---|
| Name:  Daniel S. Silverman see attached List of Additional Respondents Attorneys | | |
| Firm:  VENABE LLP | | |
| Address:  2049 Century Park East, Suite 2300 | | |
| City:  Los Angeles | State:  California | Zip Code:  90067 |
| Telephone:  310-229-9900 | Fax:  310-229-9901 | |
| Email Address:  dssilverman@venable.com | | |
| Date:  October 17, 2019 | | |

**7. Send a copy of this completed form to the AAA together with:**

- A clear, legible copy of the contract containing the parties' agreement to arbitrate disputes;
- The proper filing fee (filing fee information can be found in the Costs of Arbitration section of the Consumer Arbitration Rules); and
- A copy of the court order, if arbitration is court-ordered.

**8. Send a copy of the completed form and any attachments to all parties and retain a copy of the form for your records.**

To file by mail, send the initial filing documents and the filing fee to: AAA Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043.

To file online, visit **www.adr.org** and click on **File or Access Your Case** and follow directions. To avoid the creation of duplicate filings, the AAA requests that the filing documents and payment be submitted together. When filing electronically, no hard copies are required.

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit a completed Affidavit for Waiver of Fees, available on our website.

## AAA ALTERNATIVE DISPUTE RESOLUTION

| | |
|---|---|
| Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerta, Michelle Rice, Samah Haider, Kimberly Kennedy, Christopher Bentley, Nicholas Longo, Hendry Idar III, Vincent Hardy, Jesus Sanchez, Taryn Mitchell, and Naser Alzer, <br><br> Claimants, <br><br> v. <br><br> The Control Group Media Company, Inc. ("The Control Group"), the parent or holding company, and its subsidiaries: Instant Checkmate LLC ("Instant Checkmate") and TruthFinders LLC ("TruthFinders"), <br><br> Respondents. | **CLAIMANTS' COMPLAINT** <br><br> **DEMAND** |

Claimants Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerta, Michelle Rice, Samah Haider, Kimberly Kennedy, Christopher Bentley, Nicholas Longo, Hendry Idar III, Vincent Hardy, Jesus Sanchez, Taryn Mitchell and Naser Alzer (hereinafter collectively referred to as "Claimants") complain of Respondents The Control Group Media Company, Inc. ("The Control Group"), the parent or holding company, and its subsidiaries: Instant Checkmate LLC ( "Instant Checkmate") and TruthFinders LLC ("TruthFinders")

1

(The Control Group, Instant Checkmate, and Truthfinders are hereinafter collectively referred to as "Respondents.").

## I.   INTRODUCTION

1.      This is a consumer action that arises from a background reporting company's willful publication and sale of consumers' expunged, expuncted, and/or sealed criminal records in violation of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq. (the "FCRA") and Texas Business and Commerce Code §§ 109.001–.007.  Claimants anticipate adding other relevant state-law causes of action, similar to the Texas statute cited, as appropriate.

2.      Respondents' misconduct was discovered during multiple audits conducted regarding Respondents by a startup expungement service in Central Texas, which correctly feared that Respondents continued to publish and report expunged and sealed records even after receiving legal notice—which included individualized court orders—to permanently remove these records.  Claimants in this case come from a group of at least twenty-four clients of the Texas expungement service whose expunged or sealed records still appear on Respondents' websites and apps despite receipt of court-order notices as early as July 2017 demanding their immediate removal.   That a single startup expungement service provider encountered such a high frequency of improper publications, given its limited client base and operational history, and that it encountered violations of such length, certainly indicates there is a massive problem.

2

3.        As for the merits of the case, Claimants have caught Respondents red-handed here; what remains to be resolved is simply the number of people harmed and the remedies available to them.[1]

## II.    PARTIES

4.        Claimant Tyanna Walker is an adult individual and citizen of the State of Texas who resides in Houston, Texas.

5.        Claimant Samantha Sanchez is an adult individual and citizen of the State of Texas who resides in Humble, Texas.

6.        Claimant Terry Hunt is an adult individual and citizen of the State of Texas who resides in Converse, Texas.

7.        Claimant Joe Cardenas is an adult individual and citizen of the State of Texas who resides in San Antonio, Texas.

8.        Claimant Vladimir Tejada is an adult individual and citizen of the State of Texas who resides in San Antonio, Texas.

9.        Claimant Roberto Huerta is an adult individual and citizen of the State of Texas who resides in El Paso, Texas.

---

[1] Instant Checkmate and TruthFinders include both mandatory arbitration and waiver of class action provisions within their websites' terms of service, so that anyone who subscribes to their background check service purportedly forfeits these valuable rights. However, that did not occur here, as it was a third-party acting of its own volition that subscribed to and audited Respondents' background database. Claimants did not know of, approve, or pay for the audit and, therefore, have not fallen into Respondents' waiver trap.

10.     Claimant Michelle Rice is an adult individual and citizen of the State of Texas who resides in Dallas, Texas.

11.     Claimant Samah Haider is an adult individual and citizen of the State of Texas who resides in Houston, Texas.

12.     Claimant Kimberly Kennedy is an adult individual and citizen of the State of Texas who resides in Houston, Texas.

13.     Claimant Christopher Bentley is an adult individual and citizen of the State of Texas who resides in Katy, Texas.

14.     Claimant Nicholas Longo is an adult individual and citizen of the State of Texas who resides in Portland, Texas.

15.     Claimant Henry Idar III is an adult individual and citizen of the State of Texas who resides in San Antonio, Texas.

16.     Claimant Vincent Hardy is an adult individual and citizen of the State of Texas who resides in San Antonio, Texas.

17.     Claimant Jesus Sanchez is an adult individual and citizen of the State of Texas who resides in Houston, Texas.

18.     Claimant Taryn Mitchell is an adult individual and citizen of the State of Texas who resides in Rowlett, Texas.

19.     Claimant Naser Alzer is an adult individual and citizen of the State of Texas who resides in Cedar Park, Texas.

20.     Respondent The Control Group Media Company, Inc. d/b/a "The Control Group" is a Delaware corporation with its principal place of business in San Diego, California.  Respondent The Control Group is the parent of, holding company for, or otherwise owns and controls the other named Respondents. As such, it provides or controls background screening services, decision-making intelligence, public record reports and operates as a consumer reporting agency. Respondent, thus, regularly conduct business in the State of Texas, and it operates a principal place of business at 600 B Street, San Diego, CA 92101.  Respondent The Control Group and the other Respondents are "consumer credit reporting agencies," as defined by 15 U.S.C. § 1681a(f), regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing "consumer reports," as defined in 15 U.S.C. § 1681a(d), to third parties.  Respondent The Control Group can be served with process by serving its agent for the service of process Paracorp, Inc. at 2140 S. Dupont Hwy, Camden, DE 19934, or wherever it may be found.

21.     Respondent Instant Checkmate, LLC is a Delaware limited-liability company with its principal place of business in San Diego, California.  Respondent provides or controls background screening services, decision-making intelligence, public record reports and operates as a consumer reporting agency. Respondent regularly conduct business in the State of Texas, and it operates a principal place of business at 3111 Camino Del Rio N Suite 400, San Diego, CA 92108.  Respondent

is a "consumer credit reporting agency," as defined by 15 U.S.C. § 1681a(f), and regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing "consumer reports," as defined in 15 U.S.C. § 1681a(d), to third parties. Respondent Instant Checkmate, Inc., can be served with process by serving its agent for the service of process Paracorp, Inc. at 2140 S. Dupont Hwy, Camden, DE 19934, or wherever it may be found.

22.     Respondent TruthFinders, LLC, is a Delaware limited liability company with its principal place of business in San Diego, California. Respondent provides or controls background screening services, decision-making intelligence, public record reports and operates as a consumer reporting agency. Respondent regularly conduct business in the State of Texas, and it operates a principal place of business at 2534 State Street Suite 473, San Diego, CA 92101. Respondent is a "consumer credit reporting agency," as defined by 15 U.S.C. § 1681a(f), and regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing "consumer reports," as defined in 15 U.S.C. § 1681a(d), to third parties. Respondent Truthfinders, LLC, can be served with process by serving its agent for the service of process Paracorp, Inc. at 2140 S. Dupont Hwy, Camden, DE 19934, or wherever it may be found.

## III.   FACTUAL ALLEGATIONS

23.      About one in three Americans has a criminal record of some kind. 87 percent of employers, 80 percent of landlords, and 66 percent of colleges screen for criminal records. Background checking has become an intractable barrier to the fundamental needs of life for huge numbers of people with criminal records and has become a significant cause of poverty in this country, a phenomenon known as collateral consequences.

24.      To alleviate this burden, most states have expanded their expungement or sealing laws in the last decade. For instance, Texas passed its own protective provisions in 2013, which is today codified in Texas Business and Commerce Code §§ 109.001–.007.  These state laws provide additional remedies and protections to those found in the federal Fair Credit Reporting Act (15 U.S.C. § 1681 et seq), which has long forbidden the publication and reporting of expunged or sealed records. Despite the efforts of Congress and state legislatures, however, the commercial screening industry's continued publication and reporting of expunged cases threatens to undermine the whole strategy of broadening expungement as a remedy for the harm of collateral consequences.

25.      Moreover, the proliferation of background check companies, numbering in the hundreds and all charging subscription or access fees, creates insurmountable logistical and financial obstacles to anyone wanting to insure his or her expunged criminal record was, in fact, removed from publication by the universe of online

7

businesses operating in this field.   First, someone would need to locate every reporting site, which is practically impossible, and, second, pay to join every site and then negotiate the removal of any wrongful publication of expunged or sealed records found, on a site-by-site basis. More difficult still, a number of background reporting companies, such as Respondents in this case, employ multiple online "storefronts," each branded with a different name but all using the same employees and database. By this method, they attempt to confuse clients and avoid any and all regulation by disclaiming that they are governed by the FCRA at all. Needless to say, but the only reason not to operate openly as a legitimate, regulated background reporting company is to save the expense and effort required to provide accurate and legally permissible background information. As a result of this "Wild West" situation in the background screening industry, expunged records can be, and are, available for anyone to view for months or even years while, simultaneously, remaining unknown and undiscoverable to the individuals reported upon.

**A.** *Respondents' History of FCRA Non-Compliance*

26.      Instant Checkmate is one of America's largest, most heavily trafficked online background reporting services. Instant Checkmate, its parent company, The Control Group, and its 2015 sibling spinoff, TruthFinders, have made their fortunes monetizing the criminal backgrounds, employment records and personal data of the American public.

27.     Founded in 2010, "Instant Checkmate embodied the clever and brash kind of company seeking opportunities on the Wild West frontier of personal data. By using aggressive marketing, it attracted a stream of new users. Even within a young industry, it surpassed existing businesses to become a leading site selling personal dossiers to the public, with a focus on criminal records."[2]  Instant Checkmate was attracting twenty million unique visitors *a month* by early 2014, and Instant Checkmate advertised that it had conducted more than 180 million searches in its first four years of operation and, on information and belief, those numbers have only continued to rise since.   The company's stratospheric growth was fueled by a multimillion-dollar marketing campaign aimed squarely at selling comprehensive background reports about unsuspecting Americans, the exact type of reporting product that falls within the purview and protections of the FCRA.  Among other purchasers, Instant Checkmate sold these reports to people who, as a matter of law, are expressly subject to the FCRA: employers and property managers.

28.     Specifically, Instant Checkmate spent millions of dollars advertising its consumer background reports to anyone who wanted to investigate a potential new renter, child care provider, household worker, or other employee. According to the U.S. Department of Justice ("DOJ") and the U.S. Federal Trade Commission

---

[2] Tanner, Adam. *What Stays in Vegas: The World of Personal Data – Lifeblood of Big Business – and the End of Privacy as We Know It.*  New York, PublicAffairs, 2014 (p. 68)

("FTC"), this advertising included statements on the company's official website, its company blog, ubiquitous Google Ad Words campaigns, and banner advertisements distributed though Instant Checkmate's affiliate advertising networks. (*See* Exhibit A, Complaint in *United States v. Instant Checkmate, Inc.*, Case No.: 14cv0675-H(JMA) (S.D.C.A. March 28, 2014)(pp. 3-4)

29.       Complying with the FCRA is neither cheap, nor easy—and a company that could somehow avoid its compliance requirements would have an enormous advantage over its competition; indeed, an advantage so large that it might vault into the stratosphere of the background reporting industry by year four of its existence. Crucially, the FCRA provides wide-ranging protections to maximize the accuracy of the data sold on any individual and to provide potential renters, credit applicants, and employees adequate transparency, remedies, and ability to consent.  The FCRA creates, moreover, nearly identical compliance duties on both the background reporting company and the person or business who purchases the background check. Most background reporting companies in this $3 billion a year industry clearly state that they comply with the FCRA and assist their clients with compliance as well.

30.       Instant Checkmate, on the other hand, pioneered and today dominates a shadowy landscape of companies in the industry that openly refuse to comply with the FCRA—this is not hyperbole, Instant Checkmate, TruthFinders, and the assortment of companies that emulate them, place notices and disclaimers on their websites and apps stating that the FCRA's consumer protection laws simply do not

apply to them. Instant Checkmate does not do this to warn away companies who may be looking for an FCRA compliant background service. To the contrary, Instant Checkmate has been posting this disclaimer nonstop since its founding in 2010, during a multi-year period in which it spent millions of dollars advertising to people and businesses wanting to investigate renters and new hires. This disclaimer was wink-and-a-nod advertising to countless small-to-medium sized businesses and individuals who, just like Instant Checkmate, illegally sought to avoid the time and expense of complying with the FCRA, including the payment of higher fees to FCRA compliant services.

31.    By statute, the FTC is the public sector enforcer of the FCRA. On its official website is an entire section devoted to stamping out Instant Checkmate's disclaimer scheme and, to this day, the FTC site holds up Instant Checkmate as a cautionary tale. As for Instant Checkmate's disclaimer scheme, the FTC warns would be copycat sites that:

"You know that phrase 'If it quacks like a duck…'? It's applicable in the Fair Credit Reporting Act context, too. If a company meets the legal definition of a 'consumer reporting agency,' it's a consumer reporting agency. Including a disclaimer that says, in effect, 'But we're not a [Consumer Reporting Agency]!' won't change that."

(*See* www.ftc.gov/news-events/blogs/business-blog/2013/01/background screening-reports-fcra-just-saying-youre-not).

32.    In 2014, Respondents, and their corporate officers, were charged by the U.S. Department of Justice, heavily fined by the FTC, and permanently enjoined

from continuing their unlawful business practices by Judge Huff of the United States District Court of the Southern District of California.  The U.S. Government categorized Instant Checkmate as a Consumer Reporting Agency under the FCRA and fined them $525,000 for committing an assortment of the same violations Claimants complain of. The Court's permanent injunction states:

"IT IS ORDERED that Defendant [Instant Checkmate], Defendant's officers, agents, servants, employees, and all other persons in active concert or participation with any of them, who receive actual notice of this Order, whether acting directly or indirectly, in connection with operating as a Consumer Reporting Agency, are hereby permanently restrained and enjoined from:

A.    furnishing a Consumer Report to any Person who Defendant does not have reason to believe has a Permissible Purpose to receive the Consumer Report;

B.    failing to maintain reasonable procedures designed to limit the furnishing of Consumer Reports to Persons that have Permissible Purposes to receive them. Such reasonable procedures shall require that: prospective users of the information identify themselves, certify the purposes for which the information is sought, and certify that the information will be used for no other purpose; and that Defendant make a reasonable effort to verify the identity of a new prospective user and the uses certified by such prospective user prior to furnishing such user a Consumer Report;

C.    failing to maintain reasonable procedures to assure the maximum possible accuracy of the information concerning the individual about whom a Consumer Report relates; and

D.    failing to provide a notice identical or substantially similar to the one attached as Attachment B to this Order, to any person to whom a Consumer Report is provided by Defendant, provided that Defendant may provide an electronic copy of the notice to a user if: (a) in the ordinary course of business, the user obtains Consumer Report information from Defendant in electronic form, and (b) the notice is Clear and Prominent."

(*See* Exhibit B, Consent Order of Judge Marilyn L. Huff, pp. 4-5)

33.     The issuance of Judge Huff's 2014 Consent Order was a crossroads moment for Instant Checkmate. But, instead of getting into compliance with the FCRA, as contemplated by the plain language of the order and the size of its monetary fine, Instant Checkmate simply eliminated specific advertisements to employers and property managers. That's it. Nothing else about their shady business practices changed at all—obviously—or Claimants would not be here today. Multiple audits show that many months after receiving court-orders and notices to remove various consumers' expunged or sealed records, nearly all still appear on Respondents' database and consumer reports in complete defiance of both the federal court injunction and the Texas state courts who issued the expungements.

34.     Instant Checkmate, a business who came to dominate the background reporting industry in four short years by purposefully flouting the FCRA, whose customer base at the time of the Consent Order was stocked full of employers and property managers, had two viable paths before it on May 28, 2014:  (1) get into FCRA compliance, or (2) scour its client base for improper users and disgorge them, if possible, or start over from scratch. Instead, Instant Checkmate merely tweaked its advertising and continued to enjoy the fruits of its intentional misconduct. Importantly, here, the Consent Order also required Instant Checkmate to supply periodic compliance reports to the FTC through 2017 – it certainly remains to be seen if these compliance reports fully disclosed the flimsy playbook Instant Checkmate was running to avoid compliance requirements post May 28, 2014.

## D. *Respondents Practice as a Consumer Reporting Agency*

35.       Given they claim the law does not apply to them, it is not surprising that Respondents routinely and wrongfully deprive American consumers of the many rights afforded to them by the FCRA, including the right to obtain free copies of reports that Respondents sell about a consumer, and the right to require that Respondents only report information that adheres to the standard of maximum possible accuracy. These rights, of course, mirror Instant Checkmate's obligations under its 2014 permanent injunction, which honored the FTC's conclusion that Instant Checkmate operated as a consumer reporting agency under the FCRA.

36.       Respondents operate background investigation websites that allow users to search for consumers based on several categories, including name, date of birth, and state of residence. Those reports can contain numerous items of information, including but not limited to age, employer, current and previous addresses, phone numbers, email addresses, arrest and conviction records, the identity of relatives, property records, marriage and divorce records, social media accounts, and lawsuit records.

37.       Respondents allow consumers nationwide to request—for a fee—a background report on virtually any person in the United States. In response to a request, Respondents obtain information from various sources and assemble it into detailed reports they provide to users. These reports contain private, sensitive and often erroneous data, including but not limited to residential history, birth dates,

14

criminal records, tax records, DMV records, professional license records, civil suits, and social media information.

38.     Respondents maintain inadequate policies or procedures to insure they accurately assemble and provide consumer reports in compliance with the FCRA, especially in the matter of eliminating expunged, expuncted, or sealed criminal records from their websites and reports.

39.     All of Respondents' terms of service pages expressly disclaim any and all responsibility for inaccuracies in their respective data bases and reports, including criminal records, by purporting to foist this duty on the government agencies and third-party data providers who create or provide this information to Respondents.

40.     Instead, Respondents seek to shield their non-compliant reporting behind a self-serving claim that none of them are consumer reporting agencies, that they do not sell consumer reports, and that they are not subject to the FCRA.

41.     But what Respondents really provide is highly sensitive personal, legal and financial information regarding individuals. The information is the same information that is provided in consumer reports by recognized consumer reporting agencies and the information in Respondents' reports are compiled using the same data sources as the major consumer reporting agencies reports.

42.     Moreover, Respondents' customers are in no way prevented from using these reports for the same purposes as users of other consumer reports — to make

decisions regarding employment, housing, and credit worthiness, among other things.

43.     For the reasons above, and at all relevant times, Respondents were consumer reporting agencies ("CRA"), defined by section 1681a(f) of the FCRA as follows:  "The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer."

44.     Respondents obtain distilled and incomplete public record information, including criminal record history, from third party databases and courthouses and maintain such data in consumer files that they create and assemble. As a CRA, Respondents are also required to follow reasonable procedures to assure maximum possible accuracy of the information concerning the individual about whom the report relates, per 15 U.S.C. § 1681e(b).

45.     Respondents do not, however, maintain strict procedures designed to ensure that such information is complete and up to date, nor do they utilize reasonable procedures designed to assure maximum possible accuracy. Based upon a common policy and practice, Respondents regularly and illegally publish and report criminal records that have been expunged, expuncted or sealed by court order.

16

46.      For example, Claimants comes from a group of similarly injured clients of a single expungement service in Central Texas that – of its own volition and without instruction from or payment by their injured clients – audited Respondents. In each case, Respondents' published, publicly available database included sealed, expunged or expuncted criminal records many months past the date that Respondents were provided legal notice to remove the impermissible and inaccurate information. If a single expungement service found many of its clients were injured in just the last year alone, it seems inevitable that there will be hundreds if not thousands more nationwide whose rights were similarly ignored by these Respondents, and likely for many years. Simply put, despite being fined $525,000 and being placed under a 3-year monitoring program by the Department of Justice and FTC in 2014, these Respondents still fail or refuse to run a background reporting service in a legally compliant manner.

