# EXHIBIT 6


# Easy & Affordable Record Clearing

Simple. Quick. Online.

A clear record empowers you
to exercise your civil rights.

Start by signing up to receive a free background report.

First & Last Name
Email Address
Phone Number
Password

☐ I agree to the terms & conditions.

**Free: Sign Up + Check Record**



## Why Easy Expunctions?


### Over 3,500
Happy Customers


### Over $3,500,000
Total Saved By Customers


### Our Customers
Love Us

## As Seen On



San Antonio Express News

Austin Business Journal

Tech Crunch

## We Are Proudly Partnered With


TX Department Of Public Safety


City of San Antonio


County of Bexar

## Our Process: Simple & Straightforward

1. Check your eligibility
2. Purchase a package
3. Receive & file documents
4. Enjoy your second chance

### How It Works
▶ Play Video

**Free: Sign Up + Check Record**

## Questions?
Check out the FAQ section or contact our team.

[FAQ]  [eMail]  [Call]

## Here Are Our Prices
Currently showing prices for Texas. If you would like to see rates for another state, choose state here.

**Texas**

### Check Your Record
Don't know what charges you have on your record? Not sure what others are seeing on your record? Don't worry! With this package we will show you exactly that, for FREE!

What you get:
- Free account
- Check your record
- List of charges in your name
- Customer support

**FREE**

### Eligibility Report
Not sure what to do with your charges? We'll show you. Plus, we'll even let you know what can be cleared.

What you get:
- Check your record
- List of charges in your name with details
- Check eligibility for Expunction or Non Disclosure
- Customer support

**$19.99**

### Expunction Package
When you get an expunction for a charge, it's like it never happened. It gets completely erased from your record, so no one can ever find out about it.

What you get:
- Check your record
- List of charges in your name
- Expungement of 1 eligible charge
- Customer support

**$499.00**

### Non-Disclosure Package
Some charges can't be expunged, but they can be sealed. When you get a Non-Disclosure, no one other than the government can see the charges.

What you get:
- Check your record
- List of charges in your name
- Non-Disclosure of 1 eligible charge
- Customer support

**$499.00**

### Eliminator Package
Have you already received an Expunction or Non-Disclosure? We'll have your record scrubbed from the databases of dozens of nationally accredited background check and mugshot companies.

What you get:
- Check your record
- List of charges in your name
- Eliminator Package
- Customer support

**$249.00**

## Questions?

Check out the FAQ section or contact our team.

FAQ | eMail | Call

## Here's What Our Customers Had To Say About Us



I got on Google and searched cheap expunction Texas. I came across Easy Expunctions and I can honestly say that this is easily the best thing that's happened for me all year. Nour from the Easy Expunctions team may probably have the best customer service I've ever experienced in my life! I can't thank Nour and Easy Expunctions enough for helping me get my life back on track.

G. L.
A happy customer

THANK YOU EASY EXPUNCTIONS FOR MAKING THIS PROCESS SIMPLE, CHANGING MY LIFE, AND NOT CHARGING ME AN ARM AND A LEG FOR YOUR SERVICES. My life was seriously in shambles but now I'm very happy and confident that I can work anywhere and not worry about a background check.

G. H.
A happy customer



I recently used your services to apply for a Non Disclosure and I must say that I was happy with the outcome. The instructions was clear regarding the steps on filing with the clerk. I am thankful that I found Easy Expunctions, the name truly fits the company. Thank you again for all your support and for helping me to get the life back on track.

S. G.
A happy customer

Free: Sign Up + Check Record

Captured by FireShot Pro [29-04-2019, 15:41:31]