HAZEL MAE B. PANGAN (SBN: 272657)
hpangan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7479
Facsimile: (619) 696-7124

DAMON W.D. WRIGHT
(*pro hac vice* application to be filed)
dwright@grsm.com
1101 King St., Suite 520
Alexandria, VA 22314
Telephone: (202) 399-1009
Facsimile: (202) 800-2999

Attorneys for Defendants
*The Control Group Media Company, LLC, Instant Checkmate, LLC, and TruthFinder, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BENTLEY, NICHOLAS LONGO, HENDRY IDAR III, VINCENT HARDY, JESUS SANCHEZ, and TARYN MITCHELL, on behalf of themselves and of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CONTROL GROUP MEDIA COMPANY, INC., INSTANT CHECKMATE, LLC, TRUTHFINDERS, LLC,<br><br>Defendants. | CASE NO. 19-cv-2437 DMS RBB<br><br>**DECLARATION OF ANDREW JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

## DECLARATION OF ANDREW JOHNSON

I, Andrew Johnson, declare as follows:

1. I make this declaration in support of the motion to compel arbitration on behalf of Instant Checkmate, LLC, TruthFinder LLC, and The Control Group Media Company LLC (collectively "Defendants"). The facts stated herein are

-1-

1  within my personal knowledge, unless otherwise stated or apparent.  If called upon
2  to testify to the following facts, I could and would testify competently to the
3  following.
4      2.    I am an Application Developer for The Control Group Media
5  Company, LLC.  In my capacity as Application Developer, I have access to
6  Defendants' information systems and databases.
7      3.    The Control Group Media Company, LLC does not own
8  InstantCheckmate.com or TruthFinder.com but rather is a related company that
9  provides technical and operational support to Instant Checkmate and TruthFinder.
10      4.    Instant Checkmate received an opt-out notice from Easy Expunctions
11  on behalf of Christopher Bentley on June 13, 2018.  This notice is attached hereto
12  as Exhibit A.
13      5.    TruthFinder received an opt-out notice from Easy Expunctions on
14  behalf of Christopher Bentley on June 13, 2018.  This notice is attached hereto as
15  Exhibit B.
16      6.    Instant Checkmate received an opt-out notice from Easy Expunctions
17  on behalf of Nicholas Longo on May 8, 2018.  This notice is attached hereto as
18  Exhibit C.
19      7.    TruthFinder received an opt-out notice from Easy Expunctions on
20  behalf of Nicholas Longo on May 8, 2018.  This notice is attached hereto as
21  Exhibit D.
22      8.    Instant Checkmate received three opt-out notices from Easy
23  Expunctions on behalf of Henry Idar III on April 1, 2019 and May 1, 2018.  These
24  notices are attached hereto as Exhibit E.
25      9.    TruthFinder received three opt-out notices from Easy Expunctions on
26  behalf of Henry Idar III on April 1, 2018.  These notices are attached hereto as
27  Exhibit F.
28  / / /

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1    10.    Instant Checkmate received an opt-out notice from Easy Expunctions on behalf of Vincent Hardy on May 18, 2018.  This notice is attached hereto as Exhibit G.

2    11.    TruthFinder received an opt-out notice from Easy Expunctions on behalf of Vincent Hardy on May 18, 2018.  This notice is attached hereto as Exhibit H.

3    12.    Instant Checkmate received two opt-out notices from Easy Expunctions on behalf of Jesus Sanchez on July 3, 2018 and September 24, 2018.  These notice are attached hereto as Exhibit I.

4    13.    TruthFinder received two opt-out notices from Easy Expunctions on behalf of Jesus Sanchez on July 3, 2018 and September 24, 2018.  Theses notice are attached hereto as Exhibit J.

5    14.    Instant Checkmate received an opt-out notice from Easy Expunctions on behalf of Taryn Mitchell-Daniels on June 16, 2018.  This notice is attached hereto as Exhibit K.

6    15.    TruthFinder received an opt-out notice from Easy Expunctions on behalf of Taryn Mitchell-Daniels on June 16, 2018.  This notice is attached hereto as Exhibit L.

7    16.    On October 26, 2018, Reid Jonkers, who I understand to be employed by Easy Expunctions, opened an account with Instant Checkmate using the email address reid.jonkers@yahoo.com.

8    17.    In connection with becoming a subscriber to Instant Checkmate, all subscribers, including Mr. Jonkers, accept Instant Checkmate's Terms of Use in at least two places—the "Save Your Results Page" and the "Checkout Page" as illustrated below:

