# EXHIBIT A
# TO
# JOHNSON DECLARATION

*Date: Wednesday, June 13th 2018, 07:13:55 AM -07:00 PDT*
*Subject: Notice to Remove Arrest Record Information for Christopher Sean Bentley*
*From: Easy Expunctions <do-not-reply@recordslayer.com>*
*To: Instant Checkmate� <support@instantcheckmate.com>*

Hello,

This is a notification regarding the arrest records of Christopher Sean Bentley. Upon receiving this notification, you are required by State law to delete the information pertaining to the charges discussed in the enclosed documents.

Please see the attached documents regarding the NonDisclosure for Christopher Sean Bentley.

If your organization does not possess information regarding the person named in this communication, please ignore this notice.

Easy Expunctions on behalf of Christopher Sean Bentley

Questions, concerns, and responses may be directed to partners@easyexpunctions.com.

You have received this email because your organization was identified as one that provides background check services and/or maintains a database that potentially includes information related to an individual's criminal history. If your organization does not maintain a database that includes criminal history information and/or you do not provide background check services, you may opt out of receiving these emails by clicking unsubscribe.



SENT VIA E-MAIL

Re: CERTIFIED FILEMARKED NonDisclosure (Harris COUNTY, TX) Christopher Sean Bentley DOB: 04/03/1974

Dear Sir or Madam:

On the 4 day of June, 2018, a Harris County Judge signed the attached certified, file-marked **ORDER** to Seal the arrest record of **Christopher Sean Bentley**, DOB **04/03/1974**.

According to the Texas Government Code §§411.0851, upon receiving notice of a non-disclosure, private companies are required to destroy all information related to a sealed record and may be potentially liable for any damages resulting from possession or dissemination of information related to a sealed criminal record.

Please take the appropriate action to purge your databases of any and all references to the arrest(s) referenced on the subsequent page(s) and belonging to the petitioner referenced below:

| | |
|---|---|
| Petitioner: | Christopher Sean Bentley |
| Date of Birth: | 04/03/1974 |
| Petitioner's Sex: | M |
| Charge: | AGG ASSAULT W/DEADLY WEAPON |
| Date of Offense: | 08/27/2008 |
| Date of Arrest: | 08/27/2008 |
| Original Case Cause #: | 118083301010 |

I thank you in advance for your prompt attention to this matter.

Sincerely,
Easy Expunctions on behalf of Christopher Bentley

600 Navarro St.
San Antonio, TX 78205
210.816.6655
easyexpunctions.com

6/11/2018                                           CCI06072018.jpg

Cause No.: 118083301010

In the Matter of                    §        In the 178th District Court of

                                    §

Christopher Sean Bentley            §        Harris County, Texas

### ORDER OF NONDISCLOSURE UNDER § 411.0725

On this the __4__ day of __June__, 20__18__, the Court considered Petitioner's Petition for Order of Nondisclosure related to the following offense:

| | |
|---|---|
| **Cause Number:** | 118083301010 |
| **Offense:** | AGG ASSLT W/DEADLY WEAPON |
| **Date of Offense:** | 08/27/2008 |
| **Date of Arrest:** | On or about 08/27/2008 |
| **Arresting Agency:** | Harris County Sheriff's Office |
| **County:** | Harris |
| **TRN:** | 9163284065 |

The State was given notice of the Petition and an opportunity to request a hearing.

The State:

☐ requested a hearing.

☐ did not request a hearing.

The Court:

☐ conducted a hearing on _____.

☐ did not conduct a hearing.

After consideration and a hearing, if a hearing was held as indicated above, the Court **FINDS** that Petitioner is entitled to file a Petition for an Order of Nondisclosure under the section of the Government Code indicated below and that issuance of an Order of Nondisclosure is in the best interest of justice.

☐ Texas Government Code § 411.0725

☐ Texas Government Code § 411.073

☐ Texas Government Code § 411.0735

1

6/11/2018                                    CCI06072018_0001.jpg

Accordingly, **IT IS HEREBY ORDERED** that criminal justice agencies are prohibited from disclosing to the public criminal history record information related to the offense detailed herein.

**IT IS FURTHER ORDERED** that the criminal history record information pertaining to the arrest and prosecution of Petitioner for the offense detailed herein, as reflected in the above-referenced criminal cause number, shall be sealed and disclosed only to individuals or agencies listed in § 411.076(a), Government Code.

**IT IS FURTHER ORDERED** that no later than the 15th business day after the date this Order is issued, the Clerk of the Court (hereinafter "Clerk") shall send all relevant criminal history record information contained in this Order or a copy of this Order to the Crime Records Service of the Texas Department of Public Safety (hereinafter "DPS") by certified mail (return receipt requested) or secure electronic mail, electronic transmission, or facsimile transmission, in accordance with § 411.075(a), Government Code.

**IT IS FURTHER ORDERED** that not later than 10 business days after receipt of relevant criminal history record information contained in this Order or a copy of this Order from the Clerk, DPS shall seal the criminal history record information that is the subject of this Order and forward the information or a copy of the Order to the state and federal agencies listed in § 411.075(b), Government Code, by certified mail (return receipt requested), secure electronic mail, electronic transmission, or facsimile transmission, in accordance with § 411.075(b), Government Code.

**IT IS FURTHER ORDERED** that an agency or entity shall seal any criminal history record information maintained by that agency or entity that is the subject of this Order no later than 30 business days after the date that the agency or entity received relevant criminal history record information contained in this Order or a copy of this Order from DPS or a Clerk, in accordance with § 411.075(d), Government Code.

**IT IS FURTHER ORDERED** that the Clerk shall seal all Court records containing information that is the subject of this Order as soon as practicable after the date that the Clerk sends a copy of this Order or all relevant criminal history record information contained in this Order to DPS, in accordance with § 411.076(b), Government Code.