# EXHIBIT D
# TO
# JOHNSON DECLARATION

*Date: Tuesday, May 8th 2018, 08:12:16 AM -07:00 PDT*
*Subject: Notice to Remove Arrest Record Information for Nicholas Longo*
*From: Easy Expunctions <do-not-reply@recordslayer.com>*
*To: <help@truthfinder.com>*

Hello,

This is a notification regarding the arrest records of Nicholas Longo. Upon receiving this notification, you are required by State law to delete the information pertaining to the charges discussed in the enclosed documents.

Please see the attached documents regarding the NonDisclosure for Nicholas Longo.

If your organization does not possess information regarding the person named in this communication, please ignore this notice.

Easy Expunctions on behalf of Nicholas Longo

Questions, concerns, and responses may be directed to partners@easyexpunctions.com.

You have received this email because your organization was identified as one that provides background check services and/or maintains a database that potentially includes information related to an individual's criminal history. If your organization does not maintain a database that includes criminal history information and/or you do not provide background check services, you may opt out of receiving these emails by clicking unsubscribe.



SENT VIA E-MAIL

Re: **CERTIFIED FILEMARKED NonDisclosure (Nueces COUNTY, TX) Nicholas Longo DOB: 05/30/1968**

Dear Sir or Madam:

On the 6 day of April, 2018, a Nueces County Judge signed the attached certified, file-marked **ORDER** to Seal the arrest record of **Nicholas Longo**, DOB **05/30/1968**.

According to the Texas Government Code §§411.0851, upon receiving notice of a non-disclosure, private companies are required to destroy all information related to a sealed record and may be potentially liable for any damages resulting from possession or dissemination of information related to a sealed criminal record.

Please take the appropriate action to purge your databases of any and all references to the arrest(s) referenced on the subsequent page(s) and belonging to the petitioner referenced below:

| | |
|---|---|
| **Petitioner:** | Nicholas Longo |
| **Date of Birth:** | 05/30/1968 |
| **Petitioner's Sex:** | Male |
| **Charge:** | Driving While Intoxicated |
| **Date of Offense:** | 01/11/2006 |
| **Date of Arrest:** | 02/26/2006 |
| **Original Case Cause #:** | CR06001880-3 |

I thank you in advance for your prompt attention to this matter.

Sincerely,
Easy Expunctions on behalf of Nicholas James Longo

600 Navarro St.
San Antonio, TX 78205
210.816.6655
easyexpunctions.com

Cause No.: 2018-CCV-60583-3

| | | |
|---|---|---|
| In the Matter of | § | In the County Court at Law No. 3 of |
| | § | |
| Nicholas James Longo | § | Nueces County, Texas |

### ORDER OF NONDISCLOSURE UNDER § 411.0731

Today, the Court considered Petitioner's Petition for Order of Nondisclosure related to the following offense:

| | |
|---|---|
| **Cause Number:** | CR06001880-3 |
| **Offense:** | DRIVING WHILE INTOXICATED |
| **Date of Offense:** | 01/11/2006 |
| **Date of Arrest:** | ON OR ABOUT 02/26/2006 |
| **Arresting Agency:** | CORPUS CHRISTI POLICE DEPT. |
| **County:** | NUECES |
| **TRN:** | 9089272860 |

Notice of the filing of the Petition was given to the State. The State was given an opportunity to request a hearing on the Petition.

The State:

☐ requested a hearing.

☐ did not request a hearing.

The Court:

☑ conducted a hearing on ___April 6, 2018___.

☐ did not conduct a hearing.

After consideration and a hearing, if a hearing was held as indicated above, the Court finds that Petitioner is entitled to file a Petition for Order of Nondisclosure under **Texas Government Code § 411.0731** and satisfies all of the requirements for an Order of Nondisclosure under that section and the additional requirements under § 411.074, Government Code.

**FILED**
APR 1 0 2018
ANNE LORENTZEN, CLERK
COUNTY & DISTRICT COURTS NUECES COUNTY, TEXAS
BY _____ DEPUTY

1

Additionally, the Court FINDS that issuance of an Order of Nondisclosure is in the best interest of justice.

Accordingly, **IT IS HEREBY ORDERED** that criminal justice agencies are prohibited from disclosing to the public criminal history record information related to the offense detailed above.

**IT IS FURTHER ORDERED** that the criminal history record information pertaining to the arrest and prosecution of Petitioner for the offense detailed above shall be sealed and disclosed by the Court only to individuals or agencies listed in § 411.076(a), Government Code.

**IT IS FURTHER ORDERED** that not later than the 15th business day after the date this Order is issued, the Clerk of the Court (hereinafter "Clerk") shall send all relevant criminal history record information contained in this Order or a copy of this Order to the Crime Records Service of the Texas Department of Public Safety (hereinafter "DPS") by certified mail (return receipt requested) or secure electronic mail, electronic transmission, or facsimile transmission, in accordance with § 411.075(a), Government Code.

**IT IS FURTHER ORDERED** that not later than 10 business days after receipt of relevant criminal history record information contained in this Order or a copy of this Order from the Clerk, DPS shall seal any criminal history record information maintained by DPS that is the subject of this Order; and send all relevant criminal history record information contained in this Order or a copy of this Order to all state and federal agencies listed in § 411.075(b), Government Code, by certified mail (return receipt requested) or secure electronic mail, electronic transmission, or facsimile transmission, in accordance with § 411.075(b), Government Code.

**IT IS FURTHER ORDERED** that an agency or entity shall seal any criminal history record information maintained by that agency or entity that is the subject of this Order not later than 30 business days after the date the agency or entity received relevant criminal history record information contained in this Order or a copy of this Order from DPS or a Clerk, in accordance with § 411.075(d), Government Code.