# EXHIBIT H
# TO
# JOHNSON DECLARATION

*Date: Friday, May 18th 2018, 06:37:25 AM -07:00 PDT*
*Subject: Notice to Remove Arrest Record Information for Vincent Hardy*
*From: Easy Expunctions <do-not-reply@recordslayer.com>*
*To: <help@truthfinder.com>*

Hello,

This is a notification regarding the arrest records of Vincent Hardy. Upon receiving this notification, you are required by State law to delete the information pertaining to the charges discussed in the enclosed documents.

Please see the attached documents regarding the NonDisclosure for Vincent Hardy.

If your organization does not possess information regarding the person named in this communication, please ignore this notice.

Easy Expunctions on behalf of Vincent Hardy

Questions, concerns, and responses may be directed to partners@easyexpunctions.com.

You have received this email because your organization was identified as one that provides background check services and/or maintains a database that potentially includes information related to an individual's criminal history. If your organization does not maintain a database that includes criminal history information and/or you do not provide background check services, you may opt out of receiving these emails by clicking unsubscribe.



<u>**SENT VIA E-MAIL**</u>

Re: **CERTIFIED FILEMARKED NonDisclosure (Bexar COUNTY, TX) Vincent Hardy DOB: 09/19/1953**

Dear Sir or Madam:

On the 4 day of May, 2018, a Bexar County Judge signed the attached certified, file-marked **ORDER** to Seal the arrest record of **Vincent Hardy**, DOB **09/19/1953**.

According to the Texas Government Code §§411.0851, upon receiving notice of a non-disclosure, private companies are required to destroy all information related to a sealed record and may be potentially liable for any damages resulting from possession or dissemination of information related to a sealed criminal record.

Please take the appropriate action to purge your databases of any and all references to the arrest(s) referenced on the subsequent page(s) and belonging to the petitioner referenced below:

| | |
|---|---|
| **Petitioner:** | Vincent Hardy |
| **Date of Birth:** | 09/19/1953 |
| **Petitioner's Sex:** | M |
| **Charge:** | ATT. POSS. CS PG 1 < 1 GRAM |
| **Date of Offense:** | 12/19/2008 |
| **Date of Arrest:** | 12/19/2008 |
| **Original Case Cause #:** | 2009-CR-0826 |

I thank you in advance for your prompt attention to this matter.

Sincerely,
Easy Expunctions on behalf of Vincent Hardy

600 Navarro St.
San Antonio, TX 78205
210.816.6655
easyexpunctions.com



Cause No.: <u>2009-CR-0826</u>

| | | |
|---|---|---|
| **In the Matter of** | § | **In the 187th District Court of** |
| | § | |
| **Vincent Hardy** | § | **Bexar County, Texas** |

## ORDER OF NONDISCLOSURE UNDER § 411.0725

On this the ____4th____ day of ____May____, 20_18_, the Court considered Petitioner's Petition for Order of Nondisclosure related to the following offense:

| | |
|---|---|
| Cause Number: | 2009-CR-0826 |
| Offense: | ATT. POSS. CS PG 1 < 1 GRAM (reduced from POSS W/I DEL CS PG 1 1G-4G) |
| Date of Offense: | 12/19/2008 |
| Date of Arrest: | On or about 12/19/2008 |
| Arresting Agency: | San Antonio Police Department |
| County: | Bexar |
| TRN: | 9103526682 |

The State was given notice of the Petition and an opportunity to request a hearing.

The State:

☐ requested a hearing.

☒ did not request a hearing.

The Court:

☐ conducted a hearing on _____.

☐ did not conduct a hearing.

After consideration and a hearing, if a hearing was held as indicated above, the Court **FINDS** that Petitioner is entitled to file a Petition for an Order of Nondisclosure under the section of the Government Code indicated below and that issuance of an Order of Nondisclosure is in the best interest of justice.

☐ Texas Government Code § 411.0725

☐ Texas Government Code § 411.073

☐ Texas Government Code § 411.0735

1

Accordingly, **IT IS HEREBY ORDERED** that criminal justice agencies are prohibited from disclosing to the public criminal history record information related to the offense detailed herein.

**IT IS FURTHER ORDERED** that the criminal history record information pertaining to the arrest and prosecution of Petitioner for the offense detailed herein, as reflected in the above-referenced criminal cause number, shall be sealed and disclosed only to individuals or agencies listed in § 411.076(a), Government Code.

**IT IS FURTHER ORDERED** that no later than the 15th business day after the date this Order is issued, the Clerk of the Court (hereinafter "Clerk") shall send all relevant criminal history record information contained in this Order or a copy of this Order to the Crime Records Service of the Texas Department of Public Safety (hereinafter "DPS") by certified mail (return receipt requested) or secure electronic mail, electronic transmission, or facsimile transmission, in accordance with § 411.075(a), Government Code.

**IT IS FURTHER ORDERED** that not later than 10 business days after receipt of relevant criminal history record information contained in this Order or a copy of this Order from the Clerk, DPS shall seal the criminal history record information that is the subject of this Order and forward the information or a copy of the Order to the state and federal agencies listed in § 411.075(b), Government Code, by certified mail (return receipt requested), secure electronic mail, electronic transmission, or facsimile transmission, in accordance with § 411.075(b), Government Code.

**IT IS FURTHER ORDERED** that an agency or entity shall seal any criminal history record information maintained by that agency or entity that is the subject of this Order no later than 30 business days after the date that the agency or entity received relevant criminal history record information contained in this Order or a copy of this Order from DPS or a Clerk, in accordance with § 411.075(d), Government Code.

**IT IS FURTHER ORDERED** that the Clerk shall seal all Court records containing information that is the subject of this Order as soon as practicable after the date that the Clerk sends a copy of this Order or all relevant criminal history record information contained in this Order to DPS, in accordance with § 411.076(b), Government Code.

2

Case Number: 2009-CR-0826      Document Type: PETITION FOR ORDER OF NONDISCLOSURE

Signed on this 4th day of May, 2018.

_____
HONORABLE JUDGE PRESIDING

APPROVED AS TO FORM & CONTENT:

*For the Bexar County Criminal District Attorney's Office:*

_____   5-1-18
CLARKSON F. BROWN                 – Bexar County
State Bar No. 00798082
Bexar County
Assistant District Attorney

*For the Petitioner:*

/s/ Vincent Hardy

Vincent Hardy
5819 Eagle Lake Dr
San Antonio, TX 78244
(210) 214-3116 -
vhardy919@gmail.com -

PRO SE PETITIONER

3

Case Number: 2009-CR-0826    Document Type: PETITION FOR ORDER OF NONDISCLOSURE