# EXHIBIT J
# TO
# JOHNSON DECLARATION

*Date: Tuesday, July 3rd 2018, 07:44:09 AM -07:00 PDT*
*Subject: Notice to Remove Arrest Record Information for Jesus M. Sanchez*
*From: Easy Expunctions <do-not-reply@recordslayer.com>*
*To: <help@truthfinder.com>*

Hello,

This is a notification regarding the arrest records of Jesus M. Sanchez. Upon receiving this notification, you are required by State law to delete the information pertaining to the charges discussed in the enclosed documents.

Please see the attached documents regarding the Expungement for Jesus M. Sanchez.

If your organization does not possess information regarding the person named in this communication, please ignore this notice.

Easy Expunctions on behalf of Jesus M. Sanchez

Questions, concerns, and responses may be directed to partners@easyexpunctions.com.

---

You have received this email because your organization was identified as one that provides background check services and/or maintains a database that potentially includes information related to an individual's criminal history. If your organization does not maintain a database that includes criminal history information and/or you do not provide background check services, you may opt out of receiving these emails by clicking unsubscribe.



Re: **CERTIFIED FILEMARKED Expungement (Travis COUNTY, TX) Jesus M. Sanchez DOB: 10/10/1989**

Dear Sir or Madam:

On the 18 day of June, 2018, a Travis County Judge signed the attached certified, file-marked **ORDER** to Expunge the arrest record of **Jesus M. Sanchez**, DOB **10/10/1989**.

According to The Texas Government Code §411.0851, upon receiving notice of an expunction, private companies are required to destroy all information related to an expunged record and may be potentially liable for any damages resulting from possession or dissemination of information related to an expunged criminal record.

Please take the appropriate action to purge your databases of any and all references to the arrest(s) referenced on the subsequent page(s) and belonging to the petitioner referenced below:

| | |
|---|---|
| **Petitioner:** | Jesus M. Sanchez |
| **Date of Birth:** | 10/10/1989 |
| **Petitioner's Sex:** | Male |
| **Charge:** | DISREGARD POLICE OFFICER |
| **Date of Offense:** | 04/10/2016 |
| **Date of Arrest:** | 04/10/2016 |
| **Original Case Cause #:** | 145757 |

I thank you in advance for your prompt attention to this matter.

Sincerely,
Easy Expunctions on behalf of Jesus Sanchez

600 Navarro St.
San Antonio, TX 78205
210.816.6655
easyexpunctions.com

CAUSE NO.: D-1-EX-18-000381

| EX PARTE | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | 403RD JUDICIAL DISTRICT |
| JESUS M. SANCHEZ | § | TRAVIS COUNTY, TEXAS |

## ORDER GRANTING EXPUNCTION

On the 18 day of June, 20 18, came to be heard Petitioner's Petition for Expunction. The Court finds Petitioner is entitled to an expunction pursuant to Article 55.01(a)(2) of the Texas Code of Criminal Procedure.

### I.

Petitioner has the following description:

| | |
|---|---|
| Name: | Jesus M. Sanchez |
| Race: | Hispanic |
| Sex: | Male |
| Date of Birth: | October 10, 1989 |
| Driver's License Number: | 39348752 (TX) |
| Social Security Number: | 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 |
| Address at Time of Arrest: | 13027 Arden Ridge Ln Houston, TX 77014 |

### II.

Petitioner is entitled to expunction of the following Travis County arrest(s):

| | |
|---|---|
| Offense Charged: | DISREGARD ORDER OF A POLICE OFFICER |
| Date of Arrest: | On or about April 10, 2016 |
| Cause Number: | 145757 |
| Court of Offense: | Downtown Austin Community Court |
| Incident Report No.: | 161010316 |

The Court finds that no indictment or information was presented against Petitioner for any offense(s) arising out of the transaction for which Petitioner was arrested or, if an indictment or information was presented the indictment or information has been dismissed or quashed, and the statute of limitations has run or the indictment



1

or information was dismissed or quashed because the presentment was made because of mistake, false information, or other similar reason indicating absence of probable cause at the time of the dismissal to believe Petitioner committed the offense(s).

