# EXHIBIT K
# TO
# JOHNSON DECLARATION

*Date: Saturday, June 16th 2018, 09:03:40 AM -07:00 PDT*
*Subject: Notice to Remove Arrest Record Information for Taryn Mitchell-Daniels*
*From: Easy Expunctions <do-not-reply@recordslayer.com>*
*To: Instant Checkmate� <support@instantcheckmate.com>*

Hello,

This is a notification regarding the arrest records of Taryn Mitchell-Daniels. Upon receiving this notification, you are required by State law to delete the information pertaining to the charges discussed in the enclosed documents.

Please see the attached documents regarding the Expungement for Taryn Mitchell-Daniels.

If your organization does not possess information regarding the person named in this communication, please ignore this notice.

Easy Expunctions on behalf of Taryn Mitchell-Daniels

Questions, concerns, and responses may be directed to partners@easyexpunctions.com.

---

You have received this email because your organization was identified as one that provides background check services and/or maintains a database that potentially includes information related to an individual's criminal history. If your organization does not maintain a database that includes criminal history information and/or you do not provide background check services, you may opt out of receiving these emails by clicking unsubscribe.



**SENT VIA E-MAIL**

Re: **CERTIFIED FILEMARKED Expungement (Dallas COUNTY, TX) Taryn Mitchell-Daniels DOB: 03/03/1971**

Dear Sir or Madam:

On the 4 day of May, 2018, a Dallas County Judge signed the attached certified, file-marked **ORDER** to Expunge the arrest record of **Taryn Mitchell-Daniels**, DOB **03/03/1971**.

According to The Texas Government Code §411.0851, upon receiving notice of an expunction, private companies are required to destroy all information related to an expunged record and may be potentially liable for any damages resulting from possession or dissemination of information related to an expunged criminal record.

Please take the appropriate action to purge your databases of any and all references to the arrest(s) referenced on the subsequent page(s) and belonging to the petitioner referenced below:

| | |
|---|---|
| **Petitioner:** | Taryn Mitchell-Daniels |
| **Date of Birth:** | 03/03/1971 |
| **Petitioner's Sex:** | Female |
| **Charge:** | ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE |
| **Date of Offense:** | 11/25/2012 |
| **Date of Arrest:** | 11/25/2012 |
| **Original Case Cause #:** | M-1220939 |

I thank you in advance for your prompt attention to this matter.

Sincerely,
Easy Expunctions on behalf of Taryn Mitchell-Daniels

600 Navarro St.
San Antonio, TX 78205
210.816.6655
easyexpunctions.com

CAUSE NO.: X18-293-N

| EX PARTE | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | 195 JUDICIAL DISTRICT |
| TARYN NICOLE DANIELS | | |
| A/K/A TARYN MITCHELL-DANIELS | § | DALLAS COUNTY, TEXAS |

### ORDER GRANTING EXPUNCTION

On the 4 day of MAY, 20 18 came to be heard Petitioner's Petition for Expunction. The Court finds Petitioner is entitled to an expunction pursuant to Article 55.01(a)(2) of the Texas Code of Criminal Procedure.

### I.

Petitioner has the following description:

Name: Taryn Nicole Daniels
a/k/a Taryn Mitchell-Daniels
Race: Black
Sex: Female
Date of Birth: March 3, 1971
Driver's License Number: 11963635 (TX)
Social Security Number: 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
Address at Time
of Arrest: 212 E Wintergreen Rd #2022
DeSoto, TX 75115

### II.

Petitioner is entitled to expunction of the following Dallas County arrest(s):

Offense Charged: ASSAULT-FAMILY VIOLENCE
Date of Arrest: November 25, 2012
Cause Number: M-1220939-L
Court of Offense: Dallas County Criminal Court No. 10
Booking Number: 12078489
TRN 9122950117

The Court finds that no indictment or information was presented against Petitioner for any offense(s) arising out of the transaction for which Petitioner was arrested or, if an indictment or information was presented the indictment or information has been dismissed or quashed, and the statute of limitations has run or the indictment

1

or information was dismissed or quashed because the presentment was made because of mistake, false information, or other similar reason indicating absence of probable cause at the time of the dismissal to believe Petitioner committed the offense(s).

The Court further finds Petitioner has been released and the charge(s), if any, did not result in a final conviction and is/are no longer pending, and there was no court-ordered community supervision under Article 42.12 of the Code of Criminal Procedure for any offense(s) other than a Class C misdemeanor.

### III.

The respondents have been served with a copy of the Petition as required by law. Petitioner appeared in person without counsel. An Asst. Criminal District Attorney appeared on behalf of the Dallas County Criminal District Attorney's Office.

