# EXHIBIT M
# TO
# JOHNSON DECLARATION

# TERMS OF USE

Home    Terms of Use

## Terms of Use and Terms & Conditions of Sale

Date of last revision: July 03, 2018

IMPORTANT - PLEASE READ THESE TERMS OF USE AND TERMS AND CONDITIONS OF SALE (INCLUDING THE SALES AND REFUND POLICIES BELOW) BEFORE ACCESSING, USING, OR MAKING A PURCHASE OF SERVICES AND PRODUCTS ON WWW.INSTANTCHECKMATE.COM OR WWW.INSTANTCHECKMATE.REVIEWS (COLLECTIVELY, THE "SITES"). THIS AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES (see Section 14), LIMITATIONS OF LIABILITY, AN EXCLUSIVE REMEDY (see Section 15), AND A REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS (see Section 17). THESE PROVISIONS FORM AN ESSENTIAL BASIS OF OUR AGREEMENT. IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR MAKING A PURCHASE THROUGH THE SITES.

INSTANT CHECKMATE LLC, a Delaware corporation, doing business as "Instant Checkmate" ("Instant Checkmate"), in connection with the purchase of a membership plan ("Membership Plan") provides access to the background information services ("Services") on the Sites.

THIS IS A BINDING AGREEMENT. These Terms and Conditions of Use and Terms and Conditions of Sale (collectively, the "Terms"), together with our Privacy Policy (available at https://www.instantcheckmate.com/privacy-policy/) and our Limited Data License ("Limited License"), which is available at https://www.instantcheckmate.com/limited-license/, are the legally binding agreement between you and Instant Checkmate. These Terms govern your access to and use of the Information, services, software, functionality, and/or materials ("Information and Materials") provided by Instant Checkmate on or through the Sites and your purchase of any Membership Plan. Instant Checkmate is willing to license or allow the use of the Sites and the related Information and Materials to you only on the condition that you accept and agree to all of the terms contained herein, and by accepting these Terms through the completion of a purchase, selection of a method of payment, and your entry of payment information, you hereby authorize Instant Checkmate to charge the selected one of Instant Checkmate's Membership Plans.

If you do not wish to be bound by these Terms, Limited License and Privacy Policy, you must leave the Sites immediately. Your further use of the Sites will be considered an acceptance of these Terms, the Limited License, and the Privacy Policy.

You may not use the Sites if you are not of legal age to form a binding contract with Instant Checkmate. If you are under 18 years old, or if you are not the age of majority in your jurisdiction of permanent residence, you must leave the Sites immediately. Instant Checkmate reserves the right to request any buyer of its Membership Plans or user of its Services to provide written proof of age in any form.

Instant Checkmate reserves the right to update and change, from time to time, these Terms and all documents incorporated by reference. You can find the most recent version of these Terms at https://www.instantcheckmate.com/terms-of-use/. Instant Checkmate will post a notice on its home page that these Terms have changed. Use of the Sites after such changes constitutes acceptance of such changes.

## Table of Contents:

1) License Grants for Use of Site & Restrictions
2) Review and Content Guidelines
3) Permission to Use Postings
4) Billing and Services
    a. Current Pricing and Price Modification
    b. Standard Membership Plans
    c. $1.00 Trial Membership
    d. Nonstandard Membership Plans
    e. Negative Option
    f. Cancellation Policy
    g. Refund Policy
    h. Taxes
    i. Discounts and Promotions
    j. Billing Errors
    k. Reversals and Chargebacks
5) Orders Placed Through the Site & General Payment Information
6) User Obligations
7) Removing Your Information
8) Fair Credit Reporting Act (FCRA) Notice
9) Postings and Permission to Use Postings
10) Instant Checkmate Intellectual Property
11) Third Party Sites and Services
12) Submissions.
13) Site Security
14) Disclaimer of Warranties
15) Limitation of Liability
16) Indemnification
17) Arbitration and Class Action Waiver
18) Privacy Policy
19) Miscellaneous
20) Acknowledgement
21) Contact Information

## 1) License Grants for Use of Site & Restrictions.

Subject to your continued strict compliance with the terms and conditions of this document, the Limited License, and the limitations below, Instant Checkmate provides to you a revocable, limited, non-exclusive, royalty-free, non-sublicensable, and non-transferable license to use the Sites. You may download and print materials and information from the Sites solely for your personal use, provided that you do not remove from any such hard copies any copyright and/or other applicable intellectual property notices. Notwithstanding the foregoing license grant, you hereby acknowledge and agree that (i) the content layout, formatting, and features of and access privileges for the Sites shall be determined by Instant Checkmate in its sole and absolute discretion; (ii) Instant Checkmate has the right to control and direct the means, manner, and method by which the Sites is provided; (iii) Instant Checkmate may, from time to time, engage independent contractors, consultants, or subcontractors to aid Instant Checkmate in providing the Sites or use thereof; and (iv) Instant Checkmate has the right to provide the Sites to others. In addition, you hereby acknowledge and agree that these Terms provide you with only a limited license to access and use the Sites. Accordingly, you hereby acknowledge and agree that Instant Checkmate transfers no ownership or intellectual property interest or title in and to the Sites to you or anyone else under these Terms. Instant Checkmate hereby reserves any and all intellectual property rights not otherwise expressly granted in these Terms.