47.      Respondents' practices not only violate the FCRA as a matter of law, the practices exact serious consequences on consumer job applicants and interstate commerce. Consumers who have attempted to obtain the deletion of negative background history are prejudiced in their ability to adequately determine whether the information is being accurately published or reported.

48.      Despite their duties to maintain strict procedures to assure that criminal record information is complete and up to date, and to utilize procedures designed to assure maximum possible accuracy of the criminal record information that they

17

publish and/or sell to the public, Respondents have nonetheless deliberately, willfully, intentionally, recklessly and negligently adopted a policy and practice that disregards these duties, in violation of the FCRA.

49.     Finally, Respondents also fail to provide notice to consumers at the time they sell reports as required by the FCRA. They do not provide consumers with a disclosure of all the information in their files that pertains to the consumer or the sources of this information upon request, as required by the FCRA. They do not provide consumers with a free annual disclosure under the FCRA, which shall consist of "all information in the consumers file at the time of the request." Quite the opposite is true: Respondents willfully violate the FCRA by making misrepresentations to convince consumers who visit their site or contact them that they do not sell consumer reports and are not governed or regulated by the FCRA as a consumer reporting agency or in any other respect.

50.     For nearly a decade, Instant Checkmate has maximized profits by playing cat-and-mouse with industry regulators and the law.  Respondents seek to avoid their FCRA obligations to gain a competitive advantage over reputable consumer reporting agencies who go to the time and expense of complying with the law, which directly impacts interstate commerce.

### E.   *Respondents Published Criminal Records Under Texas Law*

51.     Based on the same facts that triggered the FCRA compliance requirements above, Respondents also fall squarely within the ambit of Chapter 109 of the Texas Business and Commerce Code.

52.       In Texas, when an order of expunction is final, "the release, maintenance, dissemination, or use of the expunged records for any purpose is prohibited," and "the person arrested may deny the occurrence of the arrest and the existence of the expunction order."  TEX. CODE CRIM. PROC. art. 55.03.  Similar provisions exist in Texas for sealed criminal records, as well.  TEX. GOV. CODE §411.0755. Indeed, Texas refuses to sell criminal record data to background reporting companies who publish expunged or sealed records.  TEX. GOV. CODE §411.0835) ("If … a private entity that purchases criminal history record information from the department has been found by a court to have committed three or more violations … the department may not release any criminal history record information to that entity until the first anniversary of the date of the most recent violation."). Recognizing the seriousness of the harm such misconduct creates, the State of Texas specifically makes wrongful publication a second-degree felony.  TEX. GOV. CODE §411.085.[3]

---

[3] Claimants expressly reserve the right to bring R.I.C.O. claims, subject to permission, should discovery confirm their apparent viability in this case.

53.      As for private-party claims, Chapter 109 of the Texas Business and Commerce Code governs business entities that are engaged in publication of certain criminal record information. TEX. BUS. & COMM. CODE §§ 109.001–.007. Chapter 109 applies to a business entity that "publishes" criminal record information and that charges "a fee or other consideration to correct or modify criminal record information." TEX. BUS. & COMM. CODE § 109.002(a)(1).

54.      By posting the information on their websites, Respondents made Claimants' criminal record information available for inspection by anyone with access to the website; thus, "publishing" such records under Texas law, which defines "publishing" very broadly, requiring only that a background investigation website or company "communicate or make information available to another person in writing or by means of telecommunications and includes communicating information on a computer bulletin board or similar system." TEX. BUS. & COMM. CODE § 109.001(4).

55.      By charging, for example, $34.78 per month for a standard plan subscription (and these prices vary between Respondents depending on special offers, etc.)—and by making these fees or consideration mandatory for anyone wanting to access their own personal criminal records as part of the correction or modification process — Respondents charge "a fee or other consideration to correct or modify criminal record information" under Texas law.

56.     Moreover, Respondents' websites all contain a trap that ironically also constitutes "other consideration" under the law. Before anyone may pay for and create an account with Respondents to ascertain whether or not their expunged or sealed records are being unlawfully published, they must agree to waive any right to pursue a trial by jury or class action. Foregoing these valuable rights also constitutes a form of consideration in this case.

57.     Next, a business entity may not publish criminal records if it has knowledge or has received notice that an order of expunction has been issued under Texas Code of Criminal Procedure article 55.03. On information and belief, Respondents, or their third-party Texas data provider, received notice of expunction for Claimants from both the Texas Department of Public Safety and from Claimants themselves.

58.     A business entity that publishes information in violation of section 109.005 is liable to the individual who is the subject of the information in an amount not to exceed $500 for each separate violation, and in the case of a continuing violation, an amount not to exceed $500 for each subsequent day on which the violation occurs. An individual who prevails in an action under section 109.005 is also entitled to recover court costs and reasonable attorney's fees. TEX. BUS. & COMM. CODE § 109.005(d).

### F.   *The Experience Of Claimants*

59.      Claimants hired the same online expungement assistance service to expunge certain criminal records related to past offenses qualifying for expungement or sealing under Texas law. Claimants — much like anyone nationwide seeking to expunge, expunct, or seal criminal records in an American court or tribunal — also paid several hundred dollars in court costs, fees, and related expenses to successfully expunge or seal their records and received an Expungement Order from state court.

60.      Similarly, Claimants paid an additional $100 to personally notify the universe of background check companies, including Respondents, that they must remove the expunged, expuncted or sealed records from their database.  In other words, Claimants suffered economic damages when Respondents deprived Claimants of the benefit of what she paid to obtain and what she paid to make sure Respondents were aware of their duty under law.

61.      Next, copies of Claimants' Expungement Orders were served on appropriate state agencies and law-enforcement agencies, which promptly removed and expunged all records and related files from state-run databases. These expunged Texas criminal charges were eliminated from the Texas Department of Public Safety database that was provided to bulk purchasers, including Respondents (either directly or through a third-party provider).

62.      Likewise, Claimants, through her expungement assistance service, provided proper notice to over a hundred commercial background reporting services,

including Respondents. The online mailing service used on behalf of Claimants show receipt of this notice by one or more of Respondents.

63.      Despite the repeated efforts of Claimants and the State of Texas, the expunged criminal records for the Claimants, continue to be published and available to the public on Respondents' websites, at least as of February 20, 2019. Evidence of these violations was gathered independently of Claimants and other clients by their third-party expungement service provider who had become concerned that Respondents were simply ignoring the legal notices they received. This third-party simply subscribed to Respondents' website and reviewed its clients' published reports for a fee.

64.      As for the removal from public view of the expunged charges from state-run databases, any preparer of a background check that maintained strict procedures designed to insure complete and up to date information would have been aware that it was no longer appropriate to report the expunged charges. Frankly, even a preparer using less than strict procedures would have caught these publication and reporting problems, but Respondents clearly were not and are not even doing minimal verification or record cleanup.

65.      Thus, Respondents published and possibly reported Claimants' expunged criminal record long after it had been hidden from public view and then eliminated from relevant state-run databases. Clearly, Respondents failed or refused to search for updated public record information on Claimants' expunged criminal

23

charges or employ other best practices to avoid publication of erroneous consumer data.

66.     At all relevant times, Respondents were acting by and through their agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of Respondents herein.

67.     At all relevant times, the conduct of Respondents, as well as that of their agents, servants and/or employees, was intentional, willful, reckless, and in grossly negligent disregard for federal and state laws and Claimants' rights. Respondents knowingly carry out a business practice of publishing and reporting criminal record information that is not current or up to date, and without assuring that such information has not been expunged or had its status changed. There is no reading or interpretation of section 1681e(b) of the FCRA, Chapter 109 of the Texas Business and Commerce Code, or any provision for that matter, which would justify, sanction, excuse or condone such a practice.

## IV. CAUSES OF ACTION

## COUNT ONE – FCRA § 1681e(b)

68.     Claimants incorporate the foregoing paragraphs as though the same were set forth at length herein.

69.     Pursuant to sections 1681n and 1681o, each of the Respondents is liable for negligently and/or willfully violating the FCRA by failing to follow reasonable

procedures to assure maximum possible accuracy of the information concerning the individual about whom a consumer report relates, in violation of section 1681e(b).

70.        As a result of Respondents' conduct Claimants suffered actual damages in the form of out-of-pocket loss in the funds paid to complete the expungement, expunction, or sealing of criminal records process only to have Respondents continue to report obsolete and impermissible criminal information about her

71.        Claimants seek actual, statutory and punitive damages in addition to her costs and attorneys' fees pursuant to 15 U.S.C. §1681n.

## COUNT TWO – TEX. BUS. & COM. CODE §§ 109.001–.007

72.        Claimants incorporate the foregoing paragraphs as though the same were set forth at length herein.

73.        Pursuant to sections 109.001—.007, each of the Respondents are liable for failing to remove Claimants' expunged criminal record from their websites and reports after being provided notice.

74.        Claimants are entitled to a penalty of up to $500 for each separate violation.  Each of the Respondents has engaged, and is engaging, in a continuing violation, so a separate penalty of up to $500 per violation is owed for each day on which the violation occurred TEX. BUS. & COMM. CODE § 109.005(b).

75.        Claimants are entitled to their attorneys' fees and costs related to their claims for penalties under Texas Business and Commerce Code Chapter 109.  TEX. BUS. & COMM. CODE § 109.005(d).

## COUNT THREE - INJUNCTIVE RELIEF UNDER TEXAS LAW

76.     Claimants incorporate the foregoing paragraphs as though the same were set forth at length herein.

77.     Claimants request that the Court enter a temporary and permanent injunction ordering Respondents to comply with Texas Business and Commerce Code Chapter 109 by (1) immediately removing all information regarding any criminal record information related to Claimants that has been expunged by a Texas court from their databases, and (2) not publishing any criminal record information that has been expunged by a Texas court. TEX. BUS. & COMM. CODE § 109.005(c) ("In an action brought under this section, the court may grant injunctive relief to prevent or restrain a violation of this section.").

78.     Claimants are entitled to their attorneys' fees and costs related to seeking and obtaining injunctive relief. TEX. BUS. & COMM. CODE § 109.005(d).

### V. PRAYER FOR RELIEF

79.     WHEREFORE, Claimants seek relief against Respondents as follows:

- That judgment be entered against Respondents for statutory damages in the amount of not less than $100 and not more than $1,000 per violation per Claimant, pursuant to 15 U.S.C. § 1681n(a);

- That judgment be entered against Respondents for punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

- That judgement be entered against Respondents for statutory damages in the amount of not more than $500 per violation per Claimant and, in the case of a continuing violation, an amount not to exceed $500 for each subsequent day on

which such violation(s) occurred, per Claimant, pursuant to Chapter 109 of the Texas Business and Commerce Code;

• That the Court enter a temporary injunction, and on final judgment a permanent injunction, prohibiting Respondents from publishing criminal record information that has been expunged by a Texas court;

• That judgment be entered in favor of Claimants for actual damages related to obtaining the expungement, expunction or sealing of criminal records;

• That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. §1681n and §1681o; and

• That the Court grant such other and further relief as may be just and proper.

Dated this 17th day of October 2019.

Respectfully Submitted,

By: s/Thomas J. Lyons Jr.

David George, Esq.
BAKER WOTRING LLP
700 JP Morgan Chase Tower
600 Travis Street
Houston, TX 77002
Telephone: 713-980-1700
Facsimile: 713-980-1701
Email: dgeorge@bakerwotring.com

Kevin D. Green, Esq.
CONSUMER ADVOCATE OFFICE OF KEVIN GREEN
800 Brazos St. Suite 1309
Austin, TX 78701
Telephone: (512) 695-3613
Email: kevingreen68@gmail.com

Thomas J. Lyons Jr., Esq.
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651)704-0907
Email: tommy@consumerjusticecenter.com

*ATTORNEYS FOR CLAIMANTS*

## LIST OF CLAIMANTS:

1.  Samah Haider
    13100 W. Belfort Ave.
    Apt. 924
    Houston, TX  77099
    832-863-5581
    samhaider@hotmail.com

2.  Kimberly Kennedy
    1918 Spillers Lane
    Houston, TX  77043
    932-815-1636
    Kimmyk4851@gmail.com

3.  Tyanna Walker
    122 Villa Lea Lane
    Houston, TX  77071
    225-335-3077

4.  Henry Idar III
    682 Rattler Bluff
    San Antonio, TX  78251
    210-487-9121
    henryidar@gmail.com

5.  Roberto Huerta Jr
    3326 ½ Pera Ave
    El Paso, TX  79905
    915-694-2943
    Rhuerta1967@yahoo.com

6.  Michelle Rice
    3613 Frankford Road, Apt. 113
    Dallas, TX  75287
    214-662-2820
    Ryan33blue@gmail.com

7.  Terry Hunt

325 Deborah Dr
Converse, TX  78109
210-717-2550
burbansandjags@gmail.com

8. Vladimir Tejada
7919 Mustang Canyon
San Antonio, TX 78244
210-364-6950

9. Samantha Sanchez
18343 Wild Lilac Trail
Humble TX  77346
832-453-6178
Samantha1024@hotmail.com

10. Joe Cardenas
2330 Waverly Ave.
San Antonio, TX  78228
210-833-2091
Joe.cardenas172@gmail.com

11. Nicholas Longo
216 Shore Drive
Portland, TX  78374
nick@geekdom.com

12. Christopher Bentley
2101 Georgetown
Katy, TX  77493
281-318-9499
Cbentley74@gmail.com

13. Vincent Hardy
5819 Eagle Lake Drive
San Antonio, TX 78244
Vhardy919@gmail.com

14. Jesus Sanchez
2711 Grand Canyon Dr

Houston, TX 77067
Jmsanchez89.js@gmail.com

15. Taryn Mitchell
    9200 Willard Street
    Rowlett, TX  75088
    thephoenixent@gmail.com

16. Naser Alzer
    2604 Passion Flower
    Cedar Park, TX  78613
    512-762-0768
    Naser.alzer@gmail.com

## LIST OF RESPONDENTS:

1. **The Control Group Media Company, Inc. ("The Control Group"):** The Control Group Media Company, Inc. d/b/a "The Control Group" is a Delaware corporation with its principal place of business in San Diego, California. Respondent The Control Group is the parent of, holding company for, or otherwise owns and controls the other named Respondents. As such, it provides or controls background screening services, decision-making intelligence, public record reports and operates as a consumer reporting agency. Respondent, thus, regularly conduct business in the State of Texas, and it operates a principal place of business at 600 B Street, San Diego, CA 92101. Respondent The Control Group and the other Respondents are "consumer credit reporting agencies," as defined by 15 U.S.C. § 1681a(f), regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing "consumer reports," as defined in 15 U.S.C. § 1681a(d), to third parties. Respondent The Control Group can be served with process by serving its agent for the service of process Paracorp, Inc. at 2140 S. Dupont Hwy, Camden, DE 19934, or wherever it may be found.

2. **Instant Checkmate LLC ("Instant Checkmate"):** Respondent Instant Checkmate, LLC is a Delaware limited-liability company with its principal place of business in San Diego, California. Respondent provides or controls background screening services, decision-making intelligence, public record reports and operates as a consumer reporting agency. Respondent regularly conduct business in the State of Texas, and it operates a principal place of business at 3111 Camino Del Rio N Suite 400, San Diego, CA 92108. Respondent is a "consumer credit reporting agency," as defined by 15 U.S.C. § 1681a(f), and regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing "consumer reports," as defined in 15 U.S.C. § 1681a(d), to third parties. Respondent Instant Checkmate, Inc., can be served with process by serving its agent for the service of process Paracorp, Inc. at 2140 S. Dupont Hwy, Camden, DE 19934, or wherever it may be found.

3. **TruthFinders LLC ("TruthFinders"):** Respondent TruthFinders, LLC, is a Delaware limited liability company with its principal place of business in San Diego, California. Respondent provides or controls background screening services, decision-making intelligence, public record reports and operates as a consumer reporting agency. Respondent regularly conduct business in the State of Texas, and it operates a principal place of business at 2534 State Street Suite 473, San Diego, CA 92101. Respondent is a "consumer credit reporting agency," as defined by 15 U.S.C. § 1681a(f), and regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing "consumer reports," as defined in 15 U.S.C. § 1681a(d), to third parties.

Respondent Truthfinders, LLC, can be served with process by serving its agent for the service of process Paracorp, Inc. at 2140 S. Dupont Hwy, Camden, DE 19934, or wherever it may be found.

## LIST OF ADDITIONAL RESPONDENTS' ATTORNEYS:

Daniel S. Silverman, Esq.
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  310-229-9900
Facsimile:  310-229-9901
Email:  dssilverman@venable.com

Christopher S. Crook, Esq.
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC  20001
Telephone: 202-344-4937
Facsimile:  202-344-8300
Email:  cscrook@venable.com

Damon D. Wright, Esq.
GORDON & REES SCULLY MANSUKHANI
1101 King Street, Suite 520
Alexandria, VA  22314
Telephone: 202-399-1009
Facsimile:  202-800-2999
Email: dwright@grsm.com

## LIST OF ADDITIONAL CLAIMANTS' ATTORNEYS:

Thomas J. Lyons Jr., Esq.
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  651-770-9707
Facsimile:  651-704-0907
Email:  tommy@consumerjusticecenter.com

David George, Esq.
BAKER WOTRING LLP
700 JP Morgan Chase Tower
600 Travis Street
Houston,TX  77002
Telephone: 713-980-1700
Facsimile: 713-980-1701
Email: dgeorge@bakerwotring.com

Kevin D. Green, Esq.
CONSUMER ADVOCATE OFFICE OF KEVIN GREEN
800 Brazos St. Suite 1309
Austin, TX 78701
Telephone: (512) 695-3613
Email: kevingreen68@gmail.com

Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

Thomas J. Lyons Jr., Esq.
*(Admitted Pro Hac Vice)*
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651)704-0907
tommy@consumerjusticecenter.com

*Attorney for Plaintiffs*
**Tyanna Walker, Samantha Sanchez,
Terry Hunt, Joe Cardenas, Vladimir Tejada,
Roberto Huerta, Michelle Rice,**
and the class

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerta, and Michelle Rice** on behalf of themselves and of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **The Control Group Media Company, Inc., Instant Checkmate, LLC,** and **TruthFinders, LLC,** <br><br> Defendants. | Case No. 3:19-cv-00347-LAB-JLB <br><br> Hon. Larry Alan Burns <br> Courtroom 14A <br><br> **JOINT MOTION TO STAY CASE TO ALLOW ARBITRATION** <br><br> Action Filed:  February 20, 2019 <br> Am. Complaint: April 2, 2019 |

1

JOINT MOTION TO STAY CASE
TO ALLOW ARBITRATION

1    Plaintiffs Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas,

2  Vladimir Tejada, Roberto Huerta, and Michelle Rice (collectively, "Plaintiffs") and

3  Defendants The Control Group Media Company, LLC, Instant Checkmate, LLC,

4  and TruthFinder, LLC (collectively, "Defendants") (Plaintiffs and Defendants

5  collectively referred to as the "Parties") file this joint motion to stay this case to

6  allow arbitration.

7    The Parties agree that the claims in this case should be arbitrated.

8  Specifically, Plaintiffs are not challenging that they are bound by the mandatory

9  arbitration and class action waiver provisions set forth in Defendants' website terms

10  of use and thus their claims must be brought in the claimants' individual capacity

11  and not in a representative or class capacity before an arbitrator with the American

12  Arbitration Association.  The Parties, therefore, request that the Court stay this case

13  to allow the Parties to arbitrate.  The Parties further agree that, with the granting of

14  their joint motion, Defendants' Motion to Dismiss (Doc. 7) will be moot, except to

15  the extent it will be decided in arbitration.

16    Accordingly, the Parties request that the Court (1) stay this case to allow

17  arbitration, and (2) deny Defendants' Motion to Dismiss (Doc. 7) as moot, without

18  prejudice to Defendants.