/ / /
/ / /
/ / /

-3-
DECLARATION OF ANDREW JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

**Instant Checkmate "Save Your Results" Page**



*Screenshot from InstantCheckmate.com*

**Instant Checkmate's Checkout Page**

*Screenshot from InstantCheckmate.com*

18. Instant Checkmate's Terms of Use contain the following arbitration provision:

///

-4-
DECLARATION OF ANDREW JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

EXCEPT WHERE PROHIBITED BY LAW, YOU AND INSTANT CHECKMATE UNDERSTAND AND AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND INSTANT CHECKMATE, ITS PARENTS, AFFILIATES, SUBSIDIARIES OR RELATED COMPANIES (INCLUDING DISPUTES AGAINST ANY AGENT, EMPLOYEE, SUBSIDIARY, AFFILIATE, PREDECESSOR IN INTEREST, SUCCESSOR, OR ASSIGN OF THE OTHER) RELATING TO THE SITES, THE INFORMATION AND MATERIALS PUBLISHED BY INSTANT CHECKMATE ON OR THROUGH THE SITES, ANY TRANSACTION OR RELATIONSHIP BETWEEN US RESULTING FROM YOUR USE OF THE SITES, COMMUNICATIONS BETWEEN US, OR THE PURCHASE, ORDER, OR USE OF OUR MEMBERSHIP PLANS, THE INFORMATION PROVIDED IN CONNECTION WITH OUR MEMBERSHIP PLANS, AND YOUR USE OF OUR SERVICES, INCLUDING, WITHOUT LIMITATION, TORT AND CONTRACT CLAIMS, CLAIMS BASED UPON ANY FEDERAL, STATE OR LOCAL STATUTE, LAW, ORDER, ORDINANCE OR REGULATION, AND THE ISSUE OF ARBITRABILITY, SHALL BE RESOLVED BY THE FINAL AND BINDING ARBITRATION PROCEDURES SET BELOW. THE PARTIES ACKNOWLEDGE AND AGREE THAT ANY SUCH CLAIMS SHALL BE BROUGHT SOLELY IN THE PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE PROCEEDING, OR PRIVATE ATTORNEY GENERAL CAPACITY. THE PARTIES FURTHER AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL. ANY CONTROVERSY CONCERNING WHETHER A DISPUTE IS ARBITRABLE SHALL BE DETERMINED BY THE ARBITRATOR AND NOT BY THE COURT. JUDGMENT UPON ANY AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED BY A CALIFORNIA STATE OR FEDERAL COURT HAVING JURISDICTION THEREOF. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA").

DECLARATION OF ANDREW JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

1       A true and correct copy of Instant Checkmate's Terms of Use are attached
2 hereto as Exhibit M.

3     19.   In connection with becoming a subscriber to TruthFinder, all
4 subscribers accept TruthFinder's Terms of Use in at least two places—the "Save
5 Your Results Page" and the "Checkout Page" as illustrated below:

**TruthFinder "Save Your Results" Page**



*Screenshot from [TruthFinder.com](TruthFinder.com)*

**TruthFinder Checkout Page**



*Screenshot from [TruthFinder.com](TruthFinder.com)*

-6-
DECLARATION OF ANDREW JOHNSON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

1        20.     TruthFinder's Terms of Use contain the following arbitration provision:

> EXCEPT WHERE PROHIBITED BY LAW, YOU AND THE COMPANY AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND THE COMPANY (INCLUDING DISPUTES AGAINST ANY AGENT EMPLOYEE, SUBSIDIARY, AFFILIATE, PREDECESSOR IN INTEREST, SUCCESSOR, OR ASSIGN OF THE OTHER), ITS PARENTS, AFFILIATES, SUBSIDIARIES OR RELATED COMPANIES, RELATING TO OUR WEBSITES, THE SERVICES AND MATERIALS PUBLISHED BY THE COMPANY ON OR THROUGH THE WEBSITES, ANY TRANSACTION OR RELATIONSHIP BETWEEN US RESULTING FROM YOUR USE OF OUR WEBSITES, COMMUNICATIONS BETWEEN US, OR THE PURCHASE, ORDER, OR USE OF OUR MEMBERSHIP PLANS, THE INFORMATION PROVIDED IN CONNECTION WITH OUR BACKGROUND INFORMATION SERVICES, AND YOUR USE OF OUR BACKGROUND INFORMATION SERVICES, INCLUDING, WITHOUT LIMITATION, TORT AND CONTRACT CLAIMS, CLAIMS BASED UPON ANY FEDERAL, STATE OR LOCAL STATUTE, LAW, ORDER, ORDINANCE OR REGULATION, AND THE ISSUE OF ARBITRABILITY, SHALL BE RESOLVED BY THE FINAL AND BINDING ARBITRATION PROCEDURES SET BELOW. THE PARTIES ACKNOWLEDGE AND AGREE THAT ANY SUCH CLAIMS SHALL BE BROUGHT SOLELY IN THE PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE PROCEEDING, OR PRIVATE ATTORNEY GENERAL CAPACITY. THE PARTIES FURTHER AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL. ANY CONTROVERSY CONCERNING WHETHER A DISPUTE IS ARBITRABLE SHALL BE DETERMINED BY THE ARBITRATOR AND NOT BY THE COURT. JUDGMENT UPON ANY AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED BY A CALIFORNIA STATE OR FEDERAL COURT HAVING JURISDICTION THEREOF. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN

INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA").

A true and correct copy of TruthFinder's Terms of Use are attached hereto as Exhibit N.

21. Before a user is able to purchase a membership for Instant Checkmate or TruthFinder, they must accept the Terms of Use by clicking a checkbox on the checkout page.

22. Instant Checkmate's Limited License also provides: "Customer represents and warrants that all of Customer's use of Services shall be for only legitimate, personal (non-business) purposes." A true and correct copy of Instant Checkmate's Limited License is attached hereto as Exhibit O.

23. TruthFinder's Terms of Use further provide: "Customer shall not use Background Information Services for commercial, collections, governmental, marketing, advertising or marketing purposes or resell or broker services to any third-party and shall only use Background Information Services for personal (non-business) purposes."

24. After creating his account and accepting the Instant Checkmate and TruthFinder Terms of Use Mr. Jonkers searched for the following names and viewed reports for:

- Christopher Bentley on November 5, 2018, December 4, 2018, January 24, 2019, and March 22, 2019.
- Nicholas Longo on November 6, 2018, December 4, 2018, January 24, 2019, and March 22, 2019.
- Henry Idar III on November 5, 2018, December 4, 2018, January 24, 2019, and March 22, 2019.
- Vincent Hardy on November 5, 2018, December 4, 2018, January 24, 2019, and March 22, 2019.

- Jesus Sanchez on March 22, 2019.
- Taryn Mitchell on November 5, 2018, December 4, 2018, January 24, 2019, and March 22, 2019.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 12th day of February, 2020 at San Diego, California.

Andrew Johnson, Application Developer,
The Company LLC

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101