The Court further finds Petitioner has been released and the charge(s), if any, did not result in a final conviction and is/are no longer pending, and there was no court-ordered community supervision under Article 42.12 of the Code of Criminal Procedure for any offense(s) other than a Class C misdemeanor.

### III.

The respondents have been served with a copy of the Petition as required by law. Petitioner appeared in person without counsel. An Asst. District Attorney appeared on behalf of the Travis County District Attorney's Office.

Respondents are:

    Travis County District Clerk's Office
    PO Box 679003
    Austin, TX 78767-9003

    Travis County District Attorney's Office
    PO Box 1748
    Austin, TX 78767

    Travis County Sheriff's Office
    PO Box 1748
    Austin, TX 78767-1748

    Austin Police Department
    PO Box 689001
    Austin, TX 78768-9001

    Downtown Austin Community Court
    PO Box 13464
    Austin, TX 78711

    City of Austin Municipal Court
    PO Box 2135
    Austin, TX 78768



2

Texas Department of Criminal Justice
Attn: Office of the General Counsel
PO Box 4004
Huntsville, TX 77342

Texas Department of Public Safety
Crime Records Service (MSC 0234)
PO Box 4143
Austin, TX 78765-4143
*Individually and for the Federal Bureau of Investigation*

### IV.

IT IS THEREFORE ORDERED that all records and files pertaining to the arrest(s) granted herein be expunged. Related arrests (same or similar charge, date, or arresting agency) not specifically listed herein are excluded from this expunction order. However, records of such unexpunged arrests, which would not have been generated except for the expunged arrest(s), shall be expunged.

The phrase "all records and files pertaining to the arrest(s)" includes records and files that were generated by respondents during this expunction proceeding, including the copies of the Petition and of this order, which are served on each respondent. However, the phrase "all records and files pertaining to the arrest(s)" does not include records and files that were generated during the investigation of the crime for which Petitioner was arrested, but before the arrest(s) took place, and that do not indicate that the arrest(s) ever took place.

The phrase "all records and files pertaining to the arrest(s)" does not include records relating to the suspension or revocation of a driver's license, permit, or privilege to operate a motor vehicle except as provided in § 524.015 and § 724.048 of the Texas Transportation Code.

IT IS FURTHER ORDERED, that the DEPARTMENT OF PUBLIC SAFETY shall send a copy by certified mail, return receipt requested of this Order to any central federal depository of criminal records that there is reason to believe has any of the records, together with an explanation of the effect of this Order and a request that the records in possession of the depository, including any information with respect to this proceeding, be destroyed.

### V.

Records and files pertaining to the arrest(s) shall be expunged by turning them in to the Clerk of this Court, in a sealed envelope, by hand delivery or by mail to:



3

Travis County District Clerk's Office
Attn: Expunctions
PO Box 679003
Austin, TX 78767-9003

Videotapes and audiotapes shall be expunged by erasing them.

Records that pertain both to the arrest(s) and to other arrests that are not included in this order, and that would have been generated even if the expunged arrest(s) had not been made shall be obliterated (covered with tape, liquid paper, or other opaque substance) only insofar as they pertain to the arrest(s). A photocopy of such records, partially obliterated, shall be forwarded to the District Clerk as specified in the paragraph above.

Each respondent shall attach a certificate to the sealed envelope, certifying that these are all the expunged records; and the Department of Public Safety shall also certify that it has requested the FBI and all other central depositories to return all records and files subject to the order of expunction.

If returning records expunged by this order is impracticable, records pertaining to the arrest(s) may be expunged by the record keeping agency obliterating or destroying the records as they apply to the arrest(s). The agency shall then send a certificate to the District Clerk's Office certifying that the records have been destroyed.

## VI.

The clerk shall certify when the order is final and shall send certified copies of it:

>By ordinary first class mail to Petitioner; and
>By certified secure electronic mail, electronic submission, facsimile submission or otherwise by certified mail, return receipt requested, to all other respondents.

No respondent shall comply with this order until it has been thus served.

Upon request of Petitioner, the District Clerk may release any records returned pursuant to this order to the Petitioner.