Respondents are:

Dallas County District Clerk's Office
133 N Riverfront Blvd, LB 12
Dallas, TX 75207

Dallas County Clerk's Office
133 N Riverfront Blvd, LB 43
Dallas, TX 75207

Dallas County Criminal District Attorney's Office
133 N Riverfront Blvd, LB 19
Dallas, TX 75207

DeSoto Police Department
714 E Belt Line Rd
DeSoto, TX 75115

Dallas County Sheriff's Office
133 N Industrial Blvd
Dallas, TX 75207

Dallas County CSCD
133 N Riverfront Blvd, 9th Floor
Dallas, TX 75207

2

Texas Department of Criminal Justice
Attn: Office of the General Counsel
PO Box 4004
Huntsville, TX 77342

Texas Department of Public Safety
Crime Records Service (MSC 0234)
PO Box 4143
Austin, TX 78765-4143
Individually and for the Federal Bureau of Investigation

TX Department Crim. Justice-CJAD
Lee Downing, CSTS Administrator
209 W. 14th St., Suite 400
Austin, Texas 78701

### IV.

IT IS THEREFORE ORDERED that all records and files pertaining to the arrest(s) granted herein be expunged. Related arrests (same or similar charge, date, or arresting agency) not specifically listed herein are excluded from this expunction order. However, records of such unexpunged arrests, which would not have been generated except for the expunged arrest(s), shall be expunged.

The phrase "all records and files pertaining to the arrest(s)" includes records and files that were generated by respondents during this expunction proceeding, including the copies of the Petition and of this order, which are served on each respondent. However, the phrase "all records and files pertaining to the arrest(s)" does not include records and files that were generated during the investigation of the crime for which Petitioner was arrested, but before the arrest(s) took place, and that do not indicate that the arrest(s) ever took place.

The phrase "all records and files pertaining to the arrest(s)" does not include records relating to the suspension or revocation of a driver's license, permit, or privilege to operate a motor vehicle except as provided in § 524.015 and § 724.048 of the Texas Transportation Code.

IT IS FURTHER ORDERED, that the DEPARTMENT OF PUBLIC SAFETY shall send a copy by certified mail, return receipt requested of this Order to any central federal depository of criminal records that there is reason to believe has any of the records, together with an explanation of the effect of this Order and a request that the records in possession of the depository, including any information with respect to this proceeding, be destroyed.

### V.

Records and files pertaining to the arrest(s) shall be expunged by turning them in to the Clerk of this Court, in a sealed envelope, by hand delivery or by mail to:

3

Dallas County District Clerk's Office
Attn: Expunctions
133 N Riverfront Blvd, LB 12
Dallas, TX 75207

Videotapes and audiotapes shall be expunged by erasing them.

Records that pertain both to the arrest(s) and to other arrests that are not included in this order, and that would have been generated even if the expunged arrest(s) had not been made shall be obliterated (covered with tape, liquid paper, or other opaque substance) only insofar as they pertain to the arrest(s). A photocopy of such records, partially obliterated, shall be forwarded to the District Clerk as specified in the paragraph above.

Each respondent shall attach a certificate to the sealed envelope, certifying that these are all the expunged records; and the Department of Public Safety shall also certify that it has requested the FBI and all other central depositories to return all records and files subject to the order of expunction.

If returning records expunged by this order is impracticable, records pertaining to the arrest(s) may be expunged by the record keeping agency obliterating or destroying the records as they apply to the arrest(s). The agency shall then send a certificate to the District Clerk's Office certifying that the records have been destroyed.

## VI.

The clerk shall certify when the order is final and shall send certified copies of it:

> By ordinary first class mail to Petitioner; and
> By certified secure electronic mail, electronic submission, facsimile submission or otherwise by certified mail, return receipt requested, to all other respondents.

No respondent shall comply with this order until it has been thus served.

Upon request of Petitioner, the District Clerk may release any records returned pursuant to this order to the Petitioner.

The District Clerk shall maintain any and all records returned pursuant to this order in a manner not subject to public view and destroy all records, including the expunction file, not earlier than the 60th day after the date the order of expunction is issued or later than the first anniversary of that date unless the records were

4

released to Petitioner. Destruction of any records pursuant to this order must comply with the procedures in Article 55.02, § 5 of the Texas Code of Criminal Procedure.

The District Clerk shall certify to the Court the destruction of any records returned pursuant to this order.

All relief not expressly granted herein is hereby DENIED.

SIGNED AND ENTERED this the __4__ day of __MAY__, 20__18__.

_____
HONORABLE JUDGE PRESIDING

APPROVED AS TO FORM

For the Dallas County Criminal District Attorney's Office:

_Karen Niel_
Assistant Criminal District Attorney – Dallas County

For the Petitioner:

_____
Taryn Nicole Daniels
a/k/a Taryn Mitchell-Daniels
3702 Easton Meadows Dr #9304
Garland, TX 75043
(214) 791-5272 – phone
thephoenixent@gmail.com – email

PRO SE PETITIONER

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District Courts of Dallas County, Texas do hereby certify that I have compared this instrument to be a true and correct copy of the original as appears of record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this ____ day of 0 7 JUN 2018 A.D.,

FELICIA PITRE DISTRICT CLERK
DALLAS COUNTY, TEXAS
By _____ Deputy

5