Notwithstanding the foregoing license grant, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use in any manner not expressly permitted herein, the Sites. Specifically, and by way of illustration and not limitation, you may not separate and use any graphics, interfaces, photographs, audio, video, sounds, artwork, designs, computer code (including html code), programs, software, and documentation found on or accessible through the Sites. Moreover, you may not (i) use any "deep link," "page scrape," "robot," "spider," or any other device, program, script, algorithm, or methodology, or any similar or equivalent manual process, to access, acquire, copy, or monitor any portion of the Sites or in any way reproduce or circumvent the navigational structure or presentation of the Sites in order to obtain or attempt to obtain any materials, pictures, documents, or any other information through any means not purposely made available through the Sites, (ii) attempt to gain unauthorized access to (a) any portion or feature of the Sites, (b) any other systems or networks connected to the Sites, (c) any Instant Checkmate server, or (d) any of the services offered on or through the Sites, by hacking, password "mining," or any other illegitimate or prohibited means, (iii) probe, scan, or test the vulnerability of the Sites or any network connected to the Sites, nor breach the security or authentication measures on the Sites or any network connected to the Sites, (iv) reverse look-up, trace, or seek to trace any information on any other user of or visitor to the Sites, (v) take any action that imposes an unreasonable or disproportionately large load on the infrastructure of the Sites or Instant Checkmate's systems or networks or any systems or networks connected to the Sites, (vi) use any device, software, or routine to interfere with the proper working of the Sites or any transaction conducted on the Sites, or with any other person's use of the Sites, (vii) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to Instant Checkmate on or through the Sites, (viii) use the Sites to harvest or collect e-mail addresses or other contact information in a manner inconsistent with these Terms; or (ix) use the Sites in an unlawful manner or in a manner that could damage, disparage, or otherwise negatively impact Instant Checkmate. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, AND EXCEPT AS PROVIDED IN THESE TERMS, DOWNLOADING, COPYING OR REPRODUCING ANY MATERIALS PROVIDED BY INSTANT CHECKMATE TO ANY OTHER SERVER, HARD DRIVE OR LOCATION FOR THE PURPOSE OF REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED.

## 2) Review and Content Guidelines

Instant Checkmate invites users of the services and products available on www.instantcheckmate.com (the "Product Page") to post honest reviews and commentary of the Product Page and any corresponding services, membership plans, or items relating to the Product Page (collectively, "Reviews") on www.instantcheckmate.reviews (the "Review Page"). To the extent you post a Review to the Review Page, you hereby acknowledge and agree to the following:

- You are an actual user of the Product Page and have experience with the products and/or services available through the Product Page.
- You will provide Instant Checkmate with your email address that is the same email address you provided to Instant Checkmate when you interacted with the Product Page. You understand that, to the extent your email address does not match an email address associated with a user of the Product Page, your Review will not be posted and/or removed.
- You will only provide honest and relevant reviews that reflect your own personal experiences with the Product Page.
- You will not upload, post, display, or transmit any of the following materials:
  - anything that interferes with or disrupts the operation of the Websites.
  - statements or material that defames, harasses, abuses, stalks, threatens, intimidates, or in any way infringes on the rights of others,
  - unauthorized copyrighted materials or any other material that infringes on the intellectual property rights, trade secrets, or privacy of others,
  - statements or material that encourages criminal conduct or that would give rise to civil liability or otherwise violates any law or regulation in any jurisdiction,
  - statements or material that contains vulgar, obscene, profane, or otherwise objectionable language or images that typically would not be considered socially or professionally responsible or appropriate in person,
  - statements or material that impersonates any other person or entity, whether actual or fictitious, including, without limitation, employees and representatives of Instant Checkmate,
  - statements or material that misrepresents your affiliation with any entity and/or Instant Checkmate,
  - statements or material that constitutes junk mail, spam, or unauthorized advertising or promotional materials, and
  - statements or material that are "off-topic."
  - Instant Checkmate reserves the right, in its sole discretion, to not post your Review or to remove any posted Review from the Websites for any reason and without notice or notification to you of the same.

## 3) Permission to Use Postings

You acknowledge and agree that you have no proprietary interest in the Websites. Moreover, by submitting a Review to the Review Page, you automatically grant Instant Checkmate, for a period of ten (10) years, renewable at Instant Checkmate's option, a royalty-free, irrevocable, non-exclusive, assignable, transferable and sublicensable right and license to use, reproduce, modify, publish, translate, create derivative works from, distribute, transmit, perform, and display such content or information (in whole or in part) contained in the Review worldwide for any purpose and/or to incorporate into other works in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content or information. You hereby represent that you have all necessary rights to make the Review available to Instant Checkmate and the Websites, and you also acknowledge and agree that such Reviews are non-confidential for all purposes and that Instant Checkmate has no control over the extent to which any idea or information within a Review may be used by any party or person once such content is posted or displayed on the Websites. Accordingly, notwithstanding this right and license, you hereby acknowledge and agree that by merely permitting your information, content, and materials to appear on the Websites, Instant Checkmate has not become and is not a publisher of such information, content, and materials and is merely functioning as an intermediary to enable you to provide and display your Review. Moreover, Instant Checkmate assumes no responsibility for the deletion of or failure to store any Review and recommends that you do not post, display, or transmit any confidential or sensitive information. All users shall remain solely and exclusively responsible for any liability arising from their own Reviews.

## 4) Billing and Services

### a) Current Pricing and Price Modification

For the most up-to-date pricing and Membership Plan descriptions, please go to https://www.instantcheckmate.com. We reserve the right to modify the prices charged for the Membership Plans, or to add or remove any Membership Plans, from the Sites at any time without prior notice to you. Price quotes provided to you prior to any price modification shall be honored.

### b) Standard Membership Plans

Instant Checkmate offers two standard Membership Plans for Background Reports. All Membership Plans are billed up front for the entire term selected.

- This product includes unlimited person reports for an initial price of $34.78 and re-bills $34.78 every 1 month(s).: Your membership will automatically renew every 30 days unless you cancel before the start of the next term. Instant Checkmate will charge the recurring membership fee of $34.78 to the same payment option you use today until you cancel. To cancel your subscription, call 1 (800) 222-8985 anytime.

- <u>This product includes unlimited person reports for an initial price of $83.47 and re-bills $83.47 every 3 month(s).</u>: Your membership will automatically renew every 3 months unless you cancel before the start of the next term. Instant Checkmate will charge the recurring membership fee of $83.47 to the same payment option you use today until you cancel. To cancel your subscription, call **1 (800) 222-8985** anytime.

If your payment for a full term is declined due to insufficient funds, Instant Checkmate reserves the right to bill in monthly installments based on the monthly rates associated with the Membership Plan you selected.

### c) $1.00 Trial Membership

If you select a trial Membership Plan ("Trial Membership Plan"), you will be able to try a Membership Plan and its accompanying services for five (5) days from the date of purchase for only $1.00. If you select a Trial Membership Plan, the debit or credit card or other payment account you provide will be billed $1.00 immediately upon enrollment, and you will have five (5) days from the time of enrollment to try out Instant Checkmate's Services under the Membership Plan. If you do not cancel your Trial Membership Plan before the expiration of the 5-day trial period, on the 6th day after you enroll, you will automatically be enrolled in a monthly Membership Plan and the card you provided at the time of enrollment in the Trial Membership Plan will be charged $29.63 immediately and $29.63 approximately every thirty (30) days thereafter, unless and until you cancel. Please see the special offer page for the most up-to-date pricing.