19    Dated this 17th day of June, 2019.

20    Respectfully Submitted,

21  By: *Stephanie R. Tatar*                          David George, Esq.
                                                       (*Pro Hac Vice Forthcoming*)
22  Stephanie R. Tatar (SBN 237792                    BAKER WOTRING LLP
    TATAR LAW FIRM, APC                               700 JP Morgan Chase Tower
23  3500 West Olive Avenue, Suite 300                 600 Travis Street
    Burbank, California 91505                         Houston, TX  77002
24  Telephone: (323) 744-1146                         Telephone: 713-980-1700
    Facsimile: (888) 778-5695                         Facsimile: 713-980-1701
25  Stephanie@thetatarlawfirm.com                     dgeorge@bakerwotring.com
26

27

28
                                        2
                                              JOINT MOTION TO STAY CASE
                                              TO ALLOW ARBITRATION

1   Kevin D. Green, Esq.
    (*Pro Hac Vice Application*
2   *Forthcoming*)
    CONSUMER ADVOCATE OFFICE
3   OF KEVIN GREEN
    800 Brazos St. Suite 1309
4   Austin, TX 78701
    Telephone: (512) 695-3613
5   kevingreen68@gmail.com
6
    Thomas J. Lyons Jr., Esq.
7   (*Admitted Pro Hac Vice*)
    CONSUMER JUSTICE CENTER
8   P.A.
    367 Commerce Court
9   Vadnais Heights, MN 55127
    Telephone: (651) 770-9707
10  Facsimile: (651)704-0907
    tommy@consumerjusticecenter.com
11
12  *Attorneys for Plaintiffs Tyanna*
13  *Walker, Samantha Sanchez, Terry*
    *Hunt, Joe Cardenas, Vladimir Tejada,*
14  *Roberto Huerta, and Michelle Rice*
15
16
17  By: *Daniel S. Silverman*
18  VENABLE LLP
    Daniel S. Silverman (SBN 137864)
19  dssilverman@venable.com
    2049 Century Park East, Suite 2300
20  Los Angeles, CA  90067
    Telephone: (310) 229-9900
21  Facsimile:   (310) 229-9901
22
23
24
25
26
27
28

Damon W.D. Wright
(*pro hac vice* application to be filed)
dwdwright@venable.com
Christopher S. Crook
(*pro hac vice* application to be filed)
cscrook@venable.com
600 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 344-4937
Facsimile: (202) 344-8300

*Attorneys for The Control Group*
*Media Company, LLC; Instant*
*Checkmate, LLC; and TruthFinder,*
*LLC*

---

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 17, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

By:   */s/ Stephanie R. Tatar*
Stephanie R. Tatar

1

JOINT MOTION TO STAY CASE
TO ALLOW ARBITRATION

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10
11   TYANNA WALKER, et al.,                    Case No.: 19cv347-LAB (JLB)
12                          Plaintiffs,
                                               **ORDER DENYING REQUEST TO
13   v.                                        STAY CASE**
14   THE CONTROL GROUP MEDIA
     COMPANY, INC., et al.,
15
16                          Defendant.
17
18        After Defendants filed a motion to compel arbitration, which Plaintiffs failed
19   to oppose, the parties filed a joint motion (Docket no. 22) agreeing that the claims
20   should be arbitrated, and asking the Court to stay the case pending arbitration.
21   Bearing in mind that arbitration is likely to resolve the case, the Court is not inclined
22   to stay the case and leave it pending needlessly. Rather, the Court is inclined to
23   dismiss the case without prejudice. If, following arbitration, any issues remain to
24   be litigated, the case can be refiled, and the parties should file a notice of related
25   case at that time.
26        If the parties agree to this, they do not need to do anything, and the Court
27   will issue an appropriate order. If they object, they must no later than June 25,
28   2019 file a brief not longer than three pages, explaining why dismissal without

                                        1

1   prejudice is inappropriate. One joint brief should be filed, and all parties who

2   oppose dismissal should join in it. Briefing in response to the Court's order to show

3   cause (Docket no. 19) is **STAYED**.

4        **IT IS SO ORDERED**.

5   Dated:  June 18, 2019

6

7   Hon. Larry Alan Burns
8   Chief United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerto, and Michelle Rice on behalf of themselves and of others similarly situated, | CASE NO. 19-cv-347 LAB JLB |
| | Hon. Larry Alan Burns<br>Courtroom 14A |
| Plaintiffs, | |
| v. | **ORDER** |
| The Control Group Media Company, Inc.; Instant Checkmate, LLC; TruthFinders, LLC, | |
| Defendants. | |

The Joint Motion to Dismiss Without Prejudice (Docket no. 24) is **GRANTED**.

It is **ADJUDGED** by consent that Plaintiffs are bound by the mandatory arbitration and class action waiver provisions set forth in Defendants' website terms of use and thus their claims must be brought in the claimants' individual capacity and not in a representative or class capacity before an arbitrator from the American Arbitration Association.

/ / /

/ / /

ORDER

1        All other pending motions are **DENIED AS MOOT WITHOUT**

2   **PREJUDICE.**

3

4

5   Dated : September 30, 2019

6                                           Hon. Larry Alan Burns
                                            Chief United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

1    Stephanie R. Tatar – State Bar No. 237792
2    **TATAR LAW FIRM, APC**
     3500 West Olive Avenue, Suite 300
3    Burbank, California 91505
     Telephone: (323) 744-1146
4    Facsimile: (888) 778-5695
5    Stephanie@thetatarlawfirm.com

6
     Thomas J. Lyons Jr., Esq.
7    *(Admitted Pro Hac Vice)*
8    CONSUMER JUSTICE CENTER P.A.
     367 Commerce Court
9    Vadnais Heights, MN 55127
     Telephone: (651) 770-9707
10   Facsimile: (651)704-0907
11   tommy@consumerjusticecenter.com

12
     *Attorney for Plaintiffs*
13   **Tyanna Walker, Samantha Sanchez,**
     **Terry Hunt, Joe Cardenas, Vladimir Tejada,**
14   **Roberto Huerta, Michelle Rice,**
15   and the class

16
                  **UNITED STATES DISTRICT COURT**
17                **SOUTHERN DISTRICT OF CALIFORNIA**

18   **Tyanna Walker, Samantha Sanchez,**
     **Terry Hunt, Joe Cardenas, Vladimir**   )   Case No. 3:19-cv-00347-LAB-JLB
19   **Tejada, Roberto Huerta, and**          )
     **Michelle Rice** on behalf of themselves )
20   and of others similarly situated,        )
                                              )
21                                            )
                                              )
22                  Plaintiffs,               )
                                              )
23   v.                                       )
                                              )   **JOINT MOTION TO DISMISS**
24   **The Control Group Media Company,**     )   **WITHOUT PREJUDICE**
     **Inc., Instant Checkmate, LLC, and**    )
25   **TruthFinders, LLC,**                   )
                                              )
26                                            )
                  Defendants.                 )
27                                            )

28
     ─────────────────────────────────────────
                            1
           JOINT MOTION TO DISMISS WITHOUT PREJUDICE

1       Plaintiffs Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas,

2  Vladimir Tejada, Roberto Huerta, and Michelle Rice (collectively, "Plaintiffs") and

3  Defendants The Control Group Media Company, LLC, Instant Checkmate, LLC,

4  and TruthFinder, LLC (collectively, "Defendants") (Plaintiffs and Defendants

5  collectively referred to as the "Parties") file this joint motion to dismiss this case

6  without prejudice so that it can be arbitrated.

7       The Parties agree that the claims in this case should be arbitrated.

8  Specifically, Plaintiffs are not challenging that they are bound by the mandatory

9  arbitration and class action waiver provisions set forth in Defendants' website terms

10 of use and thus their claims must be brought in the claimants' individual capacity

11 and not in a representative or class capacity before an arbitrator with the American

12 Arbitration Association.

13      The Parties, therefore, request that the Court dismiss this case without

14 prejudice.  The Parties further agree that, with the granting of their joint motion,

15 Defendants' Motion to Dismiss (Doc. 7) will be moot, except to the extent it will be

16 decided in arbitration.

17      Accordingly, the Parties request that the Court (1) dismiss this case without

18 prejudice, and (2) deny Defendants' Motion to Dismiss (Doc. 7) as moot, without

19 prejudice to Defendants.

20      Dated this 17th day of September, 2019.

21

22      Respectfully Submitted,

23 By: *David George, Esq.*

24 Stephanie R. Tatar (SBN 237792

25 TATAR LAW FIRM, APC
   3500 West Olive Avenue, Suite 300

26 Burbank, California 91505
   Telephone: (323) 744-1146

27 Facsimile: (888) 778-5695
   Stephanie@thetatarlawfirm.com

28

JOINT MOTION TO DISMISS WITHOUT PREJUDICE

1

2  David George, Esq.
   (*Pro Hac Vice Forthcoming*)
3  BAKER WOTRING LLP
   700 JP Morgan Chase Tower
4  600 Travis Street
   Houston,TX  77002
5  Telephone: 713-980-1700
   Facsimile: 713-980-1701
6  dgeorge@bakerwotring.com

7
   Kevin D. Green, Esq.
8  (*Pro Hac Vice Application Forthcoming*)
   CONSUMER ADVOCATE OFFICE OF KEVIN GREEN
9  800 Brazos St. Suite 1309
   Austin, TX 78701
10  Telephone: (512) 695-3613
11  kevingreen68@gmail.com

12  Thomas J. Lyons Jr., Esq.
    (*Admitted Pro Hac Vice*)
13  CONSUMER JUSTICE CENTER P.A.
14  367 Commerce Court
    Vadnais Heights, MN 55127
15  Telephone: (651) 770-9707
    Facsimile: (651)704-0907
16  tommy@consumerjusticecenter.com

17
    *Attorneys for Plaintiffs Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe*
18  *Cardenas, Vladimir Tejada, Roberto Huerta, and Michelle Rice*

19  By: *Daniel S. Silverman*

20  VENABLE LLP
21  Daniel S. Silverman (SBN 137864)
    dssilverman@venable.com
22  2049 Century Park East, Suite 2300
    Los Angeles, CA  90067
23  Telephone:  (310) 229-9900
    Facsimile:   (310) 229-9901
24

25  *Attorneys for The Control Group*
    *Media Company, LLC; Instant*
26  *Checkmate, LLC; and TruthFinder, LLC*

27

28

---

3

JOINT MOTION TO DISMISS WITHOUT PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 17, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

By:   */s/ Stephanie R. Tatar*
Stephanie R. Tatar

Title: Terms Of Use for Truthfinder Person Searches
Date: 04 29 2019; 1139
Link: https://www.truthfinder.com/terms-of-use/

truthfinder    PEOPLE SEARCH    DARK WEB SCAN    PUBLIC RECORDS    RELATIONSHIPS    ABOUT    LOGIN

First | Last | All States | SEARCH

## TERMS OF USE & CONDITIONS OF SALE

Last Update: July 03, 2018

IMPORTANT: PLEASE REVIEW THESE CONTENT GUIDELINES, TERMS AND CONDITIONS OF USE, AND TERMS AND CONDITIONS OF SALE (INCLUDING THE SALES AND REFUND POLICIES BELOW) BEFORE ACCESSING, USING, POSTING A REVIEW, OR MAKING A PURCHASE OF SERVICES AND PRODUCTS ON EITHER WWW.TRUTHFINDER.REVIEWS OR WWW.TRUTHFINDER.COM (COLLECTIVELY, THE "WEBSITES").

These Content Guidelines, Terms and Conditions of Use, and Terms and Conditions of Sale (collectively, the "Terms" or "Agreement"), together with our Privacy Policy, represent the legally binding agreement between you and TruthFinder (the "Company"). These Terms govern your access of use of the Information, Services, Software Functionality, and/or Materials ("Services and Materials") provided by the Company on or through the Websites; your purchase of Membership Plans from the Websites ("Membership Plans"); and your use of any background information services ("Background Information Services") provided to you in connection with any Membership Plan(s). THE COMPANY IS WILLING TO LICENSE OR ALLOW THE USE OF THE WEBSITES, THE RELATED SERVICES AND MATERIALS, AND THE BACKGROUND INFORMATION SERVICES TO YOU ONLY ON THE CONDITION THAT YOU ACCEPT AND AGREE TO ALL OF THE TERMS AND CONDITIONS CONTAINED IN THIS DOCUMENT. BY USING THE WEBSITES, YOU EXPRESSLY ACCEPT AND AGREE TO BE BOUND BY AND ABIDE BY ALL THE TERMS CONTAINED HEREIN, AND BY ACCEPTING THESE TERMS THROUGH THE COMPLETION OF A PURCHASE, SELECTION OF A METHOD OF PAYMENT, AND YOUR ENTRY OF PAYMENT METHOD INFORMATION, YOU HEREBY AUTHORIZE THE COMPANY ("WE," "US" AND "OUR") TO CHARGE THE SELECTED PAYMENT METHOD AND ITS ASSOCIATED PAYMENT ACCOUNT THAT YOU HAVE SELECTED FOR THE PURCHASE OF ONE OF THE COMPANY'S MEMBERSHIP PLANS. IF YOU DO NOT AGREE WITH THE ENTIRETY OF THESE TERMS, YOU ARE NOT GRANTED PERMISSION TO ACCESS OR USE THIS WEBSITES AND/OR THE SERVICES AND MATERIALS, AND YOU ARE HEREBY INSTRUCTED TO EXIT THE WEBSITES IMMEDIATELY.

THIS AGREEMENT CONTAINS AN ARBITRATION AGREEMENT AND CLASS ACTION WAIVER THAT WAIVE YOUR RIGHT TO A COURT HEARING OR JURY TRIAL OR TO PARTICIPATE IN A CLASS ACTION. ARBITRATION IS MANDATORY AND IS THE EXCLUSIVE REMEDY FOR ANY AND ALL DISPUTES UNLESS SPECIFIED BELOW OR IF YOU OPT-OUT. PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION SECTION BELOW.

IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR BUYING ANY MEMBERSHIP PLAN THROUGH THE WEBSITES. YOU ACCEPT THE TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT IN FULL IF YOU USE OR MAKE A PURCHASE ON THE WEBSITES. IF YOU DO NOT ACCEPT THIS AGREEMENT AND OTHER POSTED POLICIES THEN DO NOT USE THE WEBSITES, DO NOT PROVIDE ANY INFORMATION TO THE WEBSITES, AND DO NOT PURCHASE ANY PRODUCTS ON THE WEBSITES.

## Table of Contents

1. Review and Content Guidelines
2. Permission to Use Postings
3. Arbitration And Class Action Waiver
4. Legal Age Requirement & User Obligations
5. License Grants
6. Restrictions
7. Fair Credit Reporting Act Notice And Obligations
8. Orders Placed Through The Websites
9. Membership Plan Offers And Modifications
10. Cancellation Policy
11. Refund Policy
12. Taxes
13. Discounts And Promotions
14. Billing Errors
15. Reversals And Chargebacks
16. General Payment Information
17. Removing Your Information
18. Privacy Policy
19. Postings
20. Permission To Use Postings
21. Proprietary Rights
22. Enforcing Security On The Site
23. Submissions
24. Third Party Products/Services
25. Links To Other Sites
26. Performance And Disclaimers
27. Limitation Of Liability
28. Indemnity
29. Audit
30. Digital Millennium Copyright Act
31. Governing Law
32. Term And Termination
33. Waiver And Severability
34. Electronic Signature
35. Entire Agreement
36. Contact Information

## 1. REVIEW AND CONTENT GUIDELINES

The Company invites users of the services and products available on www.truthfinder.com (the "Product Page") to post honest reviews and commentary on the Product Page and any corresponding services, membership plans, or items relating to the Product Page (collectively, "Reviews") on www.truthfinder.reviews (the "Review Page"). To the extent you post a Review to the Review Page, you hereby acknowledge and agree to the following:

- You are an actual user of the Product Page and have experience with the products and/or services available through the Product Page.
- You will provide the Company with your email address that is the same email address you provided to the Company when you interacted with the Product Page. You understand that, to the extent your email address does not match an email address associated with a user of the Product Page your Review will not be posted and/or removed.
- You will only provide honest and relevant reviews that reflect your own personal experiences with the Product Page.
- You will not upload, post, display, or transmit any of the following materials;
  - Anything that interferes with or disrupts the operation of the Websites
    - Statements or material that defames, harasses, abuses, stalks, threatens, intimidates, or in any way infringes on the rights of others
    - Unauthorized copyrighted materials or any other material that infringes on the intellectual property rights, trade secrets, or privacy of others
    - Statements or material that encourages criminal conduct or that would give rise to civil liability or otherwise violates any law or regulation in any jurisdiction
    - Statements or material that contain vulgar, obscene, profane, or otherwise objectionable language or images that typically would not be considered socially or professionally responsible or appropriate in person
    - Statements or material that impersonates any other person or entity, whether actual or fictitious, including, without limitation, employees and representatives of the Company
    - Statements or material that misrepresents your affiliation with any entity and/or the Company
    - Statements or material that constitutes junk mail, spam, or unauthorized advertising or promotional materials
    - Statements or material that are "off-topic"
  - The Company reserves the right, in its sole discretion, to not post your Review or to remove any posted Review from the Websites for any reason and without notice or notification to you of the same.

## 2. Permission To Use Postings

of ten (10) years, renewable at the Company's option, royalty-free, irrevocable, non-exclusive, assignable, transferable and sublicensable right, and license to use, reproduce, modify, publish, translate, create derivative works from, distribute, transmit, perform, and display such content or information (in whole or in part) contained in the Review worldwide for any purpose and/or to incorporate into other works in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content or information. You hereby represent that you have all necessary rights to make the Review available to the Company and the Websites, and you also acknowledge and agree that such Reviews are non-confidential for all purposes and that the person providing such Review is permitted over the extent to which any idea or information within a Review may be used by any party or person once such content is posted or displayed on the Websites. Accordingly, notwithstanding this right and license, you hereby acknowledge and agree that by merely permitting your information, content, and materials to appear on the Websites, the Company has not granted any, is not a publisher of such information, content, and materials and is merely functioning as an intermediary to enable you to provide and display your Review. Moreover, the Company assumes no responsibility for the deletion of or failure to store any Review and recommends that you do not post, display, or transmit any confidential or sensitive information. All users shall remain solely and exclusively responsible for any liability arising from their own Reviews.

## 3. Arbitration And Class Action Waiver

EXCEPT WHERE PROHIBITED BY LAW, YOU AND THE COMPANY AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND THE COMPANY (including disputes against any agent employee, subsidiary, affiliate, predecessor in interest, successor, or assign of the other), ITS PARENTS, AFFILIATES, SUBSIDIARIES OR RELATED COMPANIES, relating to our Websites, the SERVICES AND MATERIALS published by the Company on or through the Websites, any transaction or relationship between us resulting from your use of our your use of our purchase or other information services, INCLUDING, WITHOUT LIMITATION, TORT AND CONTRACT CLAIMS CLAIMS BASED UPON ANY FEDERAL, STATE OR LOCAL STATUTE, LAW, ORDER, ORDINANCE OR REGULATION, AND THE ISSUE OF ARBITRABILITY, SHALL BE RESOLVED BY THE FINAL AND BINDING ARBITRATION PROCEDURES SET BELOW. THE PARTIES ACKNOWLEDGE AND AGREE THAT ANY SUCH CLAIMS SHALL BE BROUGHT SOLELY IN THE PARTY'S INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE PROCEEDING, OR PRIVATE ATTORNEY GENERAL CAPACITY. THE PARTIES FURTHER AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL. ANY CONTROVERSY CONCERNING WHETHER A DISPUTE IS ARBITRABLE SHALL BE DETERMINED BY THE ARBITRATOR AND NOT BY THE COURT. JUDGMENT UPON ANY AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED BY A CALIFORNIA STATE OR FEDERAL COURT HAVING JURISDICTION THEREOF. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA").

The following procedures shall apply:

In the event a party elects to proceed with binding arbitration, it shall provide written notice thereof to the other party by registered or certified mail and shall describe in such notice, with reasonable particularity, the nature and basis of such claim and the total amount of the claim. Within thirty (30) days of receipt of such notice, the party receiving notice of a claim shall provide a written response with, with reasonable particularity, sets forth its position concerning the claim. If the parties are unable to resolve the dispute arising from the dispute within the thirty (30) day period following the written response, either of them may initiate binding arbitration pursuant to the terms and conditions set forth herein. The arbitration will be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes (collectively, "AAA Rules") of the American Arbitration Association ("AAA") and will be administered by the AAA. If the AAA is unavailable or refuses to arbitrate the parties' dispute for any reason, the arbitration shall be administered and conducted by a widely-recognized arbitration organization that is mutually agreeable to the parties, but neither party shall unreasonably withhold their consent. The AAA Rules are available online at www.adr.org. Unless otherwise agreed, the arbitration shall take place in the capital city of the state in which the consumer resides, but may proceed telephonically in the event the total amount of the claim does not exceed $2,500 U.S. dollars (if the claimant so chooses).

BY AGREEING TO THIS ARBITRATION AGREEMENT, YOU ARE GIVING UP YOUR RIGHT TO GO TO COURT, INCLUDING YOUR RIGHT TO A JURY TRIAL. In arbitration, a dispute is resolved by a neutral arbitrator or panel of arbitrators, rather than by a judge or jury. Arbitration is more informal than a court trial; however, an arbitrator can award the same relief that a court can award.