The District Clerk shall maintain any and all records returned pursuant to this order in a manner not subject to public view and destroy all records, including the expunction file, not earlier than the 60th day after the date the order of expunction is issued or later than the first anniversary of that date unless the records were



4

*Date: Monday, September 24th 2018, 07:01:29 AM -07:00 PDT*
*Subject: Notice to Remove Arrest Record Information for Jesus M. Sanchez*
*From: Easy Expunctions <do-not-reply@recordslayer.com>*
*To: <help@truthfinder.com>*

Hello,

This is a notification regarding the arrest records of Jesus M. Sanchez. Upon receiving this notification, you are required by State law to delete the information pertaining to the charges discussed in the enclosed documents.

Please see the attached documents regarding the Expungement for Jesus M. Sanchez.

If your organization does not possess information regarding the person named in this communication, please ignore this notice.

Easy Expunctions on behalf of Jesus M. Sanchez

Questions, concerns, and responses may be directed to partners@easyexpunctions.com.

You have received this email because your organization was identified as one that provides background check services and/or maintains a database that potentially includes information related to an individual's criminal history. If your organization does not maintain a database that includes criminal history information and/or you do not provide background check services, you may opt out of receiving these emails by clicking unsubscribe.



SENT VIA E-MAIL

Re: **CERTIFIED FILEMARKED** Expungement (Harris COUNTY, TX) Jesus M. Sanchez DOB: 10/10/1989

Dear Sir or Madam:

On the 21 day of September, 2018, a Harris County Judge signed the attached certified, file-marked **ORDER** to Expunge the arrest record of **Jesus M. Sanchez**, DOB **10/10/1989**.

According to The Texas Government Code §411.0851, upon receiving notice of an expunction, private companies are required to destroy all information related to an expunged record and may be potentially liable for any damages resulting from possession or dissemination of information related to an expunged criminal record.

Please take the appropriate action to purge your databases of any and all references to the arrest(s) referenced on the subsequent page(s) and belonging to the petitioner referenced below:

| | |
|---|---|
| Petitioner: | Jesus M. Sanchez |
| Date of Birth: | 10/10/1989 |
| Petitioner's Sex: | Male |
| Charge: | ASSAULT-FAMILY MEMBER |
| Date of Offense: | 03/30/2014 |
| Date of Arrest: | 03/30/2014 |
| Original Case Cause #: | 1953641 |

I thank you in advance for your prompt attention to this matter.

Sincerely,
Easy Expunctions on behalf of Jesus Sanchez

600 Navarro St.
San Antonio, TX 78205
210.816.6655
easyexpunctions.com

**FILED**
Chris Daniel
District Clerk

JUL 05 2018

Time: 3:10

By: _____
Harris County, Texas
Deputy

P-4

Pgs-6
SDD

NO. 2018-29117

EX PARTE § IN THE DISTRICT COURT FOR
 § THE 269th JUDICIAL DISTRICT
JESUS SANCHEZ § HARRIS COUNTY, TEXAS

## AGREED ORDER OF EXPUNCTION

On this date came on to be heard the petition for expunction filed in the above-captioned cause. Having considered the pleadings and other documents on file herein, the Court finds that it has jurisdiction over the instant cause and the parties thereto; and that the respondents have been duly served with the petition; and that all procedural and substantive requirements for expunction of the below specified criminal records have been met.

Petitioner's full legal name is Jesus Sanchez. Petitioner is a Hispanic (race) Male (gender), whose date of birth is 10/10/1989. His Texas driver's license number is 39348752 and his social security number is 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. Petitioner's address at the time of arrest was 13027 Arden Ridge Ln, Houston, TX 77014.

Petitioner was arrested on or about 03/30/2014 (date) for the Misdemeanor Offense of ASSAULT-FAMILY MEMBER, in Cause No. 1953641, under offense report number 140044199, in the County Criminal Court at Law No. 12 of Harris County, Texas. This case was dismissed on 03/08/2016 (date).

THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that:

> This order permits the Harris County District Attorney's Office and Harris County Community Supervision and Corrections Department to retain records of the petitioner's participation in the DIVERT Pretrial Intervention Program.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

(1) the petition for expunction filed in the above-captioned cause is GRANTED, and all records of the petitioner's arrest in the above-stated cause including all records of petitioner's prosecution for this offense are expunged; and all release, dissemination or use of records pertaining to such arrests and prosecutions is prohibited;

(2) the respondents shall return all records and files concerning the above-specified arrests to this Court, or if removal is impracticable, obliterate all portions of the records or files that identify the petitioner, including all computer entries, and notify the court of its action;

(3) the respondents shall delete from their records all index references to the records and files that are subject to this expunction order;

(4) the respondent district clerk shall not permit inspection of the court records concerning this expunction proceeding by any person other than the petitioner herein or petitioner's attorney, and shall obliterate all public references to this proceeding and maintain the file and all other records in an area not open to inspection;

(5) the Clerk shall deliver to the petitioner or petitioner's attorney, on request, all files and records returned to it pursuant to this order;

(6) the respondent district clerk shall destroy all such files and records returned to it pursuant to this order on the first anniversary of the date the order for expunction was issued unless the petitioner has requested the return of the records as provided above;

(7) pursuant to Article 55.03, Texas Code of Criminal Procedure, the petitioner may deny the occurrence of the expunged arrest and prosecution and this expunction order, except said petitioner, when questioned under oath in a criminal proceeding about said matters, may state only that the matter in question has been expunged;

(8) pursuant to Article 55.02, § 3(c)(1), the Department of Public Safety shall notify any central federal depository of criminal records by any means, including secure electronic mail or facsimile transmission, of this order with an explanation of the effect of this order and a request that the depository destroy or return to the court the records in possession of the depository that are subject to this order, including any information with respect to this order;

(9) the phrase "all records and files pertaining to the arrest" does not include records relating to files regulated by the Texas Local Government Code Annotated §§ 143.089 and 143.1214.

(10) the phrase "all records and files pertaining to the arrest" <u>does not</u> include records relating to the suspension or revocation of a driver's license, permit or privilege to operate a motor vehicle except as provided in TEX. TRANSP. CODE ANN. §524.015 and §724.048 (Vernon Pamphlet 1996); and

(11) the district clerk shall cause a copy of this order to be delivered, by certified mail, return receipt requested, to the following agencies subject to this order:

(a) Harris County Sheriff's Department
Attn: Expunctions
1200 Baker
Houston, TX 77002

(b) Texas Department of Public Safety
Crime Records Service MSC 0234
P.O. Box 4143
Austin, TX 78765-4143

(c) Harris County District Attorney's Office
1310 Prairie St., 5th floor
Houston, TX 77002

(d) Harris County District Clerk's Office
201 Caroline, 2nd Floor
Houston, TX 77002

(e) Harris County Pretrial Services
    102 San Jacinto St
    Houston, TX 77002

(f) Harris County Community Supervision and Corrections Department
    49 San Jacinto
    Houston TX 77002

(g) Texas Department of Criminal Justice
    Attn: Office of General Counsel
    P. O. Box 4004
    Huntsville TX 77342

Signed this _____ day of _____, 201__.

Signed
9/21/2018  JUDGE PRESIDING Hinkle
           _____ District Court
           Harris County, Texas

Approved as to form and substance:

/s/ Jesus Sanchez
Jesus Sanchez
2711 Grand Canyon Dr
Houston, TX 77067
(832) 795-3792 – phone
Jmsanchez89.js@gmail.com – email

Petitioner Pro Se

KIM OGG, DISTRICT ATTORNEY

*[signature]*

By: SCOTT A. DURFEE
Assistant District Attorney
SBN: 06277550
By: BRIAN L. ROSE
Assistant District Attorney
SBN: 00786209
By: MEAGAN T. SCOTT
Assistant District Attorney
SBN: 24088378
By: ALLISON FALLS
Assistant District Attorney
SBN: 24094644
By: ELIZABETH STEVENS
Assistant District Attorney
SBN: 00792767
Harris County, Texas
1310 Prairie St., 5th Floor
Houston, Texas 77002
Telephone: (713) 274-5816
Facsimile: (713) 437-4966

*Attorney for Harris County District Attorney*
*With permission, signing on behalf of the Texas Department of Public Safety's Interest*