### d) Nonstandard Membership Plans

Instant Checkmate sometimes offers promotional membership offers or the opportunity to purchase a single report or several reports for an identified price with no further obligation. If you enroll in a nonstandard Membership Plan, Instant Checkmate expressly reserves the right to bill you at the identified price and based on the terms disclosed at the time of you enroll.

### e) Negative Option

BY SIGNING UP FOR A MEMBERSHIP PLAN, YOU AUTHORIZE INSTANT CHECKMATE (AND ITS PARTNERS, AFFILIATES AND/OR AGENTS) TO CHARGE YOUR DEBIT OR CREDIT CARD OR OTHER PAYMENT ACCOUNT THE FEES ASSOCIATED WITH THE MEMBERSHIP PLAN'S TERM, AND YOU ACKNOWLEDGE AND AGREE THAT INSTANT CHECKMATE WILL NOT OBTAIN ADDITIONAL AUTHORIZATION FROM YOU FOR EACH RECURRING FEE CHARGED TO YOUR DEBIT OR CREDIT CARD OR OTHER PAYMENT ACCOUNT. IN ADDITION, YOU AGREE THAT INSTANT CHECKMATE SHALL NOT BE RESPONSIBLE OR LIABLE FOR ANY OVERDRAFT CHARGES OR FEES WHICH YOU MIGHT INCUR AS A RESULT OF YOUR MEMBERSHIP PLAN. YOU UNDERSTAND AND AGREE THAT IF YOU PURCHASE A MEMBERSHIP PLAN, THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION, AND YOU MAY BE LIABLE FOR PAYMENT OF FUTURE GOODS AND SERVICES UNDER THESE TERMS IF YOU FAIL TO NOTIFY INSTANT CHECKMATE NOT TO SUPPLY THE GOODS OR SERVICES DESCRIBED.

### f) Cancellation Policy

You may cancel any Membership Plan at any time by going to https://www.instantcheckmate.com/cancel or by calling our customer support line at 1-800-222-8985 to speak with one of our Customer Service Representatives. We're open 7 days a week from 5am to 10pm pacific (8am to 1am eastern) (Holiday hours may vary). Any cancellation request will ensure you are not billed further.

### g) Refund Policy

Our number one goal at Instant Checkmate is customer satisfaction. If you are ever not satisfied with our Membership Plan and/or Services, feel free to call one of our customer support staff at 1-800-222-8985, and we will work to resolve your issue. We're open 7 days a week from 5am to 10pm pacific (8am to 1am eastern) (Holiday hours may vary). Refunds are handled on a case-by-case basis with the ultimate goal of complete customer satisfaction.

### h) Taxes

All orders are subject to applicable taxes in the states where the member resides.

### i) Discounts and Promotions

Any applicable discounts or promotional prices will be noted at the time of purchase on the checkout page for your order.

### j) Billing Errors

If you believe that you have been erroneously billed, please notify our Customer Service Department toll-free at 1-800-222-8985 immediately to notify us of such error.

### k) Reversals and Chargebacks

Instant Checkmate considers chargebacks and reversals as potential cases of fraudulent use of our Membership Plans and/or theft of Membership Plans and will be treated as such. Instant Checkmate reserves the right of filing a complaint with the appropriate local and federal authorities to investigate. Be advised that all activity and IP address information is being monitored and that this information may be used in a civil and/or criminal case(s) against a customer if there is fraudulent use and or theft of Membership Plans.

## 5) Orders Placed Through the Site & General Payment Information.

All orders placed through the Sites are subject to Instant Checkmate's acceptance. After your order has been placed, we will provide you with an email confirming our receipt of your order and, if your order is accepted, confirming our acceptance of your order. Instant Checkmate may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your payment card or payment method has already been charged for an order that is later cancelled by Instant Checkmate, Instant Checkmate will issue you a refund. If you do not receive confirmation that your order has been placed, please contact our Customer Service Department at 1-800-222-8985.

While we want everyone to be able to enjoy our Membership Plans, we may, in our sole discretion, not accept an order or limit or cancel quantities purchased per person, per household or per order. Some reasons we may do so include, but are not limited to, the following:

- Orders that cannot be processed as a result of incorrect or invalid billing or payment information. Be sure to double-check your information when placing an order. We cannot process orders for several reasons including, but not limited to:
    - Incorrect credit or debit card or other payment account information such as card number, expiration date and card security value;
    - Incorrect payment method billing information (billing information provided must be the same as what your financial institution has on record);
- Orders, in our sole discretion, that we suspect to be fraudulent. We reserve the right to cancel or not accept any order that we suspect to have been placed as a result of fraudulent activity. We further reserve the right to cancel or not accept subsequent orders from customers with a previous fraudulent order history; and
- Orders connected to previous credit card disputes.

If your order has been processed, you may obtain a refund on the Membership Plan you ordered pursuant to the terms of our Refund Policy, which is summarized above.

All fees are payable in United States currency. Instant Checkmate offers several methods of payment for you to purchase Membership Plans, including debit cards and credit cards. If you use Paypal, your payment is subject to Paypal's terms and conditions which can be found at https://www.paypal.com/us/webapps/mpp/ua/useragreement-full. Instant Checkmate reserves the right to request additional evidence or proof of billing information or other information associated with the credit or debit card or any other account used to purchase Membership Plans from the Sites. In the event that the requested evidence or proof is not provided or is insufficient, we reserve the right to refuse to accept the order. If you believe your credit or debit card or other payment account might have been used in a fraudulent manner to purchase a Membership Plan, please contact our Customer Service Department at 1-800-222-8985.

By ordering a Membership Plan through the Sites, you authorize Instant Checkmate to charge your debit or credit card or payment account accordingly. Please be aware that the descriptor (or subject line) that appears on your billing statement will refer to ICM*INSTANTCHECKMATE.COM. If you have any questions about the descriptor on your billing statement, you should call our Customer Service Department toll-free at 1-800-222-8985.