Separate and apart from the agreement to arbitrate set forth above, the parties hereby independently waive any right to bring or participate in any class action in any way related to, or arising from, this agreement. You acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is conscionable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties' agreement to arbitrate shall be null and void. YOU UNDERSTAND THAT BY AGREEING TO THIS ARBITRATION AGREEMENT, WHICH CONTAINS THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST THE COMPANY, ITS AGENTS, OFFICERS, SHAREHOLDERS, MEMBERS, EMPLOYEES, SUBSIDIARIES, AFFILIATES, PREDECESSORS IN INTEREST, SUCCESSORS AND/OR ASSIGNS IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING. IF YOU DO NOT AGREE TO THIS ARBITRATION AGREEMENT AND CLASS ACTION WAIVER, YOU MUST TELL US IN WRITING AND NOT USE OUR WEBSITES OR MEMBERSHIP PLANS.

## 4. Legal Age Requirement & User Obligations

By installing, accessing, or using this Website you hereby represent that you are at least 18 years of age - or the legal age of majority in your permanent jurisdiction of residence. The Company reserves the right to request any buyer to provide written proof of age in any form.

By installing, accessing, or using this Website you hereby represent that you will, at all times, provide true, accurate, current, and complete information when submitting information to this Website, including, without limitation, when you provide any information to the Company via an email or any registration or submission form found on the Website. If you provide any false, inaccurate, untrue, or incomplete information, the Company reserves the right, in its sole discretion, to immediately and without notice terminate your access to and use of this Website and/or the Company has the right to confirm and direct the means, manner, and method by which the Website is provided, (iii) the Company may, from time to time, engage independent contractors, consultants, or subcontractors to aid the Company in providing the Website or the use thereof; and (iv) the Company has the right to provide the Website to others. In addition, you hereby acknowledge and agree that these Terms provide you with only a limited license to access and use the Website. Accordingly, you hereby acknowledge and agree that the Company transfers no ownership or intellectual property interest or title in and to the Website to you or anyone else under these Terms. The Company hereby reserves any and all intellectual property rights not otherwise expressly granted in these Terms.

## 5. License Grants

### LICENSE GRANTS FOR USE OF WEBSITE

Subject to your continued strict compliance with the terms and conditions of this document and subject to the limitations below, the Company provides to you a revocable, limited, non-exclusive, royalty-free, non-sublicensable, and non-transferable license to use the Website. You may download and print materials and information from the Website solely for your personal use, provided that you do not remove from any such hard copies any copyright and/or other applicable intellectual property notices. Notwithstanding the foregoing license grant, you hereby acknowledge and agree that (i) the content, layout, formatting, and features of and access privileges for the Website shall be determined by the Company in its sole and absolute discretion; (ii) the Company has the right to control and direct the means, manner, and method by which the Website is provided; (iii) the Company may, from time to time, engage independent contractors, consultants, or subcontractors to aid the Company in providing the Website or the use thereof; and (iv) the Company has the right to provide the Website to others. In addition, you hereby acknowledge and agree that these Terms provide you with only a limited license to access and use the Website. Accordingly, you hereby acknowledge and agree that the Company transfers no ownership or intellectual property interest or title in and to the Website to you or anyone else under these Terms. The Company hereby reserves any and all intellectual property rights not otherwise expressly granted in these Terms.

### LICENSE GRANT ASSOCIATED WITH BACKGROUND INFORMATION SERVICES PROVIDED UNDER MEMBERSHIP PLANS

Upon a customer's purchase of, or subscription to, a Membership Plan, the Company hereby grants to the customer a limited license to use its Background Information Services and any data contained therein, subject to the restrictions and limitations set forth herein. The Company hereby grants to customer a limited license to use its Background Information Services offered in connection with a Membership Plan solely for the customer's own internal personal purposes. Customer represents and warrants that all of customer's use of the Company's Background Information Services shall be for only legitimate purposes. Customer shall not use Background Information Services for commercial, collections, governmental, marketing, advertising or marketing purposes or resell or broker services to any third-party and shall only use Background Information Services for personal (non-business) purposes. Customer shall not use Background Information Services to provide data processing services to third parties or evaluate the data of or for third parties. Customer agrees that if the Company determines or reasonably suspects that continued provision of Background Information Services to customer entails a potential security risk, or that customer is otherwise violating any provision of these Terms, or any of the laws, regulations, or rules described herein, the Company may take immediate action, including, without limitation, terminating the delivery of, and the license to use, the Background Information Services. Customer shall not access Background Information Services from Internet Protocol addresses located outside of the United States and its territories and without the Company's prior written approval. In any event, customer understands and agrees that (i) Background Information Services are provided to it in the United States at the point at which Customer accesses Company server facilities; and (ii) the Company makes no representation regarding the legality of accessing such Background Information Services from outside of the United States and its territories.

Customer may not use Background Information Services to create a consumer report, or for any FCRA regulated purpose. Customer shall comply with all laws, regulations, and rules which govern the use of Background Information Services and information provided therein. The Company may at any time mask or cease to provide customer access to any Background Information Services or portions thereof which the Company may deem, in the Company's sole discretion, to be sensitive or restricted information.

Customer acknowledges that the Background Information Services available through Membership Plan may include personally identifiable information and it is the customer's obligation to keep all such accessed information confidential and secure.

Notwithstanding the foregoing license grant, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use in any manner not expressly permitted herein, the Website. Specifically, and by way of illustration and not limitation, you may not separate and use any graphics, interfaces, photographs, audio, video, sounds, artwork, designs, computer code (including html code), programs, software, and documentation found on or accessible through the Website. Moreover, you may not (i) use any "deep link," "page scrape," "robot," "spider" or any other device, program, script, algorithm, or methodology; or any similar or equivalent manual process, to access, acquire, copy, or monitor any portion of the Website or in any way reproduce or circumvent the navigational structure or presentation of the Website in order to obtain or attempt to obtain any materials, pictures, documents, or any other information through any means not our posely made available through the Website, (ii) attempt to gain unauthorized access to (a) any portion or feature of the Website, (b) any other systems or networks connected to the Website, (c) any Company server, or (d) to any of the services offered on or through the Website, by hacking, password "mining" or any other illegitimate or prohibited means; (iii) probe, scan, or test the vulnerability of the Website or any network connected to the Website, nor breach the security or authentication measures on the Website or any network connected to the Website, (iv) reverse look-up, trace or seek to trace any information on any other user of or visitor to the Website, (v) take any action that imposes an unreasonable or disproportionately large load on the infrastructure of the Website or Company's systems or networks or any systems or networks connected to the Website, (vi) use any device, software, or routine to interfere with the proper working of the Website or any transaction being conducted on the Website, or with any other person's use of the Website, (vii) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to the Company on or through the Website, (viii) use the Website to harvest or collect e-mail addresses or other contact information in a manner inconsistent with these Terms; or (ix) use the Website in an unlawful manner or in a manner that could damage, disparage, or otherwise negatively impact the Company. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, DOWNLOADING, COPYING OR REPRODUCING ANY MATERIALS PROVIDED BY THE COMPANY TO ANY OTHER SERVER, HARD DRIVE OR LOCATION FOR THE PURPOSE OF REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED.

## 7. Fair Credit Reporting Act Notice And Obligations

TruthFinder IS NOT A CREDIT REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"), 15 USC §§ 1681 et seq. AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CREDIT REPORTING AGENCIES, ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THESE TERMS.

You may not use any information obtained from the Company from its Background Information Services in connection with determining a prospective candidate's suitability for:

- Health insurance or any other insurance
- Credit and/or loans
- Employment
- Education, scholarships or fellowships
- Housing or other accommodations
- Benefits, privileges or services provided by any business establishment.

The information provided by the Company via the Website has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. Accordingly, by purchasing Membership Plans through this Website and using the Company's Background Information Services, you understand and agree that you will not use any of the information you obtain from the Company as a factor in: (a) establishing an individual's eligibility for personal credit, loans, insurance or assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; (d) evaluating an individual's eligibility for a license or other benefit granted by a government agency or (e) any other product, service or transaction in connection with a consumer report may be used under the FCRA or any similar state statute, including, without limitation, apartment rental, check-cashing, or the opening of a deposit or transaction account. You also agree that you shall not use any of the information you receive through the Background Information Services to take any "adverse action," as that term is defined in the FCRA; you have appropriate knowledge of the FCRA; and, if necessary, you will consult with an attorney to ensure compliance with these Terms.

## 8. Orders Placed Through The Website

All orders placed through the Website are subject to the Company's acceptance. After your order has been placed, we will provide you with an email confirming our receipt of your order and, if your order is accepted, confirming our acceptance of your order. The Company may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your payment card or payment method has already been charged for an order that is later cancelled by the Company, we will issue you a refund. If you do not receive confirmation that your order has been placed, please contact our Customer Service Department at (800) 699-8081.

While we want everyone to be able to enjoy our Membership Plans, we may, in our sole discretion, not accept an order or limit or cancel quantities purchased per person, per household or per order. Some reasons we may do so include, but are not limited to, the following:

1. Orders that cannot be processed as a result of incorrect or invalid billing or payment information. Be sure to double-check your information when placing an order. We cannot process orders for several reasons including, but not limited to:
    1. Incorrect credit or debit card information such as card number, expiration date and card security value;
    2. Incorrect payment method billing information (billing information provided must be the same as what your financial institution has on record);
3. Orders, in our sole discretion, that we suspect to be fraudulent. We reserve the right to cancel or not accept any order that we suspect to have been placed as a result of fraudulent activity. We further reserve the right to cancel or not accept subsequent orders from customers with a previous fraudulent order history; and
4. Orders connected to previous credit card disputes.

If your order has been processed and shipped, you may obtain a refund on the Membership Plan you ordered pursuant to the terms of our Refund Policy, which is summarized below.

## 9. Membership Plan Offers And Modifications

STANDARD BACKGROUND REPORT MEMBERSHIP PLANS.

TruthFinder offers several Standard Background Report Membership Plans.

- Unlimited Person Reports Membership with Guardian Family Protection: Your membership will automatically renew every 30 days unless you cancel before the start of the next term. TruthFinder will charge the recurring membership fee of $27.78 to the same payment option you use today until you cancel. To cancel your subscription, call (800) 699-8081 between the hours of 5am and 10pm Pacific.
- Unlimited Person Reports Membership with Guardian Family Protection: Your membership will automatically renew every 60 days unless you cancel before the start of the next term. TruthFinder will charge the recurring membership fee of $46.04 to the same payment option you use today until you cancel. To cancel your subscription, call (800) 699-8081 between the hours of 5am and 10pm Pacific.

PHONE NUMBER LOOKUP PLAN.

- Unlimited Phone Report Membership – 1 month: You will be charged $4.99 today, and your membership will automatically rebill every 1 month thereafter unless you cancel before the start of the next term. TruthFinder will charge the recurring membership fee of $4.99 to the same payment option you use today until you cancel. To cancel your subscription, call 1-800-699-8081 between the hours of 5am and 10pm Pacific.

If your payment for a full term is declined due to insufficient funds, the Company reserves the right to bill in monthly installments based on the monthly rates associated with the Membership Plan you selected.

NON-STANDARD MEMBERSHIP PLANS.

TruthFinder sometimes offers promotional membership offers ("Non-Standard Membership Plans"). If you enroll in a Non-Standard Membership Plan, TruthFinder expressly reserves the right to bill you at the rate and frequency disclosed at the time you enroll.

BY SIGNING UP FOR A MEMBERSHIP PLAN, YOU AUTHORIZE THE COMPANY, AND ITS PARTNERS, AFFILIATES AND/OR AGENTS, TO CHARGE YOUR DEBIT OR CREDIT CARD THE FEES ASSOCIATED WITH THE MEMBERSHIP PLAN(S) TERM, AND YOU ACKNOWLEDGE AND AGREE THAT THE COMPANY WILL NOT OBTAIN ADDITIONAL AUTHORIZATION FROM YOU FOR EACH RECURRING FEE CHARGED TO YOUR DEBIT OR CREDIT CARD. IN ADDITION, YOU AGREE THAT THE COMPANY SHALL NOT BE RESPONSIBLE OR LIABLE FOR ANY OVERDRAFT CHARGES OR FEES WHICH YOU MIGHT INCUR AS A RESULT OF YOUR MEMBERSHIP PLAN. YOU UNDERSTAND AND AGREE THAT IF YOU PURCHASE A MEMBERSHIP PLAN, THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION, AND YOU MAY BE LIABLE FOR PAYMENT OF FUTURE GOODS AND SERVICES UNDER THESE TERMS. IF YOU FAIL TO NOTIFY THE COMPANY NOT TO SUPPLY THE GOODS OR SERVICES DESCRIBED.

EXHIBIT E, Page 96

## 10. Cancellation Policy

You may cancel any Membership Plan at any time by calling our customer support line at (800) 699-8081 and speaking with one of our customer service representatives. Our customer support centers are open from 9am to 10pm pacific, seven days a week. Any cancellation request will result in the cancellation of any upcoming invoices and or bills associated with your Membership Plan. However, upon cancellation of your Membership Plan, you will still be responsible for paying the costs associated with any invoices or bills already issued to you and or received by you.

## 11. Refund Policy

If at any time you are not satisfied with your Membership Plan for any reason, you may call our customer service department toll-free at (800) 699-8081 and request a refund. All requests for refunds will be handled by customer service on a case by case basis, with the goal of customer satisfaction. More stipulations to our refund policy are as follows:

1. Customers are restricted to receiving a single refund per Membership Plan. Repetitive refunds are not permitted unless the Membership Plan, as provided to you, is defective. The Company reserves the right to refuse a refund to any customer who repeatedly requests refunds or who, in the Company's judgment, requests refunds in bad faith.
2. In order to process your refund, you must supply the Company with your name and mailing and/or billing address. If you provide us with insufficient or incorrect information, your refund will be delayed.
3. Depending on the bank that issues the credit or debit card you used, your refund can take up to thirty (30) days to appear on your credit or debit card statement. If you have any questions about whether a refund has been issued by the Company, please call our customer service department toll-free at (800) 699-8081.

## 12. Taxes

All orders are subject to applicable taxes in the states where the member resides.

## 13. Discounts And Promotions

Any applicable discounts or promotional prices will be noted at the time of purchase on the checkout page for your order.

## 14. Billing Errors

If you believe that you have been erroneously billed, please notify our customer service department toll-free at (800) 699-8081 immediately to notify us of such error.

## 15. Reversals And Chargebacks

We consider charge backs and reversals as potential cases of fraudulent use of our services and/or theft of services and will be treated as such. We reserve the right of filing a complaint with the appropriate local and federal authorities to investigate. Be advised that all activity and IP address information is being monitored and that this information may be used in a civil and/or criminal case(s) against a customer if there is fraudulent use and or theft of services.

## 16. General Payment Information

All fees are payable in United States currency. The Company offers several methods of payment for you to purchase Membership Plans, including debit cards and credit cards. The Company reserves the right to request additional evidence or proof of billing information or other information associated with the credit or debit card account used to purchase Membership Plans from the Website. In the event that the requested evidence or proof is not provided or is insufficient, we reserve the right to refuse to accept the order. If you believe your credit or debit card might have been used in a fraudulent manner to purchase a Membership Plan, please contact our customer service department at (800) 699-8081.

By ordering a Membership Plan through the Website, you authorize the Company to charge your debit or credit card accordingly. Please be aware that the descriptor (or subject line) that appears on your debit or credit card entry will refer to STRIPE, PAYPAL. If you have any questions about the descriptor on your credit card statement, you should call our customer service department toll-free at (800) 699-8081.

Upon prior email notice to you, the Company may change its pricing and/or billing practices. If you do not agree with these changes, you may cancel your Membership Plan, but you will remain responsible for payment of any and all fees that you have already incurred. Continued enrollment of the Membership Plan after receipt of such email notice constitutes consent to any and all such changes. If you fail to make any scheduled payment for a Membership Plan, the Company may, in its sole discretion, terminate your membership in the Membership Plan.

## 17. Removing Your Information

If you would like to remove your personal information from the Website, please visit our Opting out of TruthFinder page.

## 18. Privacy Policy

You hereby understand, acknowledge, and agree that the operation of certain portions of the Website and/or the receipt of certain information or benefits may require the submission, use, and dissemination of certain personally identifiable information. Accordingly, if you wish to access and use those areas of the Website, and/or receive such information or benefits, you hereby acknowledge and agree that your use of this Website will constitute acceptance of the Company's personally identifiable information collection and use practices. Please see the Company's Privacy Policy for a summary of the Company's personally identifiable information collection and use practices. The Company's Privacy Policy is located at https://www.truthfinder.com/privacy-policy.

## 19. Postings

The Website and or any social media page controlled by the Company, that is posted by you may be one of, such a "TruthFinder Social Media Page", may contain blogs, message boards, comment areas and other interactive features and functionality, whether now known or later developed, and content-collective, "Forum". To the extent the Website and or any TruthFinder Social Media Page contains any such Forum, you hereby acknowledge and agree that when using the Website and or any TruthFinder Social Media Page, you will not upload,

Anything in a Forum which disrupts the operation of the Website and/or TruthFinder Social Media Page.

- Statements or material that advocates illegal activity or discusses an intent to commit an illegal act.
- Unauthorized copyrighted materials or any other material that infringes on the intellectual property rights, trade secrets, or privacy of others.
- Statements or material that encourages criminal conduct or that would give rise to civil liability or otherwise violates any law or regulation in any jurisdiction.
- Statements or material that contains vulgar, obscene, profane, or otherwise objectionable language or images that typically would not be considered socially or professionally responsible or appropriate in person.
- Statements or material that impersonates any other person or entity, whether actual or fictitious, including, without limitation, employees and representatives of TruthFinder.
- Statements or material that misrepresents your affiliation with any entity and/or TruthFinder.
- Statements or material that constitutes junk mail, spam, or unauthorized advertising or promotional materials.
- Statements or material that are "off-topic" for a designated Forum.

## 20. Permission To Use Postings

You acknowledge and agree that you have no proprietary interest in any Forum. Moreover, by submitting content or information of any type (a "Posting") to a Forum or by otherwise using the Website and/or a TruthFinder Social Media Page to transmit or display a Posting, you automatically grant the Company, for a period of ten (10) years, renewable at the Company's option, a royalty-free, irrevocable, non-exclusive, transferable and sublicensable right and license to use, reproduce, modify, publish, translate, create derivative works from, distribute, transmit, perform, and display such content or information in whole or in part worldwide and/or to incorporate into other works in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content or information. You hereby represent that you have all necessary rights to make the Posting available to the Company and a Forum, and you also acknowledge and agree that such Postings are non-confidential for all purposes and that the Company has no control over the extent to which any idea or information within a Posting may be used by any party or person once such content is posted or displayed on the Website and/or a TruthFinder Social Media Page. Accordingly, notwithstanding this right and license, you hereby acknowledge and agree that by merely permitting your information, content, and materials to appear on the Website and/or a TruthFinder Social Media Page, the Company has not become and is not a publisher of such information content, and materials and is merely functioning as an intermediary to enable you to provide and display a Posting. Moreover, the Company assumes no responsibility for the deletion of or failure to store any Posting and recommends that you do not post, display, or transmit any confidential or sensitive information. All users shall remain solely and exclusively responsible for any liability arising from their own Postings.

## 21. Proprietary Rights

All text, graphics, interfaces, photographs, audio, video, sounds, images, artwork, computer code (including html code), programs, software, products, information, and documentation as well as the design, structure, selection, coordination, expression, "look and feel" and arrangement of any content contained on or available through the Website, unless otherwise expressly indicated in writing, are owned, controlled, and licensed exclusively by the Company and/or its suppliers and are protected by United States and foreign laws including, but not limited to, United States copyright, trade secret, patent, and trademark law, as well as other state, national, and international laws and regulations. Except as expressly provided in these Terms, the Company does not grant any express or implied intellectual property or proprietary right to you or any other person. Accordingly, your unauthorized use of this Website may violate intellectual property or other proprietary rights laws of the United States and/or a foreign nation, as well as other laws, regulations, and statutes. The Website is Copyright © 2019 TruthFinder and/or its licensors. All rights reserved. The Company also owns a copyright in the contents of the Website as a collective work and/or compilation and in the selection, coordination, arrangement, and enhancement of the content of the Website. Any downloadable or printable programs, information, or materials available through this Website and all intellectual property or proprietary rights related thereto, unless otherwise expressly indicated in writing, are owned exclusively by the Company and/or its suppliers. TruthFinder® and all other names, logos, and icons the Company, its affiliates and/or subsidiaries, and any of their events, programs, products, and/or services are owned exclusively by the Company, and are trademarks of their respective owners. Any use of such marks without the prior express written permission of the Company is hereby strictly prohibited. Other product and company names mentioned herein may be the trademarks and/or service marks of their respective owners.