Upon prior email notice to you, Instant Checkmate may change its pricing and/or billing practices. If you do not agree with these changes, you may cancel your Membership Plan, but you will remain responsible for payment of any and all fees that you have already incurred. Continued enrollment in a Membership Plan after receipt of such email notice constitutes consent to any and all such changes. If you fail to make any scheduled payment for a Membership Plan, Instant Checkmate may, in its sole discretion, terminate your membership in the Membership Plan.

## 6) User Obligations

By installing, accessing, or using the Sites you hereby represent that you will, at all times, provide true, accurate, current, and complete information when submitting Information to the Sites, including, without limitation, when you provide any information to Instant Checkmate via an email or any registration or submission form found on the Sites. If you provide any false, inaccurate, untrue, or incomplete information, Instant Checkmate reserves the right, in its sole discretion, to immediately and without notice terminate your access to and use of the Sites and/or cancel any of your pending purchases or registrations with Instant Checkmate. You agree that if any information you supply to Instant Checkmate changes, you will amend or resubmit that information to Instant Checkmate. In addition, you agree to abide by all applicable local, state, national, and international laws and regulations with respect to your use of the Sites. You also acknowledge and agree that use of the Internet and the Sites are solely at your own risk. While Instant Checkmate has endeavored to create a secure and reliable Sites, the confidentiality of any communication or material transmitted to/from the Sites over the Internet or any other form of global communication network cannot be guaranteed. Accordingly, Instant Checkmate is not to any degree responsible or liable for the security of any information transmitted via the Internet, the accuracy of the information contained on the Sites, or for the consequences of any reliance on such information. You must make your own determination as to these issues.

## 7) Removing Your Information

Due to the nature of public record information, the public records and commercially available data sources used in connection with the Services may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. The Services are not the source of data, nor are they a comprehensive compilation of the data. If you would like to remove your information from our Sites, please visit our Remove My Info page or contact our Customer Service Department toll free at 1-800-222-8985.

## 8) Fair Credit Reporting Act (FCRA) Notice

Instant Checkmate IS NOT A CREDIT REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"), 15 USC §§ 1681 et seq. AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CREDIT REPORTING AGENCIES, ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THESE TERMS.

You may not use any information obtained from Instant Checkmate in connection with its Services to determine a prospective candidate's suitability for:

- Health insurance or any other insurance,
- Credit and/or loans,
- Employment,
- Education, scholarships or fellowships,
- Housing or other accommodations, or
- Benefits, privileges or services provided by any business establishment.

The information provided by Instant Checkmate in connection with its Services has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. According to applicable law, you are not permitted to use any of this information as a factor in: (a) establishing an individual's eligibility for personal credit, loans, insurance or assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; (d) evaluating an individual's eligibility for a license or other benefit granted by a government agency or (e) any other product, service or transaction in connection with which a consumer report may be used under the FCRA or any similar state statute, including, without limitation, apartment rental, check-cashing, or the opening of a deposit or transaction account. You also agree that you shall not use any of the information you receive in connection with Instant Checkmate's Services to take any "adverse action," as that term is defined in the FCRA; you have appropriate knowledge of the FCRA; and, if necessary, you will consult with an attorney to ensure compliance with these Terms.

You also agree that you will not use Instant Checkmate to provide instructional information about illegal activities or to advance physical harm or injury to any group or individual.

You also agree that you will not use Instant Checkmate or any information derived from Instant Checkmate in connection with any purpose or personal information covered under Gramm-Leach-Bliley Act, Health Insurance Portability and Accountability Act (HIPAA), Driver's Privacy Protection Act, the Children's Online Privacy Protection Act (COPPA), FCRA, and all similar laws at the state level.

You also agree that you will not use or otherwise export or re-export Instant Checkmate content in violation of the export control laws and regulations of the USA.

You may not share your Instant Checkmate username or password with any third party. Instant Checkmate's products are intended for use by You only and should not be distributed to third parties.

## 9) Postings and Permission to Use Postings.

The Site, and/or any social media page controlled by Instant Checkmate that is accessible directly through the Site (each, an "Instant Checkmate Social Media Page"), may contain blogs, message boards, comment areas and other interactive features and functionality where users may post certain information and content (collectively, "Forum"). To the extent the Site and/or any Instant Checkmate Social Media Page contains any such Forum, you hereby acknowledge and agree that when using the Site and/or any Instant Checkmate Social Media Page, you will not upload, post, display, or transmit any of the following materials on any Forum:

- anything that interferes with or disrupts the operation of the Site and/or Instant Checkmate Social Media Page,
- statements or material that defames, harasses, abuses, stalks, threatens, intimidates, or in any way infringes on the rights of others,
- unauthorized copyrighted materials or any other material that infringes on the intellectual property rights, trade secrets, or privacy of others,
- statements or material that encourages criminal conduct or that would give rise to civil liability or otherwise violates any law or regulation in any jurisdiction,
- statements or material that contains vulgar, obscene, profane, or otherwise objectionable language or images that typically would not be considered socially or professionally responsible or appropriate in person,
- statements or material that impersonates any other person or entity, whether actual or fictitious, including, without limitation, employees and representatives of Instant Checkmate,
- statements or material that misrepresents your affiliation with any entity and/or Instant Checkmate,
- statements or material that constitutes junk mail, spam, or unauthorized advertising or promotional materials, or
- statements or material that are "off-topic" for a designated Forum.

You acknowledge and agree that you have no proprietary interest in any Forum. Moreover, by submitting content or information of any type (a "Posting") to a Forum or by otherwise using the Sites and/or an Instant Checkmate Social Media Page to transmit or display a Posting, you automatically grant Instant Checkmate, its affiliates, officers, directors, employees, consultants, agents, and representatives, for a period of ten (10) years, renewable at Instant Checkmate's option, a royalty-free, irrevocable, non-exclusive, transferable and sublicensable right and license to use, reproduce, modify, publish, translate, create derivative works from, distribute, transmit, perform, and display such content or information (in whole or in part) worldwide and/or to incorporate into other works in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content or information. You hereby represent that you have all necessary rights to make the Posting available to Instant Checkmate and a Forum, and you also acknowledge and agree that such Postings are non-confidential for all purposes and that Instant Checkmate has no control over the extent to which any idea or information within a Posting may be used by any party or person once such content is posted or displayed on the Sites and/or an Instant Checkmate Social Media Page. You will not be compensated for any Postings used by Instant Checkmate. You agree that Instant Checkmate may publish or otherwise disclose your name in connection with your Posting. Accordingly, notwithstanding this right and license, you hereby acknowledge and agree that by merely permitting your information, content, and materials to appear on the Sites and/or an Instant Checkmate Social Media Page, Instant Checkmate has not become and is not a publisher of such information, content, and materials and is merely functioning as an intermediary to enable you to provide and display a Posting. Moreover, Instant Checkmate assumes no responsibility for the deletion of or failure to store any Posting and recommends that you do not post, display, or transmit any confidential or sensitive information. All users shall remain solely and exclusively responsible for any liability arising from their own Postings.