In connection with the purchase of a Membership Plan and use of the Company's Background Information Services, you may browse through the Website and download any information you obtain in connection with the Company's Background Information Services. You must keep intact all copyright, trademark and other notices contained in your personal copies. Except as otherwise provided in these Terms, you may not reproduce or allow others to reproduce your personal copies of downloaded materials, nor may you make them available electronically without our express written consent. You may not save or archive a significant portion of the material appearing on the Website. You may not attempt to alter or modify the content posted on the Website. Except as expressly set forth in these Terms, you may not copy, download, display, distribute, publish, enter into a database, perform, modify, create derivative works, transmit, post, decompile, reverse engineer, disassemble or in any way exploit any of our intellectual property or the Website itself.

Notwithstanding anything in these Terms to the contrary, the Company or the Company's data provider shall own your search inquiry data used to access its Background Information Services (in the past or future) and may use such data for any purpose consistent with applicable federal, state and local laws, rules and regulations, and the Company's Privacy Policy.

## 22. Enforcing Security On The Site

Actual or attempted unauthorized use of the Website may result in criminal and/or civil prosecution, including, without limitation, punishment under the Computer Fraud and Abuse Act of 1986. The Company reserves the unqualified right to view, monitor, and record activity on the Website without any notice to or permission from you. Any information obtained by monitoring, reviewing, or recording your use of the Website is subject to review by law enforcement organizations in the sole and absolute discretion of the Company. The Company will also comply with all legally binding requests for such information including, without limitation, the provision of information pursuant to a court order. In addition to the foregoing, and in its sole and absolute discretion, the Company reserves the right, to at any time and without advance notice, modify, suspend, terminate, or temporarily interrupt operation of or access to the Website or any portion thereof.

## 23. Submissions

The Company welcomes your feedback and suggestions about how to improve the Website and/or the events, programs, Background Information Services, Membership Plans, and/or services of the Company. By transmitting any suggestions, information, material, or other content (collectively, "feedback") to the Company, you represent and warrant that such feedback does not infringe, misappropriate, and/or violate the intellectual property or proprietary rights of any third party (including, without limitation, patents, copyrights, or trademark rights) and that you have all rights necessary to convey such feedback to the Company. In addition, any feedback received through this Website will be deemed to include a royalty-free, irrevocable, transferable, sublicensable, non-exclusive right and license, for a period of ten (10) years, renewable at the Company's option, for the Company to adopt, publish, reproduce, disseminate, transmit, distribute, copy, use, create derivative works, and display (in whole or in part) worldwide, or act on such feedback without additional approval or consideration, in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content, and you hereby expressly waive any claim to the contrary.

## 24. Third Party Products/Services

The Company, in its sole and absolute discretion, may post the advertisements of third parties on this Website and/or feature materials, programs, events, products, and services provided by third parties. The Company makes no representations with respect to, nor does it guarantee or endorse, the quality, non-infringement, accuracy, completeness, timeliness, reliability, or correct sequencing of such third party materials, programs, events, products, and services or any other materials, programs, events, products, and services which may be provided by such third party materials, products, and services. Your correspondence or any other dealings with third parties found on this Website are solely between you and such third party. The Company expressly disclaims responsibility and liability for all third party provided materials, programs, events, products, and services contained on or accessed through the Website, and you agree that the Company shall not be responsible for any loss or damage of any sort incurred as a result of any such dealings or as the result of the presence of such third parties' materials, products, and/or services on this Website.

## 25. Links To Other Sites

The Company may provide links in its sole discretion to other sites on the World Wide Web for your convenience in locating related information, products, and services. These other sites have not necessarily been reviewed by the Company and may be maintained by third parties over which the Company exercises no control. Accordingly, the Company expressly disclaims any responsibility for the content, materials, accuracy of information, and/or quality of the products or services provided by, available through, or advertised on these third party web sites. Moreover, these links do not imply an endorsement with respect to any third party or any web site or the products or services provided by any third party.

## 26. Performance And Disclaimers

TruthFinder will use commercially reasonable efforts to deliver the information and products through the Company's Background Information Services, provided, however, you accept all information "AS IS". You acknowledge and agree that TruthFinder obtains its information from various private and public sources, and you agree and acknowledge that you shall not rely on TruthFinder for the accuracy or completeness of information obtained through its Background Information Services. Without limiting the generality of the above, you acknowledge

EXCEPT AS OTHERWISE PROVIDED, THE SERVICES AND MATERIALS AVAILABLE ON OR THROUGH THE WEBSITE, ALL BACKGROUND INFORMATION SERVICES, AND ALL MEMBERSHIP PLANS AVAILABLE FOR PURCHASE THROUGH THE WEBSITE ARE PROVIDED ON AN "AS-IS" AND "AS AVAILABLE" BASIS. TruthFinder DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE USE OF THE RESULTS OF THE USE OF ANY INFORMATION, INCLUDING, WITHOUT LIMITATION, ANY AUDIO, VISUAL, OR VIDEO CONTENT POSTED, MADE AVAILABLE THROUGH, OR ACCESSIBLE ON THE WEBSITE. MOREOVER, THE COMPANY MAKES NO REPRESENTATIONS OR WARRANTIES ABOUT THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE WEBSITE AND THE SERVICES AND MATERIALS AVAILABLE ON THE WEBSITE FOR ANY PURPOSE, AND EXCEPT AS PROVIDED ABOVE, EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. THE COMPANY MAY IN ITS SOLE AND ABSOLUTE DISCRETION AND WITHOUT ADVANCE NOTICE MAKE MODIFICATIONS AND/OR CHANGES TO THE WEBSITE AND/OR THE SERVICES AND MATERIALS AVAILABLE ON THE WEBSITE AT ANY TIME. YOU ASSUME THE SOLE RISK OF USING AND/OR RELYING ON THE SERVICES AND MATERIALS AVAILABLE ON THE WEBSITE. THE REPRESENTATIONS AND PRODUCT DISCLAIMERS DESCRIBED ABOVE ARE INAPPLICABLE WHERE PROHIBITED BY LAW, INCLUDING NEW JERSEY.

## 27. Limitation Of Liability

Neither the Company, nor its subsidiaries and affiliates, nor any third-party data provider (for purposes of indemnification, warranties and limitations on liability, the Company, its subsidiaries and affiliates, and its data providers are hereby collectively referred to as "Released Parties") shall be liable to you (or to any person claiming through you to whom you may have provided data that you obtained from the Company as a result of its Background Information Services) for any loss or injury arising out of or caused in whole or in part by the Released Parties' acts or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the services available in connection with the Company's Background Information Services. The Released Parties do not make and hereby disclaim any warranty, express or implied with respect to Membership Plans, Background Information Services, or other offerings available through the Website. The Released Parties do not guarantee or warrant the correctness, completeness, merchantability, or fitness for a particular purpose of its Background Information Services or information provided therein. In no event shall the Released Parties be liable for any indirect, incidental, or consequential damages, however arising, incurred by you from receipt or use of information delivered hereunder or the unavailability thereof. Due to the nature of public record information, the public records and commercially available data sources used in the Background Information Services may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. The Background Information Services are not the source of data, nor are they a comprehensive compilation of the data. Before relying on any data, it should be independently verified.

In addition to the above, you expressly absolve and release the Released Parties from any claim of harm resulting from a cause beyond the Released Parties' reasonable control, including, but not limited to, failure of electronic or mechanical equipment or communication lines, telephone or other interconnect problems, computer viruses, unauthorized access, theft, operator errors, severe weather, earthquakes, or natural disasters, strikes, or other labor problems, wars, or governmental restrictions. YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE RELEASED PARTIES SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, PUNITIVE, AND/OR EXEMPLARY DAMAGES INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), TO THE FULLEST EXTENT PERMISSIBLE BY LAW FOR: (A) THE USE OR THE INABILITY TO USE THE WEBSITE, BACKGROUND INFORMATION SERVICES, AND THE MEMBERSHIP PLANS AVAILABLE FOR SALE ON THE WEBSITE; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, CONTENT AND/OR ANY PRODUCT PURCHASED OR OBTAINED FROM OR THROUGH THE WEBSITE; (C) THE UNAUTHORIZED ACCESS TO, OR ALTERATION OF, YOUR PERSONALLY IDENTIFIABLE DATA; AND (D) ANY OTHER MATTER RELATING TO THIS WEBSITE OR THE OFFERINGS AVAILABLE ON THE WEBSITE. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. THIS LIMITATION APPLIES TO ALL CAUSES OF ACTION, INCLUDING, BUT NOT LIMITED TO, BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, STRICT LIABILITY, MISREPRESENTATION, AND ANY AND ALL OTHER TORTS. YOU HEREBY RELEASE COMPANY FROM ANY AND ALL OBLIGATIONS, LIABILITIES, AND CLAIMS IN EXCESS OF THE LIMITATIONS STATED HEREIN.

IF APPLICABLE LAW DOES NOT PERMIT ANY SUCH LIMITATION OF LIABILITY AS SET FORTH ABOVE, THE MAXIMUM LIABILITY OF THE RELEASED PARTIES TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE ONE-HUNDRED DOLLARS ($100.00). NO ACTION, REGARDLESS OF FORM, ARISING OUT OF YOUR USE THIS WEBSITE, THE MEMBERSHIP PLANS AND/OR BACKGROUND INFORMATION SERVICES OFFERED ON THE WEBSITE, MAY BE BROUGHT BY YOU MORE THAN ONE (1) YEAR FOLLOWING THE EVENT WHICH GAVE RISE TO THE CAUSE OF ACTION. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN YOU AND COMPANY. ACCESS TO THE WEBSITE AND THE PRODUCT OFFERED ON THE WEBSITE WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS ON LIABILITY AND IN SUCH JURISDICTIONS THE COMPANY'S LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## 28. Indemnity

Upon request by the Company, you agree to defend, indemnify, and hold harmless the Company and its affiliates, their employees, contractors, agents, representatives, shareholders, officers, directors, co-branders, content licensors, and/or other partners from all liabilities, claims, and expenses, including, without limitation, attorney fees that arise from: (a) your use of the website or the Membership Plans and Background Information Services; and/or (b) your breach of these Terms and/or (c) use of information received by you (or any third-party receiving such information) from or through you) furnished by or through the Company's Background Information Services. The Company reserves the right, at your expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will cooperate with the Company in asserting any available defenses. Notwithstanding anything in these terms to the contrary, this indemnity provision does not apply in New Jersey.

## 29. Audit

You understand and agree that, in order to ensure compliance with applicable laws, regulations or rules, regulatory agency requirements, these Terms, and the Company's obligations under its contracts with its data providers and the Company's internal policies, the Company and its data providers may conduct periodic reviews of your use of its Background Information Services and may, upon reasonable notice, audit your records, processes and procedures related to Customer's use, storage and disposal of the Background Information Services and reactivation thereof and information received therefrom. You agree to cooperate fully with any and all audits and to respond to any such audit inquiry within ten (10) business days, unless an expedited response is required. Violations discovered in any review and/or audit by the Company will be subject to immediate action including, but not limited to, suspension or termination of the Limited License to use the Background Information Services, reactivation fees, legal action, and/or referral to federal or state regulatory agencies.

## 30. Digital Millennium Copyright Act

It is our policy to respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act and other applicable intellectual property laws. Responses may include removing or disabling access to material claimed to be the subject of infringing activity and/or terminating subscribers. If we remove or disable access in response to such a notice, we will make a good-faith attempt to contact the owner or administrator of the affected site or content so that they may make a counter notification pursuant to sections 512(g)(2) and (3) of that Act. It is our policy to document all notices of alleged infringement on which we act.

Please refer to the following detailed instructions which must be followed to protect your rights under the Digital Millennium Copyright Act. Please send all written communications relating to copyright issues to: email: help@truthfinder.com or write:

TruthFinder
Attn: DMCA Complaints
2534 State Street, Suite 473
San Diego, CA 92101

### A. INFRINGEMENT NOTIFICATION

A. To file a notice of infringement with us, you must provide a written communication (by fax or regular mail -- not by email, except by prior agreement) that sets forth the items specified below. Please note that you may be liable for damages (including costs and attorneys' fees) if you materially misrepresent that a product or activity is infringing your copyrights. Accordingly, if you are not sure whether material available online infringes your copyright, we suggest that you first contact an attorney.

Your communication must include substantially all of the following:

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- Identify in sufficient detail the location of copyrighted work that you believe has been infringed upon (for example, "The copyrighted work at issue is the text that appears on https://www.newco.com/uglytext_page.html") or other information sufficient to specify the copyrighted work being infringed. If multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material.
- Information reasonably sufficient to permit us to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
- The following statement: "I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."
- The following statement: "I swear, under penalty of perjury, that the information in this notification is accurate and that I am the copyright owner, or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed."

The administrator of an affected site or the provider of affected content may make a counter notification pursuant to sections 512(g)(2) and (3) of the Digital Millennium Copyright Act. When we receive a counter notification, we may reinstate the material in question.

To file a counter notification with us, you must provide a written communication (by fax or regular mail — not by email, except by prior agreement) that sets forth the items specified below. Please note that you will be liable for damages (including costs and attorneys' fees) if you materially misrepresent that a product or activity is not infringing the copyrights of others. Accordingly, if you are not sure whether material infringes the copyrights of others, we suggest that you first contact an attorney. To expedite our ability to process your counter notification, please use the following format (including section numbers):

Your communication must include substantially the following:

- A physical or electronic signature of the subscriber.
- Identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled.
- A statement under penalty of perjury that you have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled
- Your name, address, and telephone number.
- The following statement: "I consent to the jurisdiction of Federal District Court for the judicial district in which your address is located, (or Santa Cruz County, California if your address is outside of the United States), and that I will accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.
- The following statement: "I swear, under penalty of perjury, that I have a good faith belief that the affected material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled."

C. ACCOUNT TERMINATION:

TruthFinder will, in appropriate circumstances, terminate repeat infringers. If you believe that an account holder or subscriber is a repeat infringer, please follow the instructions above to contact TruthFinder's DMCA agent and provide information sufficient for us to verify that the account holder or subscriber is a repeat infringer.

---

## 31. Governing Law

These Terms have been made in and will be construed and enforced in accordance with the laws of the State of California without regard to its principles of conflicts of laws. Regardless of any applicable law to the contrary, any claim or cause of action arising out of or related to the Website, or the use of the Website, must be brought within one year after such claim or cause of action arose. Any action by you relating to these Terms, or to the Company's services, materials, events and/or Background Information Services, and Membership Plans accessed or purchased through this Website, shall be brought only in the federal or state courts presiding in the State of California, U.S.A., and all parties to these Terms expressly agree to be subject to the exclusive jurisdiction of such courts. A printed version of these Terms and of any related notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to these Terms, or the Company's services, materials, events, Membership Plans and/or Background Information Services accessed or purchased through this Website, to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. These English-language Terms are the Company's official agreement with users of this Website. In case of any inconsistency between these English-language Terms and its translation into another language, this English-language document controls. The Website is controlled and operated by TruthFinder from its offices and facilities within the United States. The Company makes no representation that the Website is appropriate or available for use in other locations, and access to the Website from territories or nations where any aspect of the Website is illegal is hereby expressly prohibited. You access the Website solely on your own volition and are responsible for compliance with all applicable local laws.

---

## 32. Term And Termination

These Terms will take effect (or shall re-take effect) at the time you click "I ACCEPT", submit information through this Website, respond to a request for information, complete a purchase, select a method of payment, enter in payment method information, and or begin installing, accessing, or using the Website, whichever is earliest. The Company reserves the right at any time and without notice to deny you access to the Website or to any portion thereof and to terminate your rights under these Terms, in its sole and absolute discretion. Your rights under these Terms will terminate automatically if you fail to comply with these Terms subject to the survival rights of certain provisions identified below. Termination will be effective without notice. Upon termination, you must promptly destroy all copies of any aspect of the Website in your possession. The provisions concerning permission to use postings, proprietary and intellectual property rights, submissions, indemnity, disclaimers of warranty and liability, admissibility of these Terms, and governing law will survive the termination of these Terms for any reason.

---

## 33. Waiver & Severability

Failure to insist on strict performance of any of the terms and conditions of these Terms will not operate as a waiver of any subsequent default or failure of performance. No waiver by the Company of any right under these Terms will be deemed to be either a waiver of any other right or provision or a waiver of that same right or provision at any other time. If any part of these Terms is determined to be invalid or unenforceable pursuant to applicable law including, but not limited to, the warranty disclaimers and the liability limitations set forth above, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable provision drafted and provided by the Company in its sole and absolute discretion that most clearly matches the intent of the original provision and the remainder of these Terms shall continue in effect. Provisions herein related to release of claims; indemnification; use and protection of information, Background Information Services, payment for Membership Plans, audit, the Company's use and ownership of your search inquiry data, disclaimer of warranties, security; customer data and governing law shall survive any termination of these Terms.

---

## 34. Electronic Signature

You acknowledge and agree that by agreeing to this Agreement electronically you are expressly agreeing to the terms set forth herein. You acknowledge and agree that by affixing your electronic signature you are submitting a legally binding electronic signature and entering into a legally binding contract. You acknowledge that your electronic submission constitutes your agreement and intent to be bound by the terms of this Agreement. Pursuant to any applicable statutes, regulations, rules, ordinances or other laws, including without limitation the United States Electronic Signatures in Global Commerce Act, P.L. 106-229 (the "E-Sign Act") or other similar statutes, YOU HEREBY AGREE TO THE USE OF ELECTRONIC SIGNATURES, CONTRACTS, ORDERS AND OTHER RECORDS AND TO ELECTRONIC DELIVERY OF NOTICES, POLICIES AND RECORDS OF TRANSACTIONS INITIATED OR COMPLETED THROUGH THE PRODUCTS OFFERED BY THE OPERATOR OF THE WEBSITE.

---

## 35. Entire Agreement

No joint venture, partnership, employment, or agency relationship exists between you and the Company as result of these Terms or your utilization of this Website. These Terms, the Company's Privacy Policy, and any related or associated product purchase, service, or software license agreements, which are all hereby incorporated by reference as if set forth fully herein, represent the entire agreement between you and the Company with respect to use of the Website, and it supersedes all prior or contemporaneous communications and proposals, whether electronic, oral, or written between you and the Company with respect to this Website. We advise that the Company reserves the sole and absolute right to change the terms and conditions of these Terms and the terms and conditions under which this Website and its many offerings are extended to you by posting and providing notice of revised Terms or making and/or e-mailing notice thereof to you. In addition, the Company may add, modify, or delete any aspect, program, or feature of this Website. The Company may, at any time, impose restrictions and/or prohibitions on your use of the Background Information Services or certain data available through the Membership Plan. You understand and that such restrictions or changes in access may be the result of a modification in the Company's policy, a modification of third-party agreements, a modification in industry standards, a security event or a change in law or regulation, or the interpretation thereof. Upon written notification by the Company of such restrictions, you agree to comply with such restrictions. Your continued use of this Website following any addition, modification, or deletion will be conclusively deemed acceptance of any change to the terms and conditions of these Terms. Accordingly, please review the Terms found at this location on a periodic basis.

---

## 36. Contact Information

If you have any questions about these Terms, please feel free to contact us at 800- 699-8081, email us at help@truthfinder.com, or write us at

TruthFinder
2534 State Street, Suite 473
San Diego, CA 92101

For help go to TruthFinder.help
Or call (800) 699-8081
Open 7 Days a Week
9:00am to 10:00pm PST*
(8:00am - 1:00am EST*)
*Holiday Hours Vary

**Directories**
People Search
Criminal Records
Court Records
Glossary
Reverse Phone Search
Deep Web Search

**Help**
FAQs
Dos and Donts
Sample Report
Reviews
Help

**Sitemap**
Terms of Use
Privacy Policy
Remove My Info
Sitemap

For crime news, safety advice, and technology hacks check out

infomania

DISCLAIMER: You may not use our service or the information it provides to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. TruthFinder does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, 15 USC 1681 et seq., ("FCRA"), which are incorporated herein by reference.) The information available on our website may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a persons criminal history. TruthFinder does not make any representation or warranty about the accuracy of the information available through our website or about the character or integrity of the person about whom you inquire. For more information, please review TruthFinder Terms of Use.

truthfinder

© 2019 TRUTHFINDER LLC
ALL RIGHTS RESERVED.