## 8) Instant Checkmate Intellectual Property.

a) All text, graphics, interfaces, photographs, audio, video, sounds, images, artwork, computer code (including html code), programs, software, products, information, and documentation as well as the design, structure, selection, coordination, expression, "look and feel," and arrangement of any content contained on or available through the Sites (collectively, "Intellectual Property"), unless otherwise expressly indicated in writing, are owned, controlled, and licensed exclusively by Instant Checkmate and/or its suppliers and are protected by United States and foreign laws including, but not limited to, United States copyright, trade secret, patent, and trademark law, as well as other state, national, and international laws and regulations. Instant Checkmate (and/or its third-party data providers) shall retain all right, title, and interest under applicable contractual, copyright, patent, trademark, Trade Secret and related laws in and to the Services and the data and information that provided in connection with the Services. Except as expressly provided in these Terms, Instant Checkmate does not grant any express or implied intellectual property or proprietary right to you or any other person. Accordingly, your unauthorized use of the Sites may violate intellectual property or other proprietary rights laws of the United States and/or a foreign nation, as well as other laws, regulations, and statutes. The Sites is Copyright © 2017 Instant Checkmate and/or its licensors. All rights reserved. Instant Checkmate also owns a copyright in the contents of the Sites as a collective work and/or compilation and in the selection, coordination, arrangement, and enhancement of the content of the Sites. Any downloadable or printable programs, information, or materials available through the Sites and all intellectual property and/or proprietary rights related thereto, unless otherwise expressly indicated in writing, are owned exclusively by Instant Checkmate and/or its suppliers. Instant Checkmate® and all other names, logos, and icons of Instant Checkmate, its affiliates and/or subsidiaries, and any of their events, programs, products, and/or services are owned exclusively by Instant Checkmate, and any use of such marks without the prior express written permission of Instant Checkmate is hereby strictly prohibited. Other product and company names mentioned herein may be the trademarks and/or service marks of their respective owners.

b) No portion of the Sites may be reproduced, duplicated, copied, sold, or otherwise exploited for any commercial purpose that is not expressly permitted by Instant Checkmate.

c) You may browse through the Sites and download any information you obtain by using the Services for your own personal use. You must keep intact all copyright, trademark and other notices contained in your personal copies. Except as otherwise provided in these Terms, you may not reproduce or allow others to reproduce your personal copies of downloaded materials, nor may you make them available electronically without our express written consent. You may not save or archive a significant portion of the material appearing on the Sites. You may not attempt to alter or modify the content posted on the Sites. Except as expressly set forth in these Terms, you may not copy, download, display, distribute, publish, enter into a database, perform, modify, create derivative works, transmit, post, decompile, reverse engineer, disassemble or in any way exploit any of our Intellectual Property or the Sites itself.

d) Notwithstanding anything in these Terms to the contrary, Instant Checkmate or Instant Checkmate's data provider shall own your search inquiry data used to access the Services (in the past or future) and may use such data for any purpose consistent with applicable federal, state and local laws, rules and regulations, and Instant Checkmate's Privacy Policy.

## 11) Third Party Sites and Services.

The Sites may contain links to other sites owned by third parties, and the Sites may contain the advertisements of third parties and/or feature materials, programs, events, products, and services provided by third parties. Your use of each of those sites and third-party materials, programs, events, products, and services is at your own risk and is subject to the terms of those sites. Instant Checkmate has no control over sites, materials, programs, events, products, and services that are not ours, and Instant Checkmate is not responsible for any changes to or content on any third-party sites. Instant Checkmate assumes no responsibility for the content of or services offered by linked third-party sites, and makes no representations regarding the accuracy of materials on third-party websites. Statements made on third-party websites linked to or from the Sites reflect only the views of their authors and not of Instant Checkmate. Instant Checkmate's inclusion on the Sites of any third-party content or a link to a third-party sites is not an endorsement of that content or third-party sites. Instant Checkmate expressly disclaims responsibility and liability for all third-party sites and all third-party provided materials, programs, events, products, and services contained on or accessed through the Sites or on third-party websites, and you agree that Instant Checkmate shall not be responsible for any loss or damage of any sort incurred as a result of any such dealings or as the result of the presence of such third-parties' materials, products, and/or services on the Sites.

## 12) Submissions.

Instant Checkmate welcomes your feedback and suggestions about how to improve the Sites and/or the events, programs, Information and Materials, Services, and/or Membership Plans of Instant Checkmate. By transmitting any suggestions, information, material, or other content (collectively, "feedback") to Instant Checkmate, you represent and warrant that such feedback does not infringe, misappropriate, and/or violate the intellectual property or proprietary rights of any third party (including, without limitation, patents, copyrights, or trademark rights) and that you have all rights necessary to convey such feedback to Instant Checkmate. In addition, any feedback received through the Sites will be deemed to include a royalty-free, irrevocable, transferable, sublicensable, non-exclusive right and license, for a period of ten (10) years, renewable at Instant Checkmate's option, for Instant Checkmate to adopt, publish, reproduce, disseminate, transmit, distribute, copy, use, create derivative works, and display (in whole or in part) worldwide, or act on such feedback without additional approval or consideration, in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content, and you hereby expressly waive any claim to the contrary.