Title: Instant Checkmate Terms of Use
Date: 04 29 2019; 1137
Link: https://www.instantcheckmate.com/terms-of-use/



**checkmate**    HOME   FEATURES   ABOUT   FAQS   CONTACT   LOGIN

e.g. John        e.g. Smith        All States        This is me        SEARCH

## TERMS OF USE

Home  Terms of Use

## Terms of Use and Terms & Conditions of Sale

Date of last revision: July 03, 2018

IMPORTANT - PLEASE READ THESE TERMS OF USE AND TERMS AND CONDITIONS OF SALE (INCLUDING THE SALES AND REFUND POLICIES BELOW) BEFORE ACCESSING, USING, OR MAKING A PURCHASE OF SERVICES AND PRODUCTS ON WWW.INSTANTCHECKMATE.COM OR WWW.INSTANTCHECKMATE.REVIEWS (COLLECTIVELY, THE "SITES"). THIS AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES (see Section 14), LIMITATIONS OF LIABILITY, AN EXCLUSIVE REMEDY (see Section 15), AND A REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS (see Section 17). THESE PROVISIONS FORM AN ESSENTIAL BASIS OF OUR AGREEMENT. IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR MAKING A PURCHASE THROUGH THE SITES.

INSTANT CHECKMATE LLC, a Delaware corporation, doing business as "Instant Checkmate" ("Instant Checkmate"), in connection with the purchase of a membership plan ("Membership Plan") provides access to the background information services ("Services") on the Sites.

THIS IS A BINDING AGREEMENT. These Terms and Conditions of Use and Terms and Conditions of Sale (collectively, the "Terms"), together with our Privacy Policy (available at https://www.instantcheckmate.com/privacy-policy/) and our Limited Data License ("Limited License"), which is available at https://www.instantcheckmate.com/limited-license, represent the legally binding agreement between you and Instant Checkmate. These Terms govern your access to and use of the information services, software functionality, and/or materials ("Information and Materials") provided by Instant Checkmate on or through the Sites and your purchase of any Membership Plan. Instant Checkmate is willing to license or allow the use of the Sites and the related Information and Materials to you only on the condition that you accept and agree to all of the terms contained herein, and by accepting these terms through the completion of a purchase, selection of a method of payment, and your entry of payment information, you hereby authorize Instant Checkmate to charge the selected one of Instant Checkmate's Membership Plans.

If you do not wish to be bound by these Terms, Limited License, and Privacy Policy, you must leave the Sites immediately. Your further use of the Sites will be considered as acceptance of these Terms, the Limited License, and the Privacy Policy.

You may not use the Sites if you are not of legal age to form a binding contract with Instant Checkmate. If you are under 18 years old, or if you are not the age of majority in your jurisdiction of permanent residence, you must leave the Sites immediately. Instant Checkmate reserves the right to request any buyer of its Membership Plans or user of its Services to provide written proof of age in any form.

Instant Checkmate reserves the right to update and change, from time to time, these Terms and all documents incorporated by reference. You can find the most recent version of these Terms at https://www.instantcheckmate.com/terms-of-use/. Instant Checkmate will post a notice on its home page that these Terms have changed. Use of the Sites after such changes constitutes acceptance of such changes.

### Table of Contents:

1) License Grants for Use of Site & Restrictions.
2) Review and Content Guidelines
3) Permission to Use Postings
4) Billing and Services
    a. Current Pricing and Price Modification
    b. Standard Membership Plans
    c. $1.00 Trial Membership
    d. Nonstandard Membership Plans
    e. Negative Option
    f. Cancellation Policy
    g. Refund Policy
    h. Taxes
    i. Discounts and Promotions
    j. Billing Errors
    k. Reversals and Chargebacks
5) Orders Placed Through the Site & General Payment Information
6) User Obligations
7) Removing Your Information
8) Fair Credit Reporting Act (FCRA) Notice
9) Postings and Permission to Use Postings
10) Instant Checkmate Intellectual Property
11) Third Party Sites and Services
12) Submissions
13) Site Security
14) Disclaimer of Warranties
15) Limitation of Liability
16) Indemnification
17) Arbitration and Class Action Waiver
18) Privacy Policy
19) Miscellaneous
20) Acknowledgement
21) Contact Information

## 1) License Grants for Use of Site & Restrictions.

Subject to your continued strict compliance with the terms and conditions of this document, the Limited License, and the limitations below, Instant Checkmate provides to you a revocable, limited, non-exclusive, royalty-free, non-sublicensable, and non-transferable license to use the Sites. You may download and print materials and information from the Sites solely for your personal use, provided that you do not remove from any such hard copies any copyright and/or other applicable intellectual property notices. Notwithstanding the foregoing license grant, you hereby acknowledge and agree that (a) the content, layout, formatting, and features of and access privileges for the Sites shall be determined by Instant Checkmate in its sole and absolute discretion; (b) Instant Checkmate has the right to control and direct the means, manner, and method by which the Sites is provided; and Instant Checkmate may, from time to time, engage independent contractors, consultants, or subcontractors to aid Instant Checkmate in providing the Sites or use thereof; and (c) Instant Checkmate has the right to preserve the Sites to others. In addition, you hereby acknowledge and agree that these Terms provide you with only a limited license to access and use the Sites. Accordingly, you hereby acknowledge and agree that Instant Checkmate transfers no ownership or interest to you in the Sites or in any other content, other than these Terms. Instant Checkmate hereby reserves any and all

similar or equivalent manual process, to access, acquire, copy, or monitor any portion of the Sites or in any way reproduce or circumvent the navigational structure or presentation of the Sites in order to obtain or attempt to obtain any materials, pictures, documents, or any other information through any means not purposely made available through the Sites, (e) attempt to gain unauthorized access to (x) any portion or feature of the Sites, (b) any other systems or networks connected to the Sites, (c) any Instant Checkmate server, or (d) any of the services offered on or through the Sites, by hacking, password "mining" or any other illegitimate or prohibited means, (xii) probe, scan, or test the vulnerability of the Sites or any network connected to the Sites, nor breach the security or authentication measures on the Sites or any network connected to the Sites, (xiii) reverse look-up, trace, or seek to trace any information on any other user of or visitor to the Sites, (xi) take any action that imposes an unreasonable or disproportionately large load on the infrastructure of the Sites or Instant Checkmate's systems or networks or any systems or networks connected to the Sites, (xii) use any device, software, or routine to interfere with the proper working of the Sites or any transaction conducted on the Sites, or with any other person's use of the Sites, (xiii) forge headers, impersonate a person or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to Instant Checkmate on or through the Sites, (xiv) use the Sites to harvest or collect e-mail addresses or other contact information in a manner inconsistent with these Terms, or (xv) use the Sites in an unlawful manner or in a manner that could damage, disparage, or otherwise negatively impact Instant Checkmate. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, AND EXCEPT AS PROVIDED IN THESE TERMS, DOWNLOADING, COPYING OR REPRODUCING ANY MATERIALS PROVIDED BY INSTANT CHECKMATE TO ANY OTHER SERVER, HARD DRIVE OR LOCATION FOR THE PURPOSE OF REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED.

## 2) Review and Content Guidelines

Instant Checkmate invites users of the services and products available on www.instantcheckmate.com (the "Product Page") to post honest reviews and commentary of the Product Page and any corresponding services, memberships plans, or items relating to the Product Page (collectively, "Reviews") on www.instantcheckmate reviews (the "Review Page") To the extent you post a Review to the Review Page, you hereby acknowledge and agree to the following:

- You are an actual user of the Product Page and have experience with the products and/or services available through the Product Page.
- You will provide Instant Checkmate with your email address that is the same email address you provided to Instant Checkmate when you interacted with the Product Page. You understand that, to the extent your email address does not match an email address associated with a user of the Product Page, your Review will not be posted and/or removed.
- You will only provide honest and relevant reviews that reflect your own personal experiences with the Product Page.
- You will not upload, post, display, or transmit any of the following materials:
  - anything that interferes with or disrupts the operation of the Websites.
  - statements or material that defames, harasses, abuses, stalks, threatens, intimidates, or in any way infringes on the rights of others,
  - unauthorized copyrighted materials or any other material that infringes on the intellectual property rights, trade secrets, or privacy of others,
  - statements or material that encourages criminal conduct or that would give rise to civil liability or otherwise violates any law or regulation in any jurisdiction,
  - statements or material that contains vulgar, obscene, profane, or otherwise objectionable language or images that typically would not be considered socially or professionally responsible or appropriate in person,
  - statements or material that impersonates any other person or entity, whether actual or fictitious, including, without limitation, employees and representatives of Instant Checkmate,
  - statements or material that misrepresents your affiliation with any entity and/or Instant Checkmate,
  - statements or material that constitutes junk mail, spam, or unauthorized advertising or promotional materials, and
  - statements or material that are "off-topic."
  - Instant Checkmate reserves the right, in its sole discretion, to not post your Review or to remove any posted Review from the Websites for any reason and without notice or notification to you of the same.

## 3) Permission to Use Postings

You acknowledge and agree that you have no proprietary interest in the Websites. Moreover, by submitting a Review to the Review Page, you automatically grant Instant Checkmate, for a period of ten (10) years, renewable as Instant Checkmate's option, a royalty-free, irrevocable, non-exclusive, assignable, transferable and sublicensable right and license to use, reproduce, modify, publish, translate, create derivative works from, distribute, transmit, perform, and display such content or information (in whole or in part) contained in the Review worldwide for any purpose and/or to incorporate into other works in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content or information. You hereby represent that you have all necessary rights to make the Review available to Instant Checkmate and the Websites, and you also acknowledge and agree that such Reviews are non-confidential for all purposes and that Instant Checkmate has no control over the extent to which any idea or information within a Review may be used by any party or person once such content is posted or displayed on the Websites. Accordingly, notwithstanding this right and license, you hereby acknowledge and agree that by merely permitting your information, content, and materials to appear on the Websites, Instant Checkmate has not become and is not a publisher of such information, content, and materials and is merely functioning as an intermediary to enable you to provide and display your Review. Moreover, Instant Checkmate assumes no responsibility for the deletion of or failure to store any Review and recommends that you do not post, display, or transmit any confidential or sensitive information. All users shall remain solely and exclusively responsible for any liability arising from their own Reviews.

## 4) Billing and Services

### a) Current Pricing and Price Modification

For the most up-to-date pricing and Membership Plan descriptions, please go to https://www.instantcheckmate.com. We reserve the right to modify the prices charged for the Membership Plans, or to add or remove any Membership Plans from the Sites at any time without prior notice to you. Price quotes provided to you prior to any price modification shall be honored.

### b) Standard Membership Plans

Instant Checkmate offers two standard Membership Plans for Background Reports. All Membership Plans are billed up front for the entire term selected.

- This product includes unlimited person reports for an initial price of $34.78 and re-bills $34.78 every 1 month(s): Your membership will automatically renew every 30 days unless you cancel before the start of the next term. Instant Checkmate will charge the recurring membership fee of $34.78 to the same payment option you today until you cancel. To cancel your subscription, call 1 (800) 222-8985 anytime.
- This product includes unlimited person reports for an initial price of $83.47 and re-bills $83.47 every 3 month(s): Your membership will automatically renew every 3 months unless you cancel before the start of the next term. Instant Checkmate will charge the recurring membership fee of $83.47 to the same payment option you today until you cancel. To cancel your subscription, call 1 (800) 222-8985 anytime.

If your payment for a full term is declined due to insufficient funds, Instant Checkmate reserves the right to bill in monthly installments based on the monthly rates associated with the Membership Plan you selected.

### c) $1.00 Trial Membership

If you select a trial Membership Plan ("Trial Membership Plan"), you will be able to try a Membership Plan and its accompanying services for five (5) days from the date of purchase for only $1.00. If you select a Trial Membership Plan, the debit or credit card or other payment account you provide will be billed $1.00 immediately upon enrollment, and you will have five (5) days from the time of enrollment to try out Instant Checkmate's Services under the Membership Plan. If you do not cancel your Trial Membership Plan before the expiration of the 5-day trial period, on the 6th day after you enroll, you will automatically be enrolled in a monthly Membership Plan and the card you provided at the time of enrollment in the Trial Membership Plan will be charged $29.63 immediately and $29.63 approximately every thirty (30) days thereafter, unless and until you cancel.

### d) Nonstandard Membership Plans

Instant Checkmate sometimes offers promotional membership offers or the opportunity to purchase a single report or several reports for an identified price with no further obligation. If you enroll in a nonstandard Membership Plan, Instant Checkmate expressly reserves the right to bill you at the identified price and based on the terms disclosed at the time of your enroll.

### e) Negative Option

BY SIGNING UP FOR A MEMBERSHIP PLAN, YOU AUTHORIZE INSTANT CHECKMATE AND ITS PARTNERS, AFFILIATES AND/OR AGENT(S) TO CHARGE YOUR DEBIT OR CREDIT CARD OR OTHER PAYMENT ACCOUNT THE FEES ASSOCIATED WITH THE MEMBERSHIP PLAN'S TERM AND YOU ACKNOWLEDGE AND AGREE THAT INSTANT CHECKMATE WILL NOT OBTAIN ADDITIONAL AUTHORIZATION FROM YOU FOR EACH RECURRING FEE CHARGED TO YOUR CREDIT OR DEBIT CARD OR OTHER PAYMENT ACCOUNT. IN ADDITION, YOU AGREE THAT INSTANT ...

You may cancel any Membership Plan at any time by going to https://www.instantcheckmate.com/cancel or by calling our customer support line at 1-800-222-8985 to speak with one of our Customer Service Representatives. We're open 7 days a week from 5am to 10pm pacific (8am to 1am eastern). Holiday hours may vary. Any cancellation request will ensure you are not billed further.

### g) Refund Policy

Our number one goal at Instant Checkmate is customer satisfaction. If you are ever not satisfied with our Membership Plan and/or Services, feel free to call one of our customer support staff at 1-800-222-8985, and we will work to resolve your issue. We're open 7 days a week from 5am to 10pm pacific (8am to 1am eastern). Holiday hours may vary. Refunds are handled on a case-by-case basis with the ultimate goal of complete customer satisfaction.

### h) Taxes

All orders are subject to applicable taxes in the states where the member resides.

### I) Discounts and Promotions

Any applicable discounts or promotional prices will be noted at the time of purchase on the checkout page for your order.

### j) Billing Errors

If you believe that you have been erroneously billed, please notify our Customer Service Department toll-free at 1-800-222-8985 immediately to notify us of such error.

### k) Reversals and Chargebacks

Instant Checkmate considers chargebacks and reversals as potential cases of fraudulent use of our Membership Plans and/or theft of Membership Plans and will be treated as such. Instant Checkmate reserves the right of filing a complaint with the appropriate local and federal authorities to investigate. Be advised that all activity and IP address information is being monitored and that this information may be used in a civil and/or criminal case(s) against a customer if there is fraudulent use and or theft of Membership Plans.

## 5) Orders Placed Through the Site & General Payment Information.

All orders placed through the Sites are subject to Instant Checkmate's acceptance. After your order has been placed, we will provide you with an email confirming your receipt of your order and, if your order is accepted, confirming our acceptance of your order. Instant Checkmate may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your payment card or payment method has already been charged for an order that is later cancelled by Instant Checkmate, Instant Checkmate will issue you a refund. If you do not receive confirmation that your order has been placed, please contact our Customer Service Department at 1-800-222-8985.

While we want everyone to be able to enjoy our Membership Plans, we may, in our sole discretion, not accept an order or limit or cancel quantities purchased per person, per household or per order. Some reasons we may do so include, but are not limited to, the following:

  Orders that cannot be processed as a result of incorrect or invalid billing or payment information. Be sure to double-check your information when placing an order. We cannot process orders for several reasons including, but not limited to:
      Incorrect credit or debit card or other payment account information such as card number, expiration date and card security value;
      Incorrect payment method billing information (billing information provided must be the same as what your financial institution has on record);
  Orders, in our sole discretion, that we suspect to be fraudulent. We reserve the right to cancel or not accept any order that we suspect to have been placed as a result of fraudulent activity. We further reserve the right to cancel or not accept subsequent orders from customers with a previous fraudulent order history; and
  Orders connected to previous credit card disputes.

If your order has been processed, you may obtain a refund on the Membership Plan you ordered pursuant to the terms of our Refund Policy, which is summarized above.

All fees are payable in United States currency. Instant Checkmate offers several methods of payment for you to purchase Membership Plans, including debit cards and credit cards. If you use Paypal, your payment is subject to Paypal's terms and conditions which can be found at https://www.paypal.com/us/webapps/mpp/ua/useragreement-full. Instant Checkmate reserves the right to request additional evidence or proof of billing information or other information associated with the credit or debit card or any other account used to purchase Membership Plans from the Sites. In the event that the requested evidence or proof is not provided or is insufficient, we reserve the right to refuse to accept the order. If you believe your credit or debit card or other payment account might have been used in a fraudulent manner to purchase a Membership Plan, please contact our Customer Service Department at 1-800-222-8985.

By ordering a Membership Plan through the Sites, you authorize Instant Checkmate to charge your debit or credit card or payment account accordingly. Please be aware that the descriptor (or subject line) that appears on your billing statement will refer to ICM*INSTANTCHECKMATE.COM. If you have any questions about the descriptor on your billing statement, you should call our Customer Service Department toll-free at 1-800-222-8985.

Upon prior email notice to you, Instant Checkmate may change its pricing and/or billing practices. If you do not agree with these changes, you may cancel your Membership Plan, but you will remain responsible for payment of any and all fees that you have already incurred. Continued enrollment in a Membership Plan after receipt of such email notice constitutes consent to any and all such changes. If you fail to make any scheduled payment for a Membership Plan, Instant Checkmate may, in its sole discretion, terminate your membership in the Membership Plan.

## 6) User Obligations

By installing, accessing, or using the Sites you hereby represent that you will, at all times, provide true, accurate, current, and complete information when submitting information to the Sites, including, without limitation, when you provide any information to Instant Checkmate via an email or any registration or submission form found on the Sites. If you provide any false, inaccurate, untrue, or incomplete information, Instant Checkmate reserves the right, in its sole discretion, to immediately and without notice terminate your access to and use of the Sites and/or cancel any of your pending purchases or registrations with Instant Checkmate. You agree that if any information you supply to Instant Checkmate changes, you will amend or resubmit that information to Instant Checkmate. In addition, you agree to abide by all applicable local, state, national, and international laws and regulations with respect to your use of the Sites. You also acknowledge and agree that use of the Sites are solely at your own risk. While Instant Checkmate has endeavored to create a secure and reliable Sites, the confidentiality of any communication or material transmitted to/from the Sites over the Internet or any other form of global communication network cannot be guaranteed. Accordingly, Instant Checkmate is not to any degree responsible or liable for the security of any information transmitted via the Internet, the accuracy of the information contained on the Sites, or for the consequences of any reliance on such information. You must make your own determination as to these issues.

## 7) Removing Your Information

Due to the nature of public record information, the public records and commercially available data sources used in connection with the Services may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. The Services are not the source of data, nor are they a comprehensive compilation of the data. If you would like to remove your information from our Sites please visit our Remove My Info page or contact our Customer Service Department toll free at 1-800-222-8985.

## 8) Fair Credit Reporting Act (FCRA) Notice

Instant Checkmate IS NOT A CREDIT REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"), 15 USC §§ 1681 et seq. AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CREDIT REPORTING AGENCIES ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THESE TERMS.

Consumer Reports are reports of information received from Instant Checkmate in connection with its Services to determine a prospective candidate's suitability for:

  • Employment, insurance, and/or other insurance;
  • Credit and/or loans;
  • Employment;

- Benefits, privileges or services provided by any business establishment;

The information that a data provider will collect and use from, or about you, and the not be disclosed in a notice. You understand that any Instant Checkmate customer use is defined in the FCRA. According to applicable law, you are not permitted to use any of this information as a factor in: (a) establishing an individual's eligibility for personal credit, loans, insurance or assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; (d) evaluating an individual's eligibility for a license or other benefit granted by a government agency; or (e) any other product, service or transaction in connection with which a consumer report may be used under the FCRA or any similar state statute, including, without limitation, apartment rental, check cashing, or the opening of a deposit or transaction account. You also agree that you shall not use any of the information you receive in connection with Instant Checkmate's Services to take any "adverse action" as that term is defined in the FCRA; you have appropriate knowledge of the FCRA; and if necessary, you will consult with an attorney to ensure compliance with these Terms.

You also agree that you will not use Instant Checkmate to provide instructional information about illegal activities or to any one physical harm or injury to any group or individual.

You also agree that you will not use Instant Checkmate or any information derived from Instant Checkmate in connection with any purpose or personal information covered under Gramm-Leach-Bliley Act, Health Insurance Portability and Accountability Act (HIPAA), Driver's Privacy Protection Act, the Children's Online Privacy Protection Act (COPPA), FCRA, and all similar laws at the state level.

You also agree that you will not use or otherwise export or re-export Instant Checkmate content in violation of the export control laws and regulations of the USA.