## 13) Site Security.

Actual or attempted unauthorized use of the Sites may result in criminal and/or civil prosecution, including, without limitation, punishment under the Computer Fraud and Abuse Act of 1986. Instant Checkmate reserves the unqualified right to view, monitor, and record activity on the Sites without any notice to or permission from you. Any information obtained by monitoring, reviewing, or recording your use of the Sites is subject to review by law enforcement organizations in the sole and absolute discretion of Instant Checkmate. Instant Checkmate will also comply with all legally binding requests for such information including, without limitation, the provision of information pursuant to a court order. In addition to the foregoing, and in its sole and absolute discretion, Instant Checkmate reserves the right, to at any time and without advance notice, modify, suspend, terminate, or temporarily interrupt operation of or access to the Sites or any portion thereof.

## 14) Disclaimer of Warranties.

EXCEPT WHERE UNENFORCEABLE OR INAPPLICABLE, INCLUDING THE STATE OF NEW JERSEY:

a) INSTANT CHECKMATE DOES NOT GUARANTEE THE ACCURACY OF INFORMATION FOUND ON THE SITES OR THROUGH THE SERVICES. USE OF THE SITES, THE SERVICES AND ANY DATA ACCESSED WHILE USING THE SITES OR THE SERVICES IS AT YOUR SOLE RISK. THE SITES, THE SERVICES AND ALL CONTENTS OF EACH ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS.

b) INSTANT CHECKMATE DOES NOT WARRANT THAT THE SITES OR SERVICES WILL MEET ANY REQUIREMENTS OR NEEDS YOU MAY HAVE, OR THAT THE SITES OR SERVICES WILL OPERATE ERROR FREE, OR IN AN UNINTERRUPTED FASHION, OR THAT ANY DEFECTS OR ERRORS IN THE SITES OR SERVICES WILL BE

CORRECTED, OR THAT THE SITES OR SERVICES ARE COMPATIBLE WITH ANY PARTICULAR PLATFORM. INSTANT CHECKMATE IS NOT OBLIGATED TO PROVIDE ANY UPDATES TO THE SITES OR SERVICES.

c) INSTANT CHECKMATE DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE MATERIALS ON THE SITES OR SERVICES IN TERMS OF THEIR TIMELINESS, CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. WHILE INSTANT CHECKMATE MAKES REASONABLE EFFORTS TO PROVIDE ACCURATE AND TIMELY INFORMATION ON THE SITES, YOU SHOULD NOT ASSUME THAT THE INFORMATION PROVIDED IS ALWAYS UP TO DATE OR THAT THE SITES CONTAINS ALL THE RELEVANT INFORMATION AVAILABLE. INSTANT CHECKMATE UNDERTAKES NO OBLIGATION TO VERIFY OR MAINTAIN THE CURRENCY OF SUCH INFORMATION.

d) INSTANT CHECKMATE DOES NOT REPRESENT THAT THE SITES, THE SERVICES OR ANY DATA ACCESSED WHILE USING THE SITES OR THE SERVICES IS APPROPRIATE OR AVAILABLE FOR USE OUTSIDE THE UNITED STATES.

e) YOU ACKNOWLEDGE AND AGREE THAT INSTANT CHECKMATE OBTAINS ITS DATA PROVIDED IN CONNECTION WITH ITS SERVICES FROM THIRD-PARTY SOURCES, WHICH MAY OR MAY NOT BE COMPLETELY THOROUGH AND ACCURATE, AND THAT YOU SHALL NOT RELY ON INSTANT CHECKMATE FOR THE ACCURACY OR COMPLETENESS OF INFORMATION SUPPLIED IN CONNECTION WITH ITS SERVICES. WITHOUT LIMITING THE FOREGOING, THE CRIMINAL RECORD DATA THAT MAY BE PROVIDED BY INSTANT CHECKMATE IN CONNECTION WITH ITS SERVICES MAY INCLUDE RECORDS THAT HAVE BEEN EXPUNGED, SEALED, OR OTHERWISE HAVE BECOME INACCESSIBLE TO THE PUBLIC SINCE THE DATE ON WHICH THE DATA WAS LAST UPDATED OR COLLECTED. YOU UNDERSTAND THAT YOU MAY BE RESTRICTED FROM ACCESSING CERTAIN INFORMATION AND MATERIALS WHICH MAY BE OTHERWISE AVAILABLE. INSTANT CHECKMATE RESERVES THE RIGHT TO ADD MATERIALS AND FEATURES TO, AND TO DISCONTINUE OFFERING ANY OF THE MATERIALS AND FEATURES THAT ARE CURRENTLY A PART OF ITS SERVICES PROVIDED IN CONNECTION WITH A MEMBERSHIP PLAN.

f) TO THE FULL EXTENT ALLOWED BY LAW, INSTANT CHECKMATE EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, RELATING TO THE SITES, THE SERVICES AND ANY DATA ACCESSED WHILE USING THE SITES OR THE SERVICES, OR THE ACCURACY, TIMELINESS, COMPLETENESS, OR ADEQUACY OF THE SITES, THE SERVICES AND ANY DATA ACCESSED WHILE USING THE SITES OR THE SERVICES, INCLUDING THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

## 15) Limitation of Liability.

a) EXCEPT WHERE OTHERWISE INAPPLICABLE OR PROHIBITED BY LAW, INCLUDING THE STATE OF NEW JERSEY, INSTANT CHECKMATE IS NOT LIABLE TO YOU FOR CLAIMS OR LIABILITIES OF ANY KIND, INCLUDING WITHOUT LIMITATION, FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL OR ANY OTHER DAMAGES ARISING OUT OF OR RELATED TO THE USE OF THE SITES OR SERVICES BY YOU OR BY THIRD PARTIES OR ARISING OUT OF OR RELATED TO ANY THIRD-PARTY SOFTWARE, ANY DATA ACCESSED WHILE USING THE SITES OR SERVICES, YOUR USE OR INABILITY TO USE OR ACCESS THE SITES OR SERVICES, WHETHER SUCH DAMAGE CLAIMS ARE BROUGHT UNDER ANY THEORY OF LAW OR EQUITY EVEN IF YOU HAVE ADVISED INSTANT CHECKMATE IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGE, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, INJURY TO PERSON OR PROPERTY, BUSINESS INTERRUPTION, LOSS OF BUSINESS OR PERSONAL INFORMATION.