You may not share your Instant Checkmate username or password with any third party. Instant Checkmate's products are intended for use by You only and should not be distributed to third parties.

## 9) Postings and Permission to Use Postings.

The Site, and/or any social media page controlled by Instant Checkmate that is accessible directly through the Site (each, an "Instant Checkmate Social Media Page"), may contain blogs, message boards, comment areas and other interactive features and functionality where users may post certain information and content (collectively, "Forums"). To the extent the Site and/or any Instant Checkmate Social Media Page contains any such Forum, you hereby acknowledge and agree that when using the Site and/or any Instant Checkmate Social Media Page, you will not upload, post, display, or transmit any of the following materials on any Forum:

- anything that interferes with or disrupts the operation of the Site and/or Instant Checkmate Social Media Page,
- statements or material that defames, harasses, abuses, stalks, threatens, intimidates, or in any way infringes on the rights of others,
- unauthorized copyrighted materials or any other material that infringes on the intellectual property rights, trade secrets, or privacy of others,
- statements or material that encourages criminal conduct or that would give rise to civil liability or otherwise violates any law or regulation in any jurisdiction,
- statements or material that contains vulgar, obscene, profane, or otherwise objectionable language or images that typically would not be considered socially or professionally responsible or appropriate in person,
- statements or material that impersonates any other person or entity, whether actual or fictitious, including, without limitation, employees and representatives of Instant Checkmate,
- statements or material that misrepresents your affiliation with any entity and/or Instant Checkmate,
- statements or material that constitutes junk mail, spam, or unauthorized advertising or promotional materials, or
- statements or material that are "off-topic" for a designated Forum.

You acknowledge and agree that you have no proprietary interest in any Forum. Moreover, by submitting content or information of any type (a "Posting") to a Forum or by other wise using the Sites and/or an Instant Checkmate Social Media Page to transmit or display a Posting, you automatically grant Instant Checkmate, its affiliates, officers, directors, employees, consultants, agents, and representatives, for a period of ten (10) years, renewable at Instant Checkmate's option, a royalty-free, irrevocable, non-exclusive, transferable and sublicensable right and license to use, reproduce, modify, publish, translate, create derivative works from, distribute, transmit, perform, and display such content or information (in whole or in part) worldwide and/or to incorporate into other works in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content or information. You hereby represent that you have all necessary rights to make the Posting available to Instant Checkmate and a Forum, and you also acknowledge and agree that such Postings are non-confidential for all purposes and that Instant Checkmate has no control over the extent to which any idea or information within a Posting may be used by any party or in person once such content is posted or displayed on the Sites and/or an Instant Checkmate Social Media Page. You will not be compensated for any Postings used by any third party. If a Posting is posted or displayed on the Sites and/or otherwise disclose your name in connection with your Posting. Accordingly, you understand this right and license. you hereby acknowledge and agree that by merely permitting your information, content, and materials to appear on the Sites and/or an Instant Checkmate Social Media Page, Instant Checkmate has not become and is not a publisher of such information, content, and materials and is merely functioning as an intermediary to enable you to provide and display a Posting. Moreover, Instant Checkmate assumes no responsibility for the deletion of or failure to store any Posting and recommends that you do not post, display, or transmit any confidential or sensitive information. All users shall remain solely and exclusively responsible for any liability arising from their own Postings.

## 8) Instant Checkmate Intellectual Property.

a) All text, graphics, interfaces, photographs, audio, video, sounds, images, artwork, computer code (including html code), programs, software, products, information, and documentation as well as the design, structure, selection, coordination, expression, "look and feel", and arrangement of any content contained on or available through the Sites (collectively, "Intellectual Property"), unless otherwise expressly indicated in writing, are owned, controlled, and licensed exclusively by Instant Checkmate and/or its suppliers and are protected by United States and foreign laws including, but not limited to, United States copyright, trade secret, patent, and trademark law, as well as other state, national, and international laws and regulations. Instant Checkmate (and/or its third-party data providers) shall retain all right, title, and interest under applicable control of such copyright, patent, trademark, Trade Secret and related laws in and to the Services and the data and information that provided in connection with the Services. Except as expressly provided in these Terms, Instant Checkmate does not grant any express or implied intellectual property or proprietary right to you or any other person. Accordingly, your unauthorized use of the Sites may violate intellectual property or other proprietary rights laws of the United States and/or a foreign nation, as well as other laws, regulations, and statutes. The Sites is Copyright © 2017 Instant Checkmate and/or its licensors. All rights reserved. Instant Checkmate also owns a copyright in the contents of the Sites as a collective work and/or compilation and in the selection, coordination, arrangement, and enhancement of the content of the Sites. Any downloadable or providable programs, information, or materials available through the Sites and all intellectual property and/or proprietary rights related thereto, unless otherwise expressly indicated in writing, are owned exclusively by Instant Checkmate and/or its suppliers. Instant Checkmate and all other names, logos, and icons of Instant Checkmate, its affiliates and/or subsidiaries, and any of their events, programs, products, and/or services are owned exclusively by Instant Checkmate, and any use of such marks without the prior express written permission of Instant Checkmate is hereby strictly prohibited. Other product and company names mentioned herein may be the trademarks and/or service marks of their respective owners.

b) No portion of the Sites may be reproduced, duplicated, copied, sold, or otherwise exploited for any commercial purpose that is not expressly permitted by Instant Checkmate.

c) You may browse through the Sites and download any information you obtain by using the Services for your own personal use. You must keep intact all copyright, trademark and other notices contained in your personal copies. Except as otherwise provided in these Terms, you may not reproduce or allow others to reproduce your personal copies of downloaded materials, nor may you make them available electronically without our express written consent. You may not save or archive a significant portion of the material appearing on the Sites. You may not attempt to alter or modify the content posted on the Sites. Except as expressly set forth in these Terms, you may not copy, download, display, distribute, publish, enter into a database, perform, modify, create derivative works, transmit, post, decompile, reverse engineer, disassemble or in any way exploit any of our Intellectual Property or the Sites itself.

d) Notwithstanding anything in these Terms to the contrary, Instant Checkmate or Instant Checkmate's data provider shall own your search industry data used to access the Services (in the past or future) and may use such data for any purpose consistent with applicable federal, state and local laws, rules and regulations, and Instant Checkmate's Privacy Policy.

## 11) Third Party Sites and Services.

The Sites may contain links to other sites owned by third parties, and the Sites may contain the advertisements of third parties and/or feature materials, programs, events, products, and services provided by third parties. Your use of each of those sites and third-party materials, programs, events, products, and services is at your own risk and is subject to the terms of those sites. Instant Checkmate has no control over sites, materials, programs, events, products, and services that are not ours, and Instant Checkmate is not responsible for any changes to or content on any third-party sites. Instant Checkmate assumes no responsibility for the content of or services offered by linked third-party sites, and makes no representations regarding the accuracy of materials on such third-party websites. Statements made on third-party websites linked to or from the Sites reflect only the views of their authors and not of Instant Checkmate. Instant Checkmate's inclusion on the Sites of any third-party content or a link to a third-party sites is not an endorsement of that content or third-party sites. Instant Checkmate expressly disclaims responsibility and liability for all third-party sites and all third-party provided materials, programs, events, products, and services contained on or accessed through the Sites or on third-party websites, and you agree that Instant Checkmate shall not be responsible for any loss or damage of any sort incurred as a result of any such dealings or as the result of the presence of such third-parties' materials, products, and/or services on the Sites.

## 12) Submissions.

Instant Checkmate welcomes your feedback and suggestions about how to improve the Sites and/or the events, programs, information and materials Services and/or Materials. If you feel Instant Checkmate is in some way suggestions, then you hereby grant Instant Checkmate you hereby the right to the content of or services offered by

EXHIBIT O, Page 92

... the foregoing, and without limitation, Instant Checkmate does not grant, and expressly reserves, all worldwide rights, including without limitation, the exclusive, transferable, and/or non-transferable and renewable at Instant Checkmate's option for Instant Checkmate to adopt, publish, reproduce, disseminate, transmit, distribute, copy, use, create derivative works and otherwise exploit, for any and all purposes, any and all User Content, and any ideas, concepts, techniques or other materials contained in any User Content submitted by you or otherwise, in any media now known or hereafter developed, and whether or not such User Content may be expressly referred to as User Content, or otherwise.

## 13) Site Security.

Actual or attempted unauthorized use of the Sites may result in criminal and/or civil prosecution, including, without limitation, punishment under the Computer Fraud and Abuse Act of 1986. Instant Checkmate reserves the right (and you hereby grant to Instant Checkmate a right) to view, monitor, and record activity on the Sites without notice to or permission from you. Any information obtained by, monitoring, reviewing, or recording your use of the Sites is subject to review by law enforcement organizations in the sole and absolute discretion of Instant Checkmate. Instant Checkmate will also comply with all legally binding requests for such information including, without limitation, the provision of information pursuant to a court order. In addition to the foregoing, in its sole and absolute discretion, Instant Checkmate reserves the right to at any time and without advance notice, modify, suspend, terminate, or temporarily interrupt operation of or access to the Sites or any portion thereof.

## 14) Disclaimer of Warranties.

EXCEPT WHERE UNENFORCEABLE OR INAPPLICABLE, INCLUDING THE STATE OF NEW JERSEY:

a) INSTANT CHECKMATE DOES NOT GUARANTEE THE ACCURACY OF INFORMATION FOUND ON THE SITES OR THROUGH THE SERVICES. USE OF THE SITES, THE SERVICES AND ANY DATA ACCESSED WHILE USING THE SITES OR THE SERVICES IS AT YOUR SOLE RISK. THE SITES, THE SERVICES AND ALL CONTENTS OF EACH ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS.

b) INSTANT CHECKMATE DOES NOT WARRANT THAT THE SITES OR SERVICES WILL MEET ANY REQUIREMENTS OR NEEDS YOU MAY HAVE, OR THAT THE SITES OR SERVICES WILL OPERATE ERROR FREE, OR IN AN UNINTERRUPTED FASHION, OR THAT ANY DEFECTS OR ERRORS IN THE SITES OR SERVICES WILL BE CORRECTED, OR THAT THE SITES OR SERVICES ARE COMPATIBLE WITH ANY PARTICULAR PLATFORM. INSTANT CHECKMATE IS NOT OBLIGATED TO PROVIDE ANY UPDATES TO THE SITES OR SERVICES

c) INSTANT CHECKMATE DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE MATERIALS ON THE SITES OR SERVICES IN TERMS OF THEIR TIMELINESS, CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. WHILE INSTANT CHECKMATE MAKES REASONABLE EFFORTS TO PROVIDE ACCURATE AND TIMELY INFORMATION ON THE SITES, YOU SHOULD NOT ASSUME THAT THE INFORMATION PROVIDED IS ALWAYS UP TO DATE OR THAT THE SITES CONTAINS ALL THE RELEVANT INFORMATION AVAILABLE. INSTANT CHECKMATE UNDERTAKES NO OBLIGATION TO VERIFY OR MAINTAIN THE CURRENCY OF SUCH INFORMATION.

d) INSTANT CHECKMATE DOES NOT REPRESENT THAT THE SITES, THE SERVICES OR ANY DATA ACCESSED WHILE USING THE SITES OR THE SERVICES IS APPROPRIATE OR AVAILABLE FOR USE OUTSIDE THE UNITED STATES

e) YOU ACKNOWLEDGE AND AGREE THAT INSTANT CHECKMATE OBTAINS ITS DATA PROVIDED IN CONNECTION WITH ITS SERVICES FROM THIRD-PARTY SOURCES, WHICH MAY OR MAY NOT BE COMPLETELY THOROUGH AND ACCURATE, AND THAT YOU SHALL NOT RELY ON INSTANT CHECKMATE FOR THE ACCURACY OR COMPLETENESS OF INFORMATION SUPPLIED IN CONNECTION WITH ITS SERVICES. WITHOUT LIMITING THE FOREGOING, THE CRIMINAL RECORD DATA THAT MAY BE PROVIDED BY INSTANT CHECKMATE IN CONNECTION WITH ITS SERVICES MAY INCLUDE RECORDS THAT HAVE BEEN EXPUNGED, SEALED, OR OTHERWISE HAVE BECOME INACCESSIBLE TO THE PUBLIC SINCE THE DATE ON WHICH THE DATA WAS LAST UPDATED OR COLLECTED. YOU UNDERSTAND THAT YOU MAY BE RESTRICTED FROM ACCESSING CERTAIN INFORMATION AND MATERIALS WHICH MAY BE OTHERWISE AVAILABLE. INSTANT CHECKMATE RESERVES THE RIGHT TO ADD MATERIALS AND FEATURES TO, AND TO DISCONTINUE OFFERING ANY OF THE MATERIALS AND FEATURES THAT ARE CURRENTLY A PART OF ITS SERVICES PROVIDED IN CONNECTION WITH A MEMBERSHIP PLAN.

f) TO THE FULL EXTENT ALLOWED BY LAW, INSTANT CHECKMATE EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, RELATING TO THE SITES, THE SERVICES AND ANY DATA ACCESSED WHILE USING THE SITES OR THE SERVICES OR THE ACCURACY, TIMELINESS, COMPLETENESS, OR ADEQUACY OF THE SITES, THE SERVICES AND ANY DATA ACCESSED WHILE USING THE SITES OR THE SERVICES, INCLUDING THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

## 15) Limitation of Liability.

a) EXCEPT WHERE OTHERWISE INAPPLICABLE OR PROHIBITED BY LAW, INCLUDING THE STATE OF NEW JERSEY, INSTANT CHECKMATE IS NOT LIABLE TO YOU FOR CLAIMS OR LIABILITIES OF ANY KIND, INCLUDING WITHOUT LIMITATION, FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR ANY OTHER DAMAGES ARISING OUT OF OR RELATED TO THE USE OF THE SITES OR SERVICES BY YOU OR BY THIRD PARTIES OR ARISING OUT OF OR RELATED TO ANY THIRD-PARTY SOFTWARE, ANY DATA ACCESSED WHILE USING THE SITES OR SERVICES, YOUR USE OR INABILITY TO USE OR ACCESS THE SITES OR SERVICES, WHETHER SUCH DAMAGE CLAIMS ARE BROUGHT UNDER ANY THEORY OF LAW OR EQUITY EVEN IF YOU HAVE ADVISED INSTANT CHECKMATE IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGE, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, INJURY TO PERSON OR PROPERTY, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR PERSONAL INFORMATION.

b) IF, NOTWITHSTANDING THE LIMITATIONS OF LIABILITY SET FORTH ABOVE, INSTANT CHECKMATE IS FOUND LIABLE UNDER ANY THEORY, INSTANT CHECKMATE'S LIABILITY AND THE LIABILITY OF ITS THIRD-PARTY DATA PROVIDERS UNDER THIS AGREEMENT OR OTHERWISE WITH RESPECT TO THE SITES AND THE SERVICES AND YOUR EXCLUSIVE REMEDY WILL BE LIMITED TO MONEY DAMAGES NOT TO EXCEED $100. THIS LIMITATION OF LIABILITY IS UNENFORCEABLE AND INAPPLICABLE IN CERTAIN STATES, INCLUDING NEW JERSEY. CONSUMERS IN THOSE STATES HAVE ADDITIONAL RIGHTS.

c) AS STATED ABOVE, SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES AS SET FORTH IN SECTIONS 12 AND 13. ACCORDINGLY, SOME OF THE LIMITATIONS SET FORTH IN SECTIONS 12 AND 13 MAY NOT APPLY TO YOU. IN SUCH CASE, THE TERMS OF SECTION 17(e) (SEVERABILITY) BELOW WILL APPLY.

## 16) Indemnification.

To the full extent allowed by law, you will defend, indemnify and hold Instant Checkmate and its affiliates, their employees, contractors, agents, representatives, shareholders, officers, directors, co-branders, content licensors, and/or other partners harmless from any liability, claim, expense, or demand, including attorneys' fees and costs, made by any third party in connection with or arising out of your use of the Sites, your violation of any terms of these Terms, your violation of applicable laws, or your violation of any rights of another person or entity. Instant Checkmate reserves the right, at your expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will cooperate with Instant Checkmate in asserting any available defenses.

## 17) Arbitration and Class Action Waiver.

a) EXCEPT WHERE PROHIBITED BY LAW, YOU AND INSTANT CHECKMATE UNDERSTAND AND AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND INSTANT CHECKMATE, ITS PARENTS, AFFILIATES, SUBSIDIARIES OR RELATED COMPANIES, INCLUDING DISPUTES AGAINST ANY AGENT, EMPLOYEE, SUBSIDIARY, AFFILIATE, PREDECESSOR IN INTEREST, SUCCESSOR, OR ASSIGN OF THE OTHER) RELATING TO THE SITES, THE INFORMATION AND MATERIALS PUBLISHED BY INSTANT CHECKMATE ON OR THROUGH THE SITES, ANY TRANSACTION OR RELATIONSHIP BETWEEN US RESULTING FROM YOUR USE OF THE SITES, COMMUNICATIONS BETWEEN US OR THE PURCHASE, ORDER, OR USE OF OUR MEMBERSHIP PLANS. THE INFORMATION PROVIDED IN CONNECTION WITH OUR MEMBERSHIP PLANS, AND YOUR USE OF OUR SERVICES, INCLUDING, WITHOUT LIMITATION, TORT AND CONTRACT CLAIMS, CLAIMS BASED UPON ANY FEDERAL, STATE OR LOCAL STATUTE, LAW, ORDER, ORDINANCE OR REGULATION, AND THE ISSUE OF ARBITRABILITY SHALL BE RESOLVED BY THE FINAL AND BINDING ARBITRATION PROCEDURES SET BELOW. THE PARTIES ACKNOWLEDGE AND AGREE THAT ANY SUCH CLAIMS SHALL BE BROUGHT SOLELY IN THE PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE PROCEEDING, OR PRIVATE ATTORNEY GENERAL CAPACITY. THE PARTIES FURTHER AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL. ANY CONTROVERSY CONCERNING WHETHER A DISPUTE IS ARBITRABLE SHALL BE DETERMINED BY THE ARBITRATOR AND NOT BY THE COURT. JUDGMENT UPON ANY AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED BY A CALIFORNIA STATE OR FEDERAL COURT HAVING JURISDICTION THEREOF. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA").

The following procedures shall apply:

i) In the event a party elects to proceed with binding arbitration, it shall provide written notice thereof to the other party by registered or certified mail and shall describe in such notice with reasonable particularity, the nature and basis of such claim and the total amount of the claim. Within thirty (30) days of receipt of such notice, the party receiving notice of a claim shall provide a written response with, with reasonable particularity, sets forth its position concerning the claim. If the parties are unable to resolve the dispute arising from the claim by good faith negotiations to be conducted within the thirty (30)-day period following the written response, either of them may initiate binding arbitration pursuant to the Terms and conditions set forth herein.

ii) The arbitration shall be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes (collectively, "AAA Rules") of the American Arbitration Association ("AAA") and will be administered by the AAA. If the AAA is unavailable or refuses to arbitrate the parties' dispute for any reason, the arbitration shall be administered and conducted by a widely-recognized arbitration organization that is mutually agreed to by the parties, but neither party shall unreasonably withhold their consent. The AAA Rules are available at www.adr.org. Unless otherwise agreed, the arbitration shall take place in the capital city of the state in which you resided at the time of your claim. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. ...

EXHIBIT O, Page 93

TO THE EXTENT PERMITTED BY LAW AGREEING TO THIS ARBITRATION AGREEMENT AND CLASS ACTION WAIVER, you agree to arbitrate disputes through binding individual arbitration instead of filing a lawsuit in court. There is no judge or jury in arbitration. Court review of an arbitration award is limited. However, an arbitrator can award the same relief that a court can award. TO THE EXTENT PERMITTED BY LAW, YOU AGREE TO GIVE UP YOUR RIGHT TO GO TO COURT to assert or defend your rights under this contract (except for matters that may be taken to small claims court). Your rights will be determined by a NEUTRAL ARBITRATOR and NOT a judge or jury. You are entitled to a fair hearing, BUT the arbitration procedures are simpler and more limited than rules applicable in court. Arbitrator decisions are as enforceable as any court order and are subject to VERY LIMITED REVIEW BY A COURT. TO THE EXTENT PERMITTED BY LAW YOU AND INSTANT CHECKMATE AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. Further, to the extent permitted by law unless both you and Instant Checkmate agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding.