b) IF, NOTWITHSTANDING THE LIMITATIONS OF LIABILITY SET FORTH ABOVE, INSTANT CHECKMATE IS FOUND LIABLE UNDER ANY THEORY, INSTANT CHECKMATE'S LIABILITY AND THE LIABILITY OF ITS THIRD-PARTY DATA PROVIDERS, UNDER THIS AGREEMENT OR OTHERWISE WITH RESPECT TO THE SITES AND THE SERVICES AND YOUR EXCLUSIVE REMEDY WILL BE LIMITED TO MONEY DAMAGES NOT TO EXCEED $100. THIS LIMITATION OF LIABILITY IS UNENFORCEABLE AND INAPPLICABLE IN CERTAIN STATES, INCLUDING NEW JERSEY. CONSUMERS IN THOSE STATES HAVE ADDITIONAL RIGHTS.

c) AS STATED ABOVE, SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES OR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES AS SET FORTH IN SECTIONS 12 AND 13. ACCORDINGLY, SOME OF THE LIMITATIONS SET FORTH IN SECTIONS 12 AND 13 MAY NOT APPLY TO YOU. IN SUCH CASE, THE TERMS OF SECTION 17(d) (SEVERABILITY) BELOW WILL APPLY.

## 16) Indemnification.

To the full extent allowed by law, you will defend, indemnify and hold Instant Checkmate and its affiliates, their employees, contractors, agents, representatives, shareholders, officers, directors, co-branders, content licensors, and/or other partners harmless from any liability, claim, expense, or demand, including attorneys' fees and costs, made by any third party in connection with or arising out of your use of the Sites, your violation of any terms of these Terms, your violation of applicable laws, or your violation of any rights of another person or entity. Instant Checkmate reserves the right, at your expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will cooperate with Instant Checkmate in asserting any available defenses.

## 17) Arbitration and Class Action Waiver.

a) EXCEPT WHERE PROHIBITED BY LAW, YOU AND INSTANT CHECKMATE UNDERSTAND AND AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND INSTANT CHECKMATE, ITS PARENTS, AFFILIATES, SUBSIDIARIES OR RELATED COMPANIES (INCLUDING DISPUTES AGAINST ANY AGENT, EMPLOYEE, SUBSIDIARY, AFFILIATE, PREDECESSOR IN INTEREST, SUCCESSOR, OR ASSIGN OF THE OTHER) RELATING TO THE SITES, THE INFORMATION AND MATERIALS PUBLISHED BY INSTANT CHECKMATE ON OR THROUGH THE SITES, ANY TRANSACTION OR RELATIONSHIP BETWEEN US RESULTING FROM YOUR USE OF THE SITES, COMMUNICATIONS BETWEEN US, OR THE PURCHASE, ORDER, OR USE OF OUR MEMBERSHIP PLANS, THE INFORMATION PROVIDED IN CONNECTION WITH OUR MEMBERSHIP PLANS, AND YOUR USE OF OUR SERVICES, INCLUDING, WITHOUT LIMITATION, TORT AND CONTRACT CLAIMS, CLAIMS BASED UPON ANY FEDERAL, STATE OR LOCAL STATUTE, LAW, ORDER, ORDINANCE OR REGULATION, AND THE ISSUE OF ARBITRABILITY, SHALL BE RESOLVED BY THE FINAL AND BINDING ARBITRATION PROCEDURES SET BELOW. THE PARTIES ACKNOWLEDGE AND AGREE THAT ANY SUCH CLAIMS SHALL BE BROUGHT SOLELY IN THE PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE PROCEEDING, OR PRIVATE ATTORNEY GENERAL CAPACITY. THE PARTIES FURTHER AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL. ANY CONTROVERSY CONCERNING WHETHER A DISPUTE IS ARBITRABLE SHALL BE DETERMINED BY THE ARBITRATOR AND NOT BY THE COURT. JUDGMENT UPON ANY AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED BY A CALIFORNIA STATE OR FEDERAL COURT HAVING JURISDICTION THEREOF. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA").

The following procedures shall apply:

i) In the event a party elects to proceed with binding arbitration, it shall provide written notice thereof to the other party by registered or certified mail and shall describe in such notice, with reasonable particularity, the nature and basis of such claim and the total amount of the claim. Within thirty (30) days of receipt of such notice, the party receiving notice of a claim shall provide a written response which, with reasonable particularity, sets forth its position concerning the claim. If the parties are unable to resolve the dispute arising from the claim by good faith negotiation to be conducted within the thirty (30) day period following the written response, either of them may initiate binding arbitration pursuant to the terms and conditions set forth herein.

ii) The arbitration will be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes (collectively, "AAA Rules") of the American Arbitration Association ("AAA") and will be administered by the AAA. If the AAA is unavailable or refuses to arbitrate the parties' dispute for any reason, the arbitration shall be administered and conducted by a widely-recognized arbitration organization that is mutually agreeable to the parties, but neither party shall unreasonably withhold their consent. The AAA rules are available online at www.adr.org. Unless otherwise agreed, the arbitration shall take place in the capital city of the state in which the consumer resides, but may proceed telephonically in the event the total amount of the claim does not exceed $2,500 U.S. dollars (if the claimant so chooses).

TO THE EXTENT PERMITTED BY LAW, BY AGREEING TO THIS ARBITRATION AGREEMENT, YOU ARE GIVING UP YOUR RIGHT TO GO TO COURT, INCLUDING YOUR RIGHT TO A JURY TRIAL. In arbitration, a dispute is resolved by a neutral arbitrator or panel of arbitrators, rather than by a judge or jury. Arbitration is more informal than a court trial; however, an arbitrator can award the same relief that a court can award.

Separate and apart from the agreement to arbitrate set forth above and to the extent permitted by law, the parties hereby independently waive any right to bring or participate in any class action in any way related to, or arising from, this agreement. You acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is non-severable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties' agreement to arbitrate shall be null and void. **TO THE EXTENT PERMITTED BY LAW, YOU UNDERSTAND THAT BY AGREEING TO THIS**

ARBITRATION AGREEMENT, WHICH CONTAINS THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST INSTANT CHECKMATE, ITS AGENTS, OFFICERS, SHAREHOLDERS, MEMBERS, EMPLOYEES, SUBSIDIARIES, AFFILIATES, PREDECESSORS IN INTEREST, SUCCESSORS AND/OR ASSIGNS IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING. IF YOU DO NOT AGREE TO THIS ARBITRATION AGREEMENT AND CLASS ACTION WAIVER, YOU MUST TELL US IN WRITING AND NOT USE OUR SITES, SERVICES, OR MEMBERSHIP PLANS.