TO THE EXTENT PERMITTED BY LAW, IF YOU WISH TO ASSERT ANY CLAIM OR DISPUTE AGAINST US, YOU MUST FILE AN INDIVIDUAL CLAIM IN ARBITRATION. CLASS ACTION WAIVER. Any proceedings to resolve or litigate any dispute in any forum will be conducted solely on an individual basis. Neither you nor we will seek to have any dispute heard as a class action, private attorney general action, or in any other proceeding in which either party acts or proposes to act in a representative capacity. No arbitration or proceeding will be combined with another without the prior written consent of all parties to all affected arbitrations or proceedings. IF FOR ANY REASON THIS ARBITRATION AGREEMENT IS DEEMED INAPPLICABLE OR INVALID AS TO THE CLASS ACTION WAIVER, OR TO THE EXTENT THE CLASS ACTION WAIVER OTHERWISE IS FOUND UNENFORCEABLE, then (i) any putative class action may only be heard in court on an individual (non-class, non-representative) basis; and (ii) this Arbitration Agreement and any obligation to arbitrate shall not apply to any claim or dispute between the parties. You acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is non severable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced then the parties' agreement to arbitrate shall be null and void. TO THE EXTENT PERMITTED BY LAW, YOU UNDERSTAND THAT BY AGREEING TO THIS ARBITRATION AGREEMENT, WHICH CONTAINS THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST INSTANT CHECKMATE, ITS AGENTS, OFFICERS, SHAREHOLDERS, MEMBERS, EMPLOYEES, SUBSIDIARIES, AFFILIATES, PREDECESSORS IN INTEREST, SUCCESSORS AND/OR ASSIGNS IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING. IF YOU DO NOT AGREE TO THIS ARBITRATION AGREEMENT AND CLASS ACTION WAIVER, YOU MUST TELL US IN WRITING AND NOT USE OUR SITES, SERVICES, OR MEMBERSHIP PLANS.

TO THE EXTENT PERMITTED BY LAW, YOU ALSO AGREE, THAT ANY BREACH OF THESE TERMS BY YOU WOULD CAUSE INSTANT CHECKMATE IRREPARABLE HARM AND THAT, IN ADDITION TO MONEY DAMAGES, INSTANT CHECKMATE SHALL BE ENTITLED TO INJUNCTIVE RELIEF WITHOUT HAVING TO POST BOND.

## 18) Privacy Policy.

You hereby understand, acknowledge, and agree that the operation of certain portions of the Sites and/or the receipt of certain information or benefits may require the submission, use, and dissemination of certain personally identifiable information. Accordingly, if you wish to access and use those areas of the Sites, and/or receive such information or benefits, you hereby acknowledge and agree that your use of the Sites will constitute acceptance of Instant Checkmate's personally identifiable information collection and use practices. Please see Instant Checkmate's Privacy Policy for a summary of Instant Checkmate's personally identifiable information collection and use practices. Instant Checkmate's Privacy Policy is located at https://www.instantcheckmate.com/privacy-policy

## 19) Miscellaneous.

a) Complete Agreement. The Terms, the Privacy Policy and the Limited License constitute the entire understanding between Instant Checkmate and you respecting use of the Sites and its Services, superseding all prior agreements between you and Instant Checkmate. If there is any conflict between these Terms and those in the Privacy Policy, these Terms will control, except to the extent that the Privacy Policy imposes additional restrictions and liabilities on your actions. If there is any conflict between these Terms and those in the Limited License, the terms of the Limited License will control, except to the extent that these Terms impose additional restrictions and liabilities on your actions.

b) Governing Law; Jurisdiction; Attorneys' Fees. The Sites (excluding linked Sites) are controlled by us from our office in California, United States of America. Although a purchase or subscription of a Membership Plan from outside the United States is strictly prohibited, the Sites can be accessed worldwide. As each of these jurisdictions has laws and regulations that may differ from those of California, by accessing the Sites or purchasing, subscribing, or otherwise using the Services, you and Instant Checkmate agree that the laws of California (except for conflicts of laws principles) will apply to all matters relating to use of the Sites. If for any reason, the arbitration provision required above is deemed inapplicable or unenforceable, exclusive jurisdiction must lie with the courts of California in the county of San Diego for all disputes, actions or proceedings arising out of or relating to your use of the Sites. In any dispute that arises out of the relationship of Instant Checkmate and you, including tort claims, the prevailing party will be entitled to attorneys' fees and costs.

c) English Language Controls. These English-language Terms are Instant Checkmate's official agreement with users of the Sites. In case of any inconsistency between these English-language Terms and its translation into another language, this English-language document controls. A printed version of these Terms and of any related notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to these Terms, or Instant Checkmate's information and materials, events, Membership Plans and/or Services accessed or purchased through the Sites, to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

d) Severability. If a provision of these Terms is held to be illegal, invalid or unenforceable, then, (i) it must be deemed amended to achieve as nearly as possible the same economic effect as the original provision, and (ii) the legality, validity and enforceability of the remaining provisions of these Terms must not be affected or impaired.

e) Waiver. No failure or delay on the part of Instant Checkmate in exercising any right, power or remedy under these Terms may operate as a waiver, nor may any single or partial exercise of any such right, power or remedy preclude any other or further exercise of such right, power, or remedy, or the exercise of any other right, power or remedy under these Terms.

f) Term and Termination. These Terms will take effect (or shall be take effect) at the time you click, "I ACCEPT", submit information through the Sites, respond to a request for information, complete a purchase, select a method of payment, enter in payment method information, and or began installing, accessing, or using the Sites, whichever is earliest. Instant Checkmate reserves the right at any time and without notice to deny you access to the Sites or to any portion thereof and to terminate your rights under these Terms, in its sole and absolute discretion. Your rights under these Terms will terminate automatically if you fail to comply with these Terms, subject to the survival rights of certain provisions identified below. Termination will be effective without notice. Upon termination, you must promptly destroy all copies of any aspect of the Sites in your possession. The provisions concerning permission to use postings, proprietary and intellectual property rights, submissions, indemnity, disclaimers of warranty and liability, admissibility of these Terms, billing terms to the extent you are obligated for services contracted for, and governing law will survive the termination of these Terms for any reason.

g) Notwithstanding the terms above, certain provisions set forth above including disclaimer of warranties and limitation of liability shall not apply to New Jersey residents pursuant to the Truth-in-Consumer Contract, Warranty and Notice Act (TCCWNA), N.J.S.A. 56:12-14 to -18.

## 20) ACKNOWLEDGEMENT.

BY USING THE SERVICE OR ACCESSING THE SITES, YOU ACKNOWLEDGE THAT YOU HAVE READ THESE TERMS AND AGREE TO BE BOUND BY THEM.

## 21) Contact Information.

If you have questions about these Terms or want to contact us, please send an email to support@instantcheckmate.com or write to us at:

Instant Checkmate
3111 Camino Del Rio N Suite 400
San Diego, CA 92108

Search Our Index of Common Last Names

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

### Quick Links

| | | |
|---|---|---|
| People Search | Site Map | Reviews |
| Criminal Records Database | Help | Instant Checkmate Mobile App (Android) |
| Glossary | About | Instant Checkmate Mobile App (iOS) |
| Arrest Records | Featured | |
| Sex Offender Database | FAQs | Privacy Policy |
| Inmate Search | Press Page | Terms of Use |
| Crime.wire Blog | Do's and Don'ts | Limited License for Services |
| Sample Report | Reverse Phone Lookup | DMCA |
| | Become an Affiliate | Cancel Membership |
| | | Remove My Info |

### Contact Us

Questions and Member Care
800.222.8985

Registered Hours:
Open 7 Days a Week
5:00am to 10:00pm PST*
(8:00am - 1:00am EST)
*Holiday Hours Vary



# INSTANT ✗checkmate®

**First Name:**

e.g. John

**Last Name:**

e.g. Smith

**Location:**

All States

This is me

SEARCH

# LIMITED LICENSE FOR SERVICES

Home        Limited License

# InstantCheckmate.com Limited License for Services

**Date of last revision: June 27, 2018**

IMPORTANT - PLEASE READ THIS LIMITED LICENSE AGREEMENT. THIS AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES AND LIMITATIONS OF LIABILITY (see Section 5), AN EXCLUSIVE REMEDY (see Section 5), AND A REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS (see Section 7). THESE PROVISIONS – ALONG WITH THE TERMS OF USE AND TERMS AND CONDITIONS OF SALES (AVAILABLE AT https://www.instantcheckmate.com/terms-of-use) FORM AN ESSENTIAL BASIS OF OUR AGREEMENT.

INSTANT CHECKMATE LLC, a Delaware corporation, doing business as "Instant Checkmate" ("Instant Checkmate"), in connection with its membership plans ("Membership Plans"), provides access to the background information services ("Services") and any data or information obtained as a result of using those services on the InstantCheckmate.com website at https://www.instantcheckmate.com (along with all subdomains, collectively, the "Site") subject to the restrictions and terms set forth in this document.

THIS IS A BINDING AGREEMENT. By purchasing a Membership Plan and using the Services, you ("You" or "Customer") agree to be bound by the terms of this InstantCheckmate.com Limited License ("Limited License"), Website Terms of Use and Terms and Conditions of Sale ("Terms") located at https://www.instantcheckmate.com/terms-of-use and the InstantCheckmate.com Privacy Policy at https://www.instantcheckmate.com/privacy-policy ("Privacy Policy"), each of which are expressly incorporated by reference.

If you do not wish to be bound by this Limited License, the Terms, and Privacy Policy, you must not purchase or subscribe to a Membership Plan or use the Services. Your purchase of the Membership Plan and use of the Services is deemed acceptance of the terms of this Limited License, the Terms and the Privacy Policy.

# 1) Grant of Limited License.

Upon Customer's purchase of, or subscription to the Membership Plans as defined in the Terms, Instant Checkmate hereby grants to Customer a limited license to use the Services and any data contained therein, subject to the restrictions and limitations set forth below:

## a) Generally.

Instant Checkmate hereby grants to Customer a limited license to use Services solely for Customer's own internal personal purposes. Customer represents and warrants that all of Customer's use of Services shall be for only legitimate, personal (non-business) purposes. Customer shall not use Services for commercial, collections, governmental, marketing, advertising or marketing purposes nor shall the Customer resell or broker Services to any third-party. Customer shall not use Services to provide data processing services to third-parties or evaluate the data of or for third-parties. Customer agrees that if Instant Checkmate determines or reasonably suspects that continued provision of Services to Customer entails a potential security risk, or that Customer is otherwise violating any provision of this Agreement, or any of the laws, regulations, or rules described herein, Instant Checkmate may take immediate action, including, without limitation, terminating the delivery of, and the license to use, Services. Customer shall not access Services from Internet Protocol addresses located outside of the United States and its territories without Instant Checkmate's prior written approval. In any event, Customer understands and agrees that (i) Services are provided to it in the United States at the point at which Customers accesses Instant Checkmate server facilities; and (ii) Instant Checkmate makes no representation regarding the legality of accessing such Services from outside of the United States and its territories.

Customer may not use Services to create a competing product. Customer shall comply with all federal, state, and local laws, regulations and rules which govern the use of Services and information provided thereby Instant Checkmate may at any time mask or cease to provide Customer access to any Services or portions thereof which Instant Checkmate may deem, in Instant Checkmate's sole discretion, to be sensitive or restricted information.

## b) Fair Credit Reporting Act.

INSTANT CHECKMATE IS NOT A CREDIT REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"), 15 USC §§ 1681 et seq, AND THE INFORMATION PROVIDED IN CONNECTION WITH THE SERVICES DO NOT CONSTITUTE "CONSUMER REPORTS" AS THAT TERM IS DEFINED IN THE FCRA. AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CREDIT REPORTING AGENCIES, ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THIS LIMITED LICENSE.

You may not use any information obtained from Instant Checkmate or its Services in connection with determining a prospective candidate's suitability or eligibility for:

- Health insurance or any other insurance,
- Credit and/or loans,
- Employment,
- Education, scholarships or fellowships,
- Housing or other accommodations,
- Benefits, privileges or services provided by any business establishment, or
- Any other purpose in connection with which a consumer report may be used under the FCRA.

The information provided by Instant Checkmate in connection with its Services has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. Accordingly, by purchasing Membership Plans and using Instant Checkmate's Services, you understand and agree that you will not use any of the information you obtain from Instant Checkmate, in whole or in part, as a factor in: (a) establishing an individual's eligibility for personal, Household, or family credit, loans, or insurance or for assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; (d) evaluating an individual's eligibility for a license or other benefit granted by a government agency or (e) any other product, service or transaction in connection with which a consumer report may be used under the FCRA or any similar state statute, including, without limitation, apartment rental, check-cashing, or the opening of a deposit or transaction account. You also agree that you shall not use any of the information you receive through Services to take any "adverse action," as that term is defined in the FCRA; you have appropriate knowledge of the FCRA; and, if necessary, you will consult with an attorney to ensure compliance with these terms.

EXHIBIT Q, Page 105

## 2) Security.

Customer acknowledges that the information available through Services may include personally identifiable information and it is Customer's obligation to keep all such accessed information confidential and secure.

## 3) Performance.

Instant Checkmate will use commercially reasonable efforts to deliver the Services requested by Customer; provided, however, that Customer accepts all information "AS IS." Customer acknowledges and agrees that Instant Checkmate obtains its data from third-party sources, which may or may not be completely thorough and accurate, and that Customer shall not rely on Instant Checkmate for the accuracy or completeness of information supplied through the Services. Without limiting the foregoing, the criminal record data that may be provided as part of the Services may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected. Customer understands that Customer may be restricted from accessing certain Services which may be otherwise available. Instant Checkmate reserves the right to add materials and features to, and to discontinue offering any of the materials and features that are currently a part of, the Services.

## 4) Intellectual Property; Confidentiality.

Customer agrees that Customer shall not reproduce, retransmit, republish, or otherwise transfer for any commercial purposes the Services' information, programs or computer applications. Customer acknowledges that Instant Checkmate (and/or its third-party data providers) shall retain all right, title, and interest under applicable contractual, copyright, patent, trademark, Trade Secret and related laws in and to the Services and the data and information provided as part of the Services. Customer shall use such materials in a manner consistent with Instant Checkmate's interests and the terms and conditions herein, and shall notify Instant Checkmate of any threatened or actual infringement of Instant Checkmate's rights. Notwithstanding anything in this Agreement to the contrary, Instant Checkmate or Instant Checkmate's data provider shall own Customer's search inquiry data used to access the Services (in the past or future) and may use such data for any purpose consistent with applicable federal, state and local laws, rules and regulations, and the Instant Checkmate Terms and Privacy Policy.

## 5) Warranties/ Limitation of Liability.

Neither Instant Checkmate, nor its affiliates, their employees, contractors, agents, representatives, shareholders, officers, directors, co-branders, content licensors, third-party data provider, and/or other partners (for purposes of indemnification, warranties, and limitations on liability, collectively "Instant Checkmate") shall be liable to Customer (or to any person claiming through Customer to whom Customer may have provided data from Instant Checkmate's Services) for any loss or injury arising out of or caused in whole or in part by Instant Checkmate 's acts or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the Services or information therein. If, notwithstanding the foregoing, liability can be imposed on Instant Checkmate, then Customer agrees that Instant Checkmate's aggregate liability for any and all losses or injuries arising out of any act or omission of Instant Checkmate in connection with anything to be done or furnished under this Agreement, regardless of the cause of the loss or injury, and regardless of the nature of the legal or equitable right claimed to have been violated, shall never exceed One Hundred Dollars ($100.00); and Customer covenants and promises that it will not sue Instant Checkmate for an amount greater than such sum even if Customer and/or third-parties were advised of the possibility of such damages and that it will not seek punitive damages in any suit against Instant Checkmate.

Instant Checkmate does not make and hereby disclaims any warranty, express or implied with respect to the Services. Instant Checkmate does not guarantee or warrant the correctness, completeness, merchantability, or fitness for a particular purpose of the Services or information provided therein. In no event shall Instant Checkmate be liable for any indirect, incidental, or consequential damages, however arising, incurred by Customer from receipt or use of information delivered hereunder or the unavailability thereof. Due to the nature of public record information, the public records and commercially available data sources used in connection with the Services may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. The Services are not the source of data, nor are they a comprehensive compilation of the data. Before relying on any data, it should be independently verified. SOME JURISDICTIONS MAY NOT ALLOW THE LIMITATIONS OR EXCLUSIONS OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES OR EXCLUSION OF

4/29/20   Case 3:19-cv-00347-LAB-JLB Instant Checkmate Limited License for Services #1 terms #1 pricegroup Checkmate   Page 135 of 138
IMPLIED WARRANTIES, SO SOME OF THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY. CHECK LOCAL LAWS FOR ANY RESTRICTIONS OR LIMITATIONS REGARDING THESE LIMITATIONS OR EXCLUSIONS.

# 6) Indemnification.

Customer hereby agrees to protect, indemnify, defend, and hold harmless Instant Checkmate from and against any and all costs, claims, demands, damages, losses, and liabilities (including attorneys' fees and costs) arising from or in any way related to use of information received by Customer (or any third-party receiving such information from or through Customer) furnished by or through Instant Checkmate. Instant Checkmate reserves the right, at your expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will cooperate with Instant Checkmate in asserting any available defenses. You also agree that Instant Checkmate's third party data suppliers are entitled to enforce the security, use, legal compliance, and indemnification provisions of this Limited License directly against you.

# 7) Audit.

Customer understands and agrees that, in order to ensure compliance with applicable laws, regulations or rules, regulatory agency requirements, this Agreement, and Instant Checkmate's obligations under its contracts with its data providers and Instant Checkmate's internal policies, Instant Checkmate and its data providers may conduct periodic reviews of Customer's use of the Services and may, upon reasonable notice, audit Customer's records, processes and procedures related to Customer's use, storage and disposal of the Services and information received therefrom. Customer agrees to cooperate fully with any and all audits and to respond to any such audit inquiry within ten (10) business days, unless an expedited response is required. Violations discovered in any review and/or audit by Instant Checkmate will be subject to immediate action including, but not limited to, suspension or termination of the Limited License to use the Services, reactivation fees, legal action, reporting of such violations to third parties (including its third-party data providers) and/or referral to federal or state regulatory agencies.

# 8) Survival of Agreement.

Provisions hereof related to release of claims; indemnification; use and protection of information, data and Services; audit; Instant Checkmate's use and ownership of Customer's search inquiry data; disclaimer of warranties; security; and customer data shall survive any termination of the Limited License to use Services.

# 9) Attorneys' Fees.

Subject to Section 7 above, the prevailing party in any action, claim or lawsuit brought pursuant to this Limited License is entitled to payment of all attorneys' fees and costs expended by such prevailing party in association with such action, claim or lawsuit.

# 10) Change in Agreement.

By receipt of the Services, Customer agrees to, and shall comply with, changes to the Limited License granted Customer in Paragraph 1 herein and changes to other provisions of this Limited License as Instant Checkmate shall make from time to time by notice to Customer via e-mail, online "click wrap" amendments, facsimile, mail, invoice announcements, or other written notification. All e-mail notifications shall be sent to the individual who is associated with a Membership Plan, unless stated otherwise in this Agreement. Instant Checkmate may, at any time, impose restrictions and/or prohibitions on the Customer's use of the Services or certain data. Customer understands that such restrictions or changes in access may be the result of a modification in Instant Checkmate policy, a modification of third-party agreements, a modification in industry standards, a data breach or data violation or a change in law or regulation, or the interpretation thereof. Upon written notification by Instant Checkmate of such restrictions, Customer agrees to comply with such restrictions.

# 11) ACKNOWLEDGEMENT.

BY PURCHASING, SUBSCRIBING TO A MEMBERSHIP PLAN, OR OTHERWISE USING THE SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ THESE TERMS OF USE AND AGREE TO BE BOUND BY THEM.

# 12) Contact Information.

If you have questions about this Limited License or want to contact us, please send an email to support@instantcheckmate.com or write to us at:

Instant Checkmate
3111 Camino Del Rio N Suite 400
San Diego, CA 92108

### Search Our Index of Common Last Names

| | | | | | |
|---|---|---|---|---|---|
| A | B | C | D | E | F |
| G | H | I | J | K | L |
| M | N | O | P | Q | R |
| S | T | U | V | W | X |
| Y | Z | | | | |

## Quick Links

People Search

Criminal Records Database

Glossary

Arrest Records

Sex Offender Database

Inmate Search

Crimewire Blog

Sample Report

Site Map

Help

About

Features

FAQs

Press Page

Do's and Don'ts

Reverse Phone Lookup

Become an Affiliate

Reviews

Instant Checkmate Mobile App (Android)

Instant Checkmate Mobile App (iOS)

Privacy Policy

Terms of Use

Limited License for Services

DMCA

Cancel Membership

Remove My Info

# Contact Us

Questions and Member Care

800.222.8985

Regular Hours:

Open 7 Days a Week
5:00am to 10:00pm PST*
(8:00am - 1:00am EST)
*Holiday Hours Vary

DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2019 INSTANT CHECKMATE LLC All Rights Reserved.