TO THE EXTENT PERMITTED BY LAW, YOU ALSO AGREE THAT ANY BREACH OF THESE TERMS BY YOU WOULD CAUSE INSTANT CHECKMATE IRREPARABLE HARM AND THAT, IN ADDITION TO MONEY DAMAGES, INSTANT CHECKMATE SHALL BE ENTITLED TO INJUNCTIVE RELIEF, WITHOUT HAVING TO POST BOND.

## 18) Privacy Policy.

You hereby understand, acknowledge, and agree that the operation of certain portions of the Sites and/or the receipt of certain information or benefits may require the submission, use, and dissemination of certain personally identifiable information. Accordingly, if you wish to access and use those areas of the Sites, and/or receive such information or benefits, you hereby acknowledge and agree that your use of the Sites will constitute acceptance of Instant Checkmate's personally identifiable information collection and use practices. Please see Instant Checkmate's Privacy Policy for a summary of Instant Checkmate's personally identifiable information collection and use practices. Instant Checkmate's Privacy Policy is located at https://www.instantcheckmate.com/privacy-policy.

## 19) Miscellaneous.

a) Complete Agreement. The Terms, the Privacy Policy and the Limited License constitute the entire understanding between Instant Checkmate and you respecting use of the Sites and its Services, superseding all prior agreements between you and Instant Checkmate. If there is any conflict between these Terms and those in the Privacy Policy, these Terms will control, except to the extent that the Privacy Policy imposes additional restrictions and liabilities on your actions. If there is any conflict between these Terms and those in the Limited License, the terms of the Limited License will control, except to the extent that these Terms impose additional restrictions and liabilities on your actions.

b) Governing Law; Jurisdiction; Attorneys' Fees. The Sites (excluding linked Sites) are controlled by us from our office in California, United States of America. Although a purchase or subscription of a Membership Plan from outside the United States is strictly prohibited, the Sites can be accessed worldwide. As each of these jurisdictions has laws and regulations that may differ from those of California, by accessing the Sites or purchasing, subscribing, or otherwise using the Services, you and Instant Checkmate agree that the laws of California (expect for conflicts of laws principles) will apply to all matters relating to use of the Sites. If for any reason, the arbitration provision required above is deemed inapplicable or unenforceable, exclusive jurisdiction must lie with the courts of California in the county of San Diego for all disputes, actions or proceedings arising out of or relating to your use of the Sites. In any dispute that arises out of the relationship of Instant Checkmate and you, including tort claims, the prevailing party will be entitled to attorneys' fees and costs.

c) English Language Controls. These English-language Terms are Instant Checkmate's official agreement with users of the Sites. In case of any inconsistency between these English-language Terms and its translation into another language, this English-language document controls. A printed version of these Terms and of any related notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to these Terms, or Instant Checkmate's information and materials, events, Membership Plans and/or Services accessed or purchased through the Sites, to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

d) Severability. If a provision of these Terms is held to be illegal, invalid or unenforceable, then: (i) it must be deemed amended to achieve as nearly as possible the same economic effect as the original provision, and (ii) the legality, validity and enforceability of the remaining provisions of these Terms must not be affected or impaired.

e) Waiver. No failure or delay on the part of Instant Checkmate in exercising any right, power or remedy under these Terms may operate as a waiver, nor may any single or partial exercise of any such right, power or remedy preclude any other or further exercise of such right, power, or remedy, or the exercise of any other right, power or remedy under these Terms.

f) Term and Termination. These Terms will take effect (or shall re-take effect) at the time you click "I ACCEPT", submit information through the Sites, respond to a request for information, complete a purchase, select a method of payment, enter in payment method information, and/or begin installing, accessing, or using the Sites, whichever is earliest. Instant Checkmate reserves the right at any time and without notice to deny you access to the Sites or to any portion thereof and to terminate your rights under these Terms, in its sole and absolute discretion. Your rights under these Terms will terminate automatically if you fail to comply with these Terms, subject to the survival rights of certain provisions identified below. Termination will be effective without notice. Upon termination, you must promptly destroy all copies of any aspect of the Sites in your possession. The provisions concerning permission to use postings, proprietary and intellectual property rights, submissions, indemnity, disclaimers of warranty and liability, admissibility of these Terms, billing terms to the extent you are obligated for services contracted for, and governing law will survive the termination of these Terms for any reason.

g) Notwithstanding the terms above, certain provisions set forth above including disclaimer of warranties and limitation of liability shall not apply to New Jersey residents pursuant to the Truth-in-Consumer Contract, Warranty and Notice Act (TCCWNA), N.J.S.A. 56:12-14 to -18.

## 20) ACKNOWLEDGEMENT.

BY USING THE SERVICE OR ACCESSING THE SITES, YOU ACKNOWLEDGE THAT YOU HAVE READ THESE TERMS AND AGREE TO BE BOUND BY THEM.

## 21) Contact Information.

If you have questions about these Terms or want to contact us, please send an email to support@instantcheckmate.com or write to us at:

Instant Checkmate
3111 Camino Del Rio N Suite 400
San Diego, CA 92108

Search Our Index of Common Last Names

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Quick Links

People Search
Criminal Records Database
Glossary
Arrest Records
Sex Offender Database
Inmate Search
Crimewire Blog
Sample Report

Site Map
Help
About
Features
FAQs
Press Page
Do's and Don'ts
Reverse Phone Lookup
Become an Affiliate

Reviews
Instant Checkmate Mobile App (Android)
Instant Checkmate Mobile App (iOS)
Privacy Policy
Terms of Use
Limited License for Services
DMCA
Cancel Membership

### Contact Us

Questions and Member Care
**800.222.8985**
Regular Hours:
Open 7 Days a Week
5:00am to 10:00pm PST*
(8:00am - 1:00am EST)
*Holiday Hours Vary
Spanish Hours (8:00am - 5:00pm PST)

Do Not Sell My Info

DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act. ("FCRA"). which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2020 INSTANT CHECKMATE LLC All Rights Reserved.