# EXHIBIT N
# TO
# JOHNSON DECLARATION

PEOPLE SEARCH    DARK WEB SCAN    PUBLIC RECORDS    BACKGROUND CHECK    ABOUT    LOGIN

First        Last        All States        SEARCH

# TERMS OF USE & CONDITIONS OF SALE

Last Update: April 30, 2019

IMPORTANT: PLEASE REVIEW THESE CONTENT GUIDELINES, TERMS AND CONDITIONS OF USE, AND TERMS AND CONDITIONS OF SALE (INCLUDING THE SALES AND REFUND POLICIES BELOW) BEFORE ACCESSING, USING, POSTING A REVIEW, OR MAKING A PURCHASE OF SERVICES AND PRODUCTS ON EITHER WWW.TRUTHFINDER.REVIEWS OR WWW.TRUTHFINDER.COM (COLLECTIVELY, THE "WEBSITES").

These Content Guidelines, Terms and Conditions of Use, and Terms and Conditions of Sale (collectively, the "Terms" or "Agreement"), together with our Privacy Policy, represent the legally binding agreement between you and TruthFinder (the "Company"). These Terms govern your access of use of the Information, Services, Software Functionality, and/or Materials ("Services and Materials") provided by the Company on or through the Websites; your purchase of Membership Plans from the Websites ("Membership Plan(s)"); and your use of any background information services ("Background Information Services") provided to you in connection with any Membership Plan(s). THE COMPANY IS WILLING TO LICENSE OR ALLOW THE USE OF THE WEBSITES, THE RELATED SERVICES AND MATERIALS, AND THE BACKGROUND INFORMATION SERVICES TO YOU ONLY ON THE CONDITION THAT YOU ACCEPT AND AGREE TO ALL OF THE TERMS AND CONDITIONS CONTAINED IN THIS DOCUMENT. BY USING THE WEBSITES, YOU EXPRESSLY ACCEPT AND AGREE TO BE BOUND BY AND ABIDE BY ALL THE TERMS CONTAINED HEREIN, AND BY ACCEPTING THESE TERMS THROUGH THE COMPLETION OF A PURCHASE, SELECTION OF A METHOD OF PAYMENT, AND YOUR ENTRY OF PAYMENT METHOD INFORMATION, YOU HEREBY AUTHORIZE THE COMPANY ("WE", "US", AND "OUR") TO CHARGE THE SELECTED PAYMENT METHOD AND ITS ASSOCIATED PAYMENT ACCOUNT THAT YOU HAVE SPECIFIED FOR THE PURCHASE OF ONE OF THE COMPANY'S MEMBERSHIP PLANS. IF YOU DO NOT AGREE WITH THE ENTIRETY OF THESE TERMS, YOU ARE NOT GRANTED PERMISSION TO ACCESS OR USE THIS WEBSITES AND/OR THE SERVICES AND MATERIALS, AND YOU ARE HEREBY INSTRUCTED TO EXIT THE WEBSITES IMMEDIATELY.

**THIS AGREEMENT CONTAINS AN ARBITRATION AGREEMENT AND CLASS ACTION WAIVER THAT WAIVE YOUR RIGHT TO A COURT HEARING OR JURY TRIAL OR TO PARTICIPATE IN A CLASS ACTION. ARBITRATION IS MANDATORY AND IS THE EXCLUSIVE REMEDY FOR ANY AND ALL DISPUTES UNLESS SPECIFIED BELOW OR IF YOU OPT-OUT. PLEASE CAREFULLY REVIEW THE DISPUTE RESOLUTION SECTION BELOW.**

**IT IS STRONGLY RECOMMENDED THAT YOU REVIEW THIS DOCUMENT IN ITS ENTIRETY BEFORE ACCESSING, USING OR BUYING ANY MEMBERSHIP PLAN THROUGH THE WEBSITES. YOU ACCEPT THE TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT IN FULL IF YOU USE OR MAKE A PURCHASE ON THE WEBSITES. IF YOU DO NOT ACCEPT THIS AGREEMENT AND OTHER POSTED POLICIES THEN DO NOT USE THE WEBSITES, DO NOT PROVIDE ANY INFORMATION TO THE WEBSITES, AND DO NOT PURCHASE ANY PRODUCTS ON THE WEBSITES.**

# Table of Contents

1. Review and Content Guidelines
2. Permission to Use Postings
3. Arbitration And Class Action Waiver
4. Legal Age Requirement & User Obligations
5. License Grants
6. Restrictions
7. Fair Credit Reporting Act Notice And Obligations
8. Orders Placed Through The Websites
9. Membership Plan Offers And Modifications
10. Cancellation Policy
11. Refund Policy
12. Taxes
13. Discounts And Promotions
14. Billing Errors
15. Reversals And Chargebacks
16. General Payment Information
17. Removing Your Information
18. Privacy Policy
19. Postings
20. Permission To Use Postings
21. Proprietary Rights
22. Enforcing Security On The Site
23. Submissions
24. Third Party Products/Services
25. Links To Other Sites
26. Performance And Disclaimers
27. Limitation Of Liability
28. Indemnity
29. Audit
30. Digital Millennium Copyright Act
31. Governing Law
32. Term And Termination
33. Waiver And Severability
34. Electronic Signature
35. Entire Agreement
36. Contact Information

## 1. REVIEW AND CONTENT GUIDELINES

The Company invites users of the services and products available on www.truthfinder.com (the "Product Page") to post honest reviews and commentary of the Product Page and any corresponding services, membership plans, or items relating to the Product Page (collectively, "Reviews") on www.truthfinder.reviews (the "Review Page"). To the extent you post a Review to the Review Page, you hereby acknowledge and agree to the following:

- You are an actual user of the Product Page and have experience with the products and/or services available through the Product Page.
- You will provide the Company with your email address that is the same email address you provided to the Company when you interacted with the Product Page. You understand that, to the extent your email address does not match an email address associated with a user of the Product Page, your Review will not be posted and/or removed.
- You will only provide honest and relevant reviews that reflect your own personal experiences with the Product Page.
- You will not upload, post, display, or transmit any of the following materials:
    - Anything that interferes with or disrupts the operation of the Websites
    - Statements or material that defames, harasses, abuses, stalks, threatens, intimidates, or in any way infringes on the rights of others

- Unauthorized copyrighted materials or any other material that infringes on the intellectual property rights, trade secrets, or privacy of others
- Statements or material that encourages criminal conduct or that would give rise to civil liability or otherwise violates any law or regulation in any jurisdiction
- Statements or material that contains vulgar, obscene, profane, or otherwise objectionable language or images that typically would not be considered socially or professionally responsible or appropriate in person
- Statements or material that impersonates any other person or entity, whether actual or fictitious, including, without limitation, employees and representatives of the Company
- Statements or material that misrepresents your affiliation with any entity and/or the Company
- Statements or material that constitutes junk mail, spam, or unauthorized advertising or promotional materials
- Statements or material that are "off-topic."
- The Company reserves the right, in its sole discretion, to not post your Review or to remove any posted Review from the Websites for any reason and without notice or notification to you of the same.

## 2. Permission To Use Postings

You acknowledge and agree that you have no proprietary interest in the Websites. Moreover, by submitting a Review to the Review Page, you automatically grant the Company, for a period of ten (10) years, renewable at the Company's option, a royalty-free, irrevocable, non-exclusive, assignable, transferable and sublicensable right and license to use, reproduce, modify, publish, translate, create derivative works from, distribute, transmit, perform, and display such content or information (in whole or in part) contained in the Review worldwide for any purpose and/or to incorporate into other works in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content or information. You hereby represent that you have all necessary rights to make the Review available to the Company and the Websites, and you also acknowledge and agree that such Reviews are non-confidential for all purposes and that the Company has no control over the extent to which any idea or information within a Review may be used by any party or person once such content is posted or displayed on the Websites. Accordingly, notwithstanding this right and license, you hereby acknowledge and agree that by merely permitting your information, content, and materials to appear on the Websites, the Company has not become and is not a publisher of such information, content, and materials and is merely functioning as an intermediary to enable you to provide and display your Review. Moreover, the Company assumes no responsibility for the deletion of or failure to store any Review and recommends that you do not post, display, or transmit any confidential or sensitive information. All users shall remain solely and exclusively responsible for any liability arising from their own Reviews.

## 3. Arbitration And Class Action Waiver

EXCEPT WHERE PROHIBITED BY LAW, YOU AND THE COMPANY AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND THE COMPANY (including disputes against any agent employee, subsidiary, affiliate, predecessor in interest, successor, or assign of the other), ITS PARENTS, AFFILIATES, SUBSIDIARIES OR RELATED COMPANIES, relating to our Websites, the SERVICES AND MATERIALS published by the Company on or through the Websites, any transaction or relationship between us resulting from your use of our Websites, communications between us, or the purchase, order, or use of our MEMBERSHIP PLANS, the information provided in connection with our background information services, and your use of our background information services, INCLUDING, WITHOUT LIMITATION, TORT AND CONTRACT CLAIMS, CLAIMS BASED UPON ANY FEDERAL, STATE OR LOCAL STATUTE, LAW, ORDER, ORDINANCE OR REGULATION, AND THE ISSUE OF ARBITRABILITY, SHALL BE RESOLVED BY THE FINAL AND BINDING ARBITRATION PROCEDURES SET BELOW. THE PARTIES ACKNOWLEDGE AND AGREE THAT ANY SUCH CLAIMS SHALL BE BROUGHT SOLELY IN THE PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS, REPRESENTATIVE PROCEEDING, OR PRIVATE ATTORNEY GENERAL CAPACITY. THE PARTIES FURTHER AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS, AND MAY NOT OTHERWISE PRESIDE OVER ANY FORM OF A REPRESENTATIVE OR CLASS PROCEEDING. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL. ANY CONTROVERSY CONCERNING WHETHER A DISPUTE IS ARBITRABLE SHALL BE DETERMINED BY THE ARBITRATOR AND NOT BY THE COURT. JUDGMENT UPON ANY AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED BY A CALIFORNIA STATE OR FEDERAL COURT HAVING JURISDICTION THEREOF. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA").

**The following procedures shall apply:**

In the event a party elects to proceed with binding arbitration, it shall provide written notice thereof to the other party by registered or certified mail and shall describe in such notice, with reasonable particularity, the nature and basis of such claim and the total amount of the claim. Within thirty (30) days of receipt of such notice, the party receiving notice of a claim shall provide a written response which, with reasonable particularity, sets forth its position concerning the claim. If the parties are unable to resolve the dispute arising from the claim by good faith negotiations to be conducted within the thirty (30)-day period following the written response. either of them may initiate binding arbitration pursuant to the terms and conditions set forth herein. The arbitration will be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes (collectively, "AAA Rules") of the American Arbitration Association ("AAA") and will be administered by the AAA. If the AAA is unavailable or refuses to arbitrate the parties' dispute for any reason, the arbitration shall be administered and conducted by a widely-recognized arbitration organization that is mutually agreeable to the parties, but neither party shall unreasonably withhold their consent. The AAA Rules are available online at www.adr.org. Unless otherwise agreed, the arbitration shall take place in the capital city of the state in which the consumer resides, but may proceed telephonically in the event the total amount of the claim does not exceed $2,500 U.S. dollars (if the claimant so chooses).

**BY AGREEING TO THIS ARBITRATION AGREEMENT, YOU ARE GIVING UP YOUR RIGHT TO GO TO COURT, INCLUDING YOUR RIGHT TO A JURY TRIAL.** In arbitration, a dispute is resolved by a neutral arbitrator or panel of arbitrators, rather than by a judge or jury. Arbitration is more informal than a court trial; however, an arbitrator can award the same relief that a court can award.

Separate and apart from the agreement to arbitrate set forth above, the parties hereby independently waive any right to bring or participate in any class action in any way related to, or arising from, this agreement. You acknowledge that this class action waiver is material and essential to the arbitration of any disputes between the parties and is nonseverable from the agreement to arbitrate claims. If any portion of this class action waiver is limited, voided, or cannot be enforced, then the parties' agreement to arbitrate shall be null and void. **YOU UNDERSTAND THAT BY AGREEING TO THIS ARBITRATION AGREEMENT, WHICH CONTAINS THIS CLASS ACTION WAIVER, YOU MAY ONLY BRING CLAIMS AGAINST THE COMPANY, ITS AGENTS, OFFICERS, SHAREHOLDERS, MEMBERS, EMPLOYEES, SUBSIDIARIES, AFFILIATES, PREDECESSORS IN INTEREST, SUCCESSORS AND/OR ASSIGNS IN AN INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION OR REPRESENTATIVE PROCEEDING. IF YOU DO NOT AGREE TO THIS ARBITRATION AGREEMENT AND CLASS ACTION WAIVER, YOU MUST TELL US IN WRITING AND NOT USE OUR WEBSITES OR MEMBERSHIP PLANS.**

## 4. Legal Age Requirement & User Obligations

By installing, accessing, or using this Website you hereby represent that you are at least 18 years of age - or the legal age of majority in your permanent jurisdiction of residence. The Company reserves the right to request any buyer to provide written proof of age in any form.

By installing, accessing, or using this Website you hereby represent that you will, at all times, provide true, accurate, current, and complete information when submitting information to this Website, including, without limitation, when you provide any information to the Company via an email or any registration or submission form found on the Website. If you provide any false, inaccurate, untrue, or incomplete information, the Company reserves the right, in its sole discretion, to immediately and without notice terminate your access to and use of this Website and/or cancel any of your pending purchases or registrations with the Company. In addition, you agree to abide by all applicable local, state, national, and international laws and regulations with respect to your use of this Website. You also acknowledge and agree that use of the Internet and this Website are solely at your own risk. While the Company has endeavored to create a secure and reliable Website, the confidentiality of any communication or material transmitted to/from the Website over the Internet or any other form of global communication network cannot be guaranteed. Accordingly, the Company is not to any degree responsible or liable for the security of any information transmitted via the Internet, the accuracy of the information contained on the Website, or for the consequences of any reliance on such information. You must make your own determination as to these issues.

## 5. License Grants

LICENSE GRANTS FOR USE OF WEBSITE

Subject to your continued strict compliance with the terms and conditions of this document and subject to the limitations below, the Company provides to you a revocable, limited, non-exclusive, royalty-free, non-sublicensable, and non-transferable license to use the Website. You may download and print materials and information from the Website solely for your personal use, provided that you do not remove from any such hard copies any copyright and/or other applicable intellectual property notices. Notwithstanding the foregoing license grant, you hereby acknowledge and agree that (i) the content layout, formatting, and features of and access privileges for the Website shall be determined by the Company in its sole and absolute discretion; (ii) the Company has the right to control and direct the means, manner, and method by which the Website is provided; (iii) the Company may, from time to time, engage

independent contractors, consultants, or subcontractors to aid the Company in providing the Website or use thereof; and (iv) the Company has the right to provide the Website to others. In addition, you hereby acknowledge and agree that these Terms provide you with only a limited license to access and use the Website. Accordingly, you hereby acknowledge and agree that the Company transfers no ownership or intellectual property interest or title in and to the Website to you or anyone else under these Terms. The Company hereby reserves any and all intellectual property rights not otherwise expressly granted in these Terms.

LICENSE GRANT ASSOCIATED WITH BACKGROUND INFORMATION SERVICES PROVIDED UNDER MEMBERSHIP PLANS

Upon a customer's purchase of, or subscription to, a Membership Plan, the Company hereby grants to the customer a limited license to use its Background Information Services and any data contained therein, subject to the restrictions and limitations set forth herein. The Company hereby grants to customer a limited license to use its Background Information Services offered in connection with a Membership Plan solely for the customer's own internal personal purposes. Customer represents and warrants that all of customer's use of the Company's Background Information Services shall be for only legitimate purposes. Customer shall not use Background Information Services for commercial, collections, governmental, marketing, advertising or marketing purposes or resell or broker services to any third-party and shall only use Background Information Services for personal (non-business) purposes. Customer shall not use Background Information Services to provide data processing services to third-parties or evaluate the data of or for third-parties. Customer agrees that if the Company determines or reasonably suspects that continued provision of Background Information Services to customer entails a potential security risk, or that customer is otherwise violating any provision of these Terms, or any of the laws, regulations, or rules described herein, the Company may take immediate action, including, without limitation, terminating the delivery of, and the license to use, the Background Information Services. Customer shall not access Background Information Services from Internet Protocol addresses located outside of the United States and its territories without the Company's prior written approval. In any event, customer understands and agrees that (i) Background Information Services are provided to it in the United States at the point at which Customer accesses Company server facilities; and (ii) the Company makes no representation regarding the legality of accessing such Background Information Services from outside of the United States and its territories.

Customer may not use Background Information Services to create a competing product. Customer shall comply with all laws, regulations and rules which govern the use of Background Information Services and information provided therein. The Company may at any time mask or cease to provide customer access to any Background Information Services or portions thereof which the Company may deem, in the Company's sole discretion, to be sensitive or restricted information.

Customer acknowledges that the Background Information Services available through Membership Plans may include personally identifiable information and it is the customer's obligation to keep all such accessed information confidential and secure.

## 6. Restrictions

Notwithstanding the foregoing license grants, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use in any manner not expressly permitted herein, the Website. Specifically, and by way of illustration and not limitation, you may not separate and use any graphics, interfaces, photographs, audio, video, sounds, artwork, designs, computer code (including html code), programs, software, and documentation found on or accessible through the Website. Moreover, you may not (i) use any "deep link," "page scrape," "robot," "spider," or any other device, program, script, algorithm, or methodology, or any similar or equivalent manual process, to access, acquire, copy, or monitor any portion of the Website or in any way reproduce or circumvent the navigational structure or presentation of the Website in order to obtain or attempt to obtain any materials, pictures, documents, or any other information through any means not purposely made available through the Website, (ii) attempt to gain unauthorized access to (a) any portion or feature of the Website, (b) any other systems or networks connected to the Website, (c) any Company server, or (d) to any of the services offered on or through the Website, by hacking, password "mining," or any other illegitimate or prohibited means, (iii) probe, scan, or test the vulnerability of the Website or any network connected to the Website, nor breach the security or authentication measures on the Website or any network connected to the Website, (iv) reverse look-up, trace, or seek to trace any information on any other user of or visitor to the Website, (v) take any action that imposes an unreasonable or disproportionately large load on the infrastructure of the Website or the Company's systems or networks or any systems or networks connected to the Website, (vi) use any device, software, or routine to interfere with the proper working of the Website or any transaction conducted on the Website, or with any other person's use of the Website, (vii) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to the Company on or through the Website, (viii) use the Website to harvest or collect e-mail addresses or other contact information in a manner inconsistent with these Terms; or (ix) use the Website in an unlawful manner or in a manner that could damage, disparage, or otherwise negatively impact the Company. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, DOWNLOADING, COPYING OR REPRODUCING ANY MATERIALS PROVIDED BY THE COMPANY TO ANY OTHER SERVER, HARD DRIVE OR LOCATION FOR THE PURPOSE OF REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED.

## 7. Fair Credit Reporting Act Notice And Obligations

TruthFinder IS NOT A CREDIT REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"), 15 USC §§ 1681 et seq. AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CREDIT REPORTING AGENCIES, ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THESE TERMS.

You may not use any information obtained from the Company from its Background Information Services in connection with determining a prospective candidate's suitability for:

- Health insurance or any other insurance
- Credit and/or loans
- Employment
- Education, scholarships or fellowships
- Housing or other accommodations
- Benefits, privileges or services provided by any business establishment.

The information provided by the Company via the Website has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. Accordingly, by purchasing Membership Plans through this Website and using the Company's Background Information Services, you understand and agree that you will not use any of the information you obtain from the Company as a factor in: (a) establishing an individual's eligibility for personal credit, loans, insurance or assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; (d) evaluating an individual's eligibility for a license or other benefit granted by a government agency or (e) any other product, service or transaction in connection with which a consumer report may be used under the FCRA or any similar state statute, including, without limitation, apartment rental, check-cashing, or the opening of a deposit or transaction account. You also agree that you shall not use any of the information you receive through the Background Information Services to take any "adverse action," as that term is defined in the FCRA; you have appropriate knowledge of the FCRA; and, if necessary, you will consult with an attorney to ensure compliance with these Terms.

## 8. Orders Placed Through The Website

All orders placed through the Website are subject to the Company's acceptance. After your order has been placed, we will provide you with an email confirming our receipt of your order and, if your order is accepted, confirming our acceptance of your order. The Company may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your payment card or payment method has already been charged for an order that is later cancelled by the Company, we will issue you a refund. If you do not receive confirmation that your order has been placed, please contact our Customer Service Department at (800) 699-8081.

While we want everyone to be able to enjoy our Membership Plans, we may, in our sole discretion, not accept an order or limit or cancel quantities purchased per person, per household or per order. Some reasons we may do so include, but are not limited to, the following:

1. Orders that cannot be processed as a result of incorrect or invalid billing or payment information. Be sure to double-check your information when placing an order. We cannot process orders for several reasons including, but not limited to:
2. 
    1. Incorrect credit or debit card information such as card number, expiration date and card security value;
    2. Incorrect payment method billing information (billing information provided must be the same as what your financial institution has on record);
3. Orders, in our sole discretion, that we suspect to be fraudulent. We reserve the right to cancel or not accept any order that we suspect to have been placed as a result of fraudulent activity. We further reserve the right to cancel or not accept subsequent orders from customers with a previous fraudulent order history; and
4. Orders connected to previous credit card disputes.

If your order has been processed and shipped, you may obtain a refund on the Membership Plan you ordered pursuant to the terms of our Refund Policy, which is summarized below.

## 9. Membership Plan Offers And Modifications

STANDARD BACKGROUND REPORT MEMBERSHIP PLANS.

TruthFinder offers several Standard Background Report Membership Plans.

- Unlimited Person Reports Membership with Guardian Family Protection: Your membership will automatically renew every 30 days unless you cancel before the start of the next term. TruthFinder will charge the recurring membership fee of $27.78 to the same payment option you use today until you cancel. To cancel your subscription, call (800) 699-8081 between the hours of 5am and 10pm Pacific.
- Unlimited Person Reports Membership with Guardian Family Protection: Your membership will automatically renew every 60 days unless you cancel before the start of the next term. TruthFinder will charge the recurring membership fee of $46.04 to the same payment option you use today until you cancel. To cancel your subscription, call (800) 699-8081 between the hours of 5am and 10pm Pacific.

PHONE NUMBER LOOKUP PLAN.

- Unlimited Phone Report Membership - 1 month: You will be charged $4.99 today, and your membership will automatically rebill every 1 month thereafter unless you cancel before the start of the next term. TruthFinder will charge the recurring membership fee of $4.99 to the same payment option you use today until you cancel. To cancel your subscription, call 1-800-699-8081 between the hours of 5am and 10pm Pacific.

If your payment for a full term is declined due to insufficient funds, the Company reserves the right to bill in monthly installments based on the monthly rates associated with the Membership Plan you selected.

NON-STANDARD MEMBERSHIP PLANS.

TruthFinder sometimes offers promotional membership offers ("Non-Standard Membership Plans"). If you enroll in a Non-Standard Membership Plan, TruthFinder expressly reserves the right to bill you at the rate and frequency disclosed at the time you enroll.

BY SIGNING UP FOR A MEMBERSHIP PLAN, YOU AUTHORIZE THE COMPANY (AND ITS PARTNERS, AFFILIATES AND/OR AGENTS) TO CHARGE YOUR DEBIT OR CREDIT CARD THE FEES ASSOCIATED WITH THE MEMBERSHIP PLAN'S TERM, AND YOU ACKNOWLEDGE AND AGREE THAT THE COMPANY WILL NOT OBTAIN ADDITIONAL AUTHORIZATION FROM YOU FOR EACH RECURRING FEE CHARGED TO YOUR DEBIT OR CREDIT CARD. IN ADDITION, YOU AGREE THAT THE COMPANY SHALL NOT BE RESPONSIBLE OR LIABLE FOR ANY OVERDRAFT CHARGES OR FEES WHICH YOU MIGHT INCUR AS A RESULT OF YOUR MEMBERSHIP PLAN. YOU UNDERSTAND AND AGREE THAT IF YOU PURCHASE A MEMBERSHIP PLAN, THIS CONSUMER TRANSACTION INVOLVES A NEGATIVE OPTION, AND YOU MAY BE LIABLE FOR PAYMENT OF FUTURE GOODS AND SERVICES UNDER THESE TERMS IF YOU FAIL TO NOTIFY THE COMPANY NOT TO SUPPLY THE GOODS OR SERVICES DESCRIBED.

For the most up-to-date pricing and Membership Plan descriptions, please go to https://www.truthfinder.com. We reserve the right to modify the prices charged for the Membership Plans, or to add or remove any Membership Plans, from the Website at any time without prior notice to you. Price quotes provided to you prior to any price modification shall be honored.

## 10. Cancellation Policy

You may cancel any Membership Plan at any time by calling our customer support line at (800) 699-8081 and speaking with one of our customer service representatives. Our customer support centers are open from 5am to 10pm pacific, seven days a week. Any cancellation request will result in the cancellation of any upcoming invoices and/or bills associated with your Membership Plan. However, upon cancellation of your Membership Plan, you will still be responsible for paying the costs associated with any invoices or bills already issued to you and/or received by you.

## 11. Refund Policy

If at any time you are not satisfied with your Membership Plan for any reason, you may call our customer service department toll-free at (800) 699-8081 and request a refund. All requests for refunds will be handled by customer service on a case by case basis, with the goal of customer satisfaction. More stipulations to our refund policy are as follows:

1. Customers are restricted to receiving a single refund per Membership Plan. Repetitive refunds are not permitted unless the Membership Plan, as provided to you, is defective. The Company reserves the right to refuse a refund to any customer who repeatedly requests refunds or who, in the Company's judgment, requests refunds in bad faith.
2. In order to process your refund, you must supply the Company with your name and mailing and/or billing address. If you provide us with insufficient or incorrect information, your refund will be delayed.
3. Depending on the bank that issues the credit or debit card you used, your refund can take up to thirty (30) days to appear on your credit or debit card statement. If you have any questions about whether a refund has been issued by the Company, please call our customer service department toll-free at (800) 699-8081.

## 12. Taxes

All orders are subject to applicable taxes in the states where the member resides.

## 13. Discounts And Promotions

Any applicable discounts or promotional prices will be noted at the time of purchase on the checkout page for your order.

## 14. Billing Errors

If you believe that you have been erroneously billed, please notify our customer service department toll-free at (800) 699-8081 immediately to notify us of such error.

## 15. Reversals And Chargebacks

We consider charge backs and reversals as potential cases of fraudulent use of our services and/or theft of services and will be treated as such. We reserve the right of filing a complaint with the appropriate local and federal authorities to investigate. Be advised that all activity and IP address information is being monitored and that this information may be used in a civil and/or criminal case(s) against a customer if there is fraudulent use and or theft of services.

## 16. General Payment Information

All fees are payable in United States currency. The Company offers several methods of payment for you to purchase Membership Plans, including debit cards and credit cards. The Company reserves the right to request additional evidence or proof of billing information or other information associated with the credit or debit card account used to purchase Membership Plans from the Website. In the event that the requested evidence or proof is not provided or is insufficient, we reserve the right to refuse to accept the order. If you believe your credit or debit card might have been used in a fraudulent manner to purchase a Membership Plan, please contact our customer service department at (800) 699-8081

By ordering a Membership Plan through the Website, you authorize the Company to charge your debit or credit card accordingly. Please be aware that the descriptor (or subject line) that appears on your debit or credit card entry will refer to STRIPE, PAYPAL. If you have any questions about the descriptor on your credit card statement, you should call our customer service department toll-free at (800) 699-8081.

Upon prior email notice to you, the Company may change its pricing and/or billing practices. If you do not agree with these changes, you may cancel your Membership Plan, but you will remain responsible for payment of any and all fees that you have already incurred. Continued enrollment of the Membership Plan after receipt of such email notice constitutes consent to any and all such changes. If you fail to make any scheduled payment for a Membership Plan, the Company may, in its sole discretion, terminate your membership in the Membership Plan.

## 17. Removing Your Information

If you would like to remove your personal information from the Website, please visit our Opting out of TruthFinder page.

## 18. Privacy Policy

You hereby understand, acknowledge, and agree that the operation of certain portions of the Website and/or the receipt of certain information or benefits may require the submission, use, and dissemination of certain personally identifiable information. Accordingly, if you wish to access and use those areas of the Website, and/or receive such information or benefits, you hereby acknowledge and agree that your use of this Website will constitute acceptance of the Company's personally identifiable information collection and use practices. Please see the Company's Privacy Policy for a summary of the Company's personally identifiable information collection and use practices. The Company's Privacy Policy is located at https://www.truthfinder.com/privacy-policy.

## 19. Postings

The Website, and/or any social media page controlled by the Company that is accessible directly through the Site (each, a "TruthFinder Social Media Page"), may contain blogs, message boards, comment areas and other interactive features and functionality where users may post certain information and content (collectively, "Forum"). To the extent the Website and/or any TruthFinder Social Media Page contains any such Forum, you hereby acknowledge and agree that when using the Website and/or any TruthFinder Social Media Page, you will not upload, post, display, or transmit any of the following materials on any Forum:

- Anything that interferes with or disrupts the operation of the Website and/or TruthFinder Social Media Page
- Statements or material that defames, harasses, abuses, stalks, threatens, intimidates, or in any way infringes on the rights of others
- Unauthorized copyrighted materials or any other material that infringes on the intellectual property rights, trade secrets, or privacy of others
- Statements or material that encourages criminal conduct or that would give rise to civil liability or otherwise violates any law or regulation in any jurisdiction
- Statements or material that contains vulgar, obscene, profane, or otherwise objectionable language or images that typically would not be considered socially or professionally responsible or appropriate in person
- Statements or material that impersonates any other person or entity, whether actual or fictitious, including, without limitation, employees and representatives of TruthFinder
- Statements or material that misrepresents your affiliation with any entity and/or TruthFinder
- Statements or material that constitutes junk mail, spam, or unauthorized advertising or promotional materials
- Statements or material that are "off-topic" for a designated Forum.

## 20. Permission To Use Postings

You acknowledge and agree that you have no proprietary interest in any Forum. Moreover, by submitting content or information of any type (a "Posting") to a Forum or by otherwise using the Website and/or a TruthFinder Social Media Page to transmit or display a Posting, you automatically grant the Company, for a period of ten (10) years, renewable at the Company's option, a royalty-free, irrevocable, non-exclusive, transferable and sublicensable right and license to use, reproduce, modify, publish, translate, create derivative works from, distribute, transmit, perform, and display such content or information (in whole or in part) worldwide and/or to incorporate into other works in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content or information. You hereby represent that you have all necessary rights to make the Posting available to the Company and a Forum, and you also acknowledge and agree that such Postings are non-confidential for all purposes and that the Company has no control over the extent to which any idea or information within a Posting may be used by any party or person once such content is posted or displayed on the Website and/or a TruthFinder Social Media Page. Accordingly, notwithstanding this right and license, you hereby acknowledge and agree that by merely permitting your information, content, and materials to appear on the Website and/or a TruthFinder Social Media Page, the Company has not become and is not a publisher of such information, content, and materials and is merely functioning as an intermediary to enable you to provide and display a Posting. Moreover, the Company assumes no responsibility for the deletion of or failure to store any Posting and recommends that you do not post, display, or transmit any confidential or sensitive information. All users shall remain solely and exclusively responsible for any liability arising from their own Postings.

## 21. Proprietary Rights

All text, graphics, interfaces, photographs, audio, video, sounds, images, artwork, computer code (including html code), programs, software, products, information, and documentation as well as the design, structure, selection, coordination, expression, "look and feel," and arrangement of any content contained on or available through the Website, unless otherwise expressly indicated in writing, are owned, controlled, and licensed exclusively by the Company and/or its suppliers and are protected by United States and foreign laws including, but not limited to, United States copyright, trade secret, patent, and trademark law, as well as other state, national, and international laws and regulations. Except as expressly provided in these Terms, the Company does not grant any express or implied intellectual property or proprietary right to you or any other person. Accordingly, your unauthorized use of this Website may violate intellectual property or other proprietary rights laws of the United States and/or a foreign nation, as well as other laws, regulations, and statutes. The Website is Copyright © 2020 TruthFinder and/or its licensors. All rights reserved. The Company also owns a copyright in the contents of the Website as a collective work and/or compilation and in the selection, coordination, arrangement, and enhancement of the content of the Website. Any downloadable or printable programs, information, or materials available through this Website and all intellectual property and/or proprietary rights related thereto, unless otherwise expressly indicated in writing, are owned exclusively by the Company and/or its suppliers. TruthFinder® and all other names, logos, and icons the Company, its affiliates and/or subsidiaries, and any of their events, programs, products, and/or services are owned exclusively by the Company, and any use of such marks without the prior express written permission of the Company is hereby strictly prohibited. Other product and company names mentioned herein may be the trademarks and/or service marks of their respective owners.

In connection with the purchase of a Membership Plan and use of the Company's Background Information Services, you may browse through the Website and download any information you obtain in connection with the Company's Background Information Services. You must keep intact all copyright, trademark and other notices contained in your personal copies. Except as otherwise provided in these Terms, you may not reproduce or allow others to reproduce your personal copies of downloaded materials, nor may you make them available electronically without our express written consent. You may not save or archive a significant portion of the material appearing on the Website. You may not attempt to alter or modify the content posted on the Website. Except as expressly set forth in these Terms, you may not copy, download, display, distribute, publish, enter into a database, perform, modify, create derivative works, transmit, post, decompile, reverse engineer, disassemble or in any way exploit any of our intellectual property or the Website itself.

Notwithstanding anything in these Terms to the contrary, the Company or the Company's data provider shall own your search inquiry data used to access its Background Information Services (in the past or future) and may use such data for any purpose consistent with applicable federal, state and local laws, rules and regulations, and the Company's Privacy Policy.

## 22. Enforcing Security On The Site

Actual or attempted unauthorized use of the Website may result in criminal and/or civil prosecution, including, without limitation, punishment under the Computer Fraud and Abuse Act of 1986. The Company reserves the unqualified right to view, monitor, and record activity on the Website without any notice to or permission from you. Any information obtained by monitoring, reviewing, or recording your use of the Website is subject to review by law enforcement organizations in the sole and absolute discretion of the Company. The Company will also comply with all legally binding requests for such information including, without limitation, the provision of information pursuant to a court order. In addition to the foregoing, and in its sole and absolute discretion, the Company reserves the right, to at any time and without advance notice, modify, suspend, terminate, or temporarily interrupt operation of or access to the Website or any portion thereof.

## 23. Submissions

The Company welcomes your feedback and suggestions about how to improve the Website and/or the events, programs, Background Information Services, Membership Plans, and/or services of the Company. By transmitting any suggestions, information, material, or other content (collectively, "feedback") to the Company, you represent and warrant that such feedback does not infringe, misappropriate, and/or violate the intellectual property or proprietary rights of any third party (including, without limitation, patents, copyrights, or trademark rights) and that you have all rights necessary to convey such feedback to the Company. In addition, any feedback received through this Website will be deemed to include a royalty-free, irrevocable, transferable, sublicensable, non-exclusive right and license, for a period of ten (10) years, renewable at the Company's option, for the Company to adopt, publish, reproduce, disseminate, transmit, distribute, copy, use, create derivative works, and display (in whole or in part) worldwide, or act on such feedback without additional approval or consideration, in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content, and you hereby expressly waive any claim to the contrary.

## 24. Third Party Products/Services

The Company, in its sole and absolute discretion, may post the advertisements of third parties on this Website and/or feature materials, programs, events, products, and services provided by third parties. The Company makes no representations with respect to, nor does it guarantee or endorse, the quality, non-infringement, accuracy, completeness, timeliness, reliability, or correct sequencing of such third party materials, programs, events, products, and services or any other materials, programs, events, products, and services which you may access through such third party materials, products, and services. Your correspondence or any other dealings with third parties found on this Website are solely between you and such third party. The Company expressly disclaims responsibility and liability for all third party provided materials, programs, events, products, and services contained on or accessed through the Website, and you agree that the Company shall not be responsible for any loss or damage of any sort incurred as a result of any such dealings or as the result of the presence of such third parties' materials, products, and/or services on this Website.

## 25. Links To Other Sites

The Company may provide links, in its sole discretion, to other sites on the World Wide Web for your convenience in locating related information, products, and services. These other sites have not necessarily been reviewed by the Company and may be maintained by third parties over which the Company exercises no control. Accordingly, the Company expressly disclaims any responsibility for the content, materials, accuracy of information, and/or quality of the products or services provided by, available through, or advertised on these third party web sites. Moreover, these links do not imply an endorsement with respect to any third party or any web site or the products or services provided by any third party.

## 26. Performance And Disclaimers

TruthFinder will use commercially reasonable efforts to deliver the information you requested through the Company's Background Information Services; provided, however, you accept all information "AS IS." You acknowledge and agree that TruthFinder obtains its data from third-party sources, which may or may not be completely thorough and accurate, and that you shall not rely on TruthFinder for the accuracy or completeness of information supplied through its Background Information Services. Without limiting the foregoing, the criminal record data that may be provided as part of the Company's Background Information Services may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected. You understand that you may be restricted from accessing certain information and services which may be otherwise available. TruthFinder reserves the right to add materials and features to, and to discontinue offering any of the materials and features that are currently a part of its Background Information Services.

EXCEPT AS OTHERWISE PROVIDED, THE WEBSITE, THE SERVICES AND MATERIALS AVAILABLE ON OR THROUGH THE SITE, ALL BACKGROUND INFORMATION SERVICES, AND ALL MEMBERSHIP PLANS AVAILABLE FOR PURCHASE THROUGH THE WEBSITE ARE PROVIDED ON AN "AS-IS" AND "AS AVAILABLE" BASIS. TruthFinder DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES WITH RESPECT TO THE USE OR THE RESULTS OF THE USE OF ANY INFORMATION, INCLUDING, WITHOUT LIMITATION, ANY AUDIO, VISUAL, OR VIDEO CONTENT POSTED, MADE AVAILABLE THROUGH, OR ACCESSIBLE ON THE WEBSITE. MOREOVER, THE COMPANY MAKES NO REPRESENTATIONS OR WARRANTIES ABOUT THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE WEBSITE AND THE SERVICES AND MATERIALS AVAILABLE ON THE WEBSITE FOR ANY PURPOSE, AND EXCEPT AS PROVIDED ABOVE, EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. THE COMPANY MAY IN ITS SOLE AND ABSOLUTE DISCRETION AND WITHOUT ADVANCE NOTICE MAKE MODIFICATIONS AND/OR CHANGES TO THE WEBSITE AND/OR THE SERVICES AND MATERIALS AVAILABLE ON THE

WEBSITE AT ANY TIME. YOU ASSUME THE SOLE RISK OF USING AND/OR RELYING ON THE SERVICES AND MATERIALS AVAILABLE ON THE WEBSITE. THE REPRESENTATIONS AND PRODUCT DISCLAIMERS DESCRIBED ABOVE ARE INAPPLICABLE WHERE PROHIBITED BY LAW, INCLUDING NEW JERSEY.

## 27. Limitation Of Liability

Neither the Company, nor its subsidiaries and affiliates, nor any third-party data provider (for purposes of indemnification, warranties, and limitations on liability, the Company, its subsidiaries and affiliates, and its data providers are hereby collectively referred to as "Released Parties") shall be liable to you (or to any person claiming through you to whom you may have provided data that you obtained from the Company as a result of its Background Information Services) for any loss or injury arising out of or caused in whole or in part by the Released Parties' acts or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the services available in connection with the Company's Background Information Services. The Released Parties do not make and hereby disclaim any warranty, express or implied with respect to Membership Plans, Background Information Services, or other offerings available through the Website. The Released Parties do not guarantee or warrant the correctness, completeness, merchantability, or fitness for a particular purpose of its Background Information Services or information provided therein. In no event shall the Released Parties be liable for any indirect, incidental, or consequential damages, however arising, incurred by you from receipt or use of information delivered hereunder or the unavailability thereof. Due to the nature of public record information, the public records and commercially available data sources used in the Background Information Services may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. The Background Information Services are not the source of data, nor are they a comprehensive compilation of the data. Before relying on any data, it should be independently verified.

In addition to the above, you expressly absolve and release the Released Parties from any claim of harm resulting from a cause beyond the Released Parties' reasonable control, including, but not limited to, failure of electronic or mechanical equipment or communication lines, telephone or other interconnect problems, computer viruses, unauthorized access, theft, operator errors, severe weather, earthquakes, or natural disasters, strikes, or other labor problems, wars, or governmental restrictions. YOU EXPRESSLY UNDERSTAND AND AGREE THAT THE RELEASED PARTIES SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, PUNITIVE, AND/OR EXEMPLARY DAMAGES INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), TO THE FULLEST EXTENT PERMISSIBLE BY LAW FOR: (A) THE USE OR THE INABILITY TO USE THE WEBSITE, BACKGROUND INFORMATION SERVICES, AND THE MEMBERSHIP PLANS AVAILABLE FOR SALE ON THE WEBSITE; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, CONTENT AND/OR ANY PRODUCT PURCHASED OR OBTAINED FROM OR THROUGH THE WEBSITE; (C) THE UNAUTHORIZED ACCESS TO, OR ALTERATION OF, YOUR PERSONALLY IDENTIFIABLE DATA; AND (D) ANY OTHER MATTER RELATING TO THIS WEBSITE OR THE OFFERINGS AVAILABLE ON THE WEBSITE. Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. THIS LIMITATION APPLIES TO ALL CAUSES OF ACTION, INCLUDING, BUT NOT LIMITED TO, BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, STRICT LIABILITY, MISREPRESENTATION AND ANY AND ALL OTHER TORTS. YOU HEREBY RELEASE COMPANY FROM ANY AND ALL OBLIGATIONS, LIABILITIES, AND CLAIMS IN EXCESS OF THE LIMITATIONS STATED HEREIN.

IF APPLICABLE LAW DOES NOT PERMIT ANY SUCH LIMITATION OF LIABILITY AS SET FORTH ABOVE, THE MAXIMUM LIABILITY OF THE RELEASED PARTIES TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE ONE-HUNDRED DOLLARS ($100.00). NO ACTION, REGARDLESS OF FORM, ARISING OUT OF YOUR USE THIS WEBSITE, THE MEMBERSHIP PLANS AND/OR BACKGROUND INFORMATION SERVICES OFFERED ON THE WEBSITE, MAY BE BROUGHT BY YOU MORE THAN ONE (1) YEAR FOLLOWING THE EVENT WHICH GAVE RISE TO THE CAUSE OF ACTION. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN YOU AND COMPANY. ACCESS TO THE WEBSITE AND THE PRODUCT OFFERED ON THE WEBSITE WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS ON LIABILITY AND IN SUCH JURISDICTIONS THE COMPANY'S LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

## 28. Indemnity

Upon request by the Company, you agree to defend, indemnify, and hold harmless the Company and its affiliates, their employees, contractors, agents, representatives, shareholders, officers, directors, co-branders, content licensors, and/or other partners from all liabilities, claims, and expenses, including, without limitation, attorney fees that arise from: (a) your use of the website or the Membership Plans and Background Information Services; and/or (b) your breach of these Terms and/or (c) use of information received by you (or any third-party receiving such information from or through you) furnished by or through the Company's Background Information Services. The Company reserves the right, at your expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will cooperate with the Company in asserting any available defenses. Notwithstanding anything in these terms to the contrary, this indemnity provision does not apply in New Jersey.

## 29. Audit

You understand and agree that, in order to ensure compliance with applicable laws, regulations or rules, regulatory agency requirements, these Terms, and the Company's obligations under its contracts with its data providers and the Company's internal policies, the Company and its data providers may conduct periodic reviews of your use of its Background Information Services and may, upon reasonable notice, audit your records, processes and procedures related to Customer's use, storage and disposal of the Background Information Services and information received therefrom. You agree to cooperate fully with any and all audits and to respond to any such audit inquiry within ten (10) business days, unless an expedited response is required. Violations discovered in any review and/or audit by the Company will be subject to immediate action including, but not limited to, suspension or termination of the Limited License to use the Background Information Services, reactivation fees, legal action, and/or referral to federal or state regulatory agencies.

## 30. Digital Millennium Copyright Act

It is our policy to respond to notices of alleged infringement that comply with the Digital Millennium Copyright Act and other applicable intellectual property laws. Responses may include removing or disabling access to material claimed to be the subject of infringing activity and/or terminating subscribers. If we remove or disable access in response to such a notice, we will make a good-faith attempt to contact the owner or administrator of the affected site or content so that they may make a counter notification pursuant to sections 512(g)(2) and (3) of that Act. It is our policy to document all notices of alleged infringement on which we act.

Please refer to the following detailed instructions which must be followed to protect your rights under the Digital Millennium Copyright Act. Please send all written communications relating to copyright issues to: email: help@truthfinder.com or write:

TruthFinder
**Attn: DMCA C**
**2534 State Str**
San Diego, CA **92101**

### A. INFRINGEMENT NOTIFICATION

A. To file a notice of infringement with us, you must provide a written communication (by fax or regular mail -- not by email, except by prior agreement) that sets forth the items specified below. Please note that you may be liable for damages (including costs and attorneys' fees) if you materially misrepresent that a product or activity is infringing your copyrights. Accordingly, if you are not sure whether material available online infringes your copyright, we suggest that you first contact an attorney.

Your communication must include substantially all of the following:

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- Identify in sufficient detail the location of copyrighted work that you believe has been infringed upon (for example, "The copyrighted work at issue is the text that appears on https://www.newco.com/uglytext_page.html") or other information sufficient to specify the copyrighted work being infringed. If multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site.

- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material.
- Information reasonably sufficient to permit us to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted.
- The following statement: "I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."
- The following statement: "I swear, under penalty of perjury, that the information in the notification is accurate, and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed."

B. COUNTER NOTIFICATION:

The administrator of an affected site or the provider of affected content may make a counter notification pursuant to sections 512(g)(2) and (3) of the Digital Millennium Copyright Act. When we receive a counter notification, we may reinstate the material in question.

To file a counter notification with us, you must provide a written communication (by fax or regular mail -- not by email, except by prior agreement) that sets forth the items specified below. Please note that you will be liable for damages (including costs and attorneys' fees) if you materially misrepresent that a product or activity is not infringing the copyrights of others. Accordingly, if you are not sure whether certain material infringes the copyrights of others, we suggest that you first contact an attorney. To expedite our ability to process your counter notification, please use the following format (including section numbers):

Your communication must include substantially the following:

- A physical or electronic signature of the subscriber.
- Identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled.
- A statement under penalty of perjury that you have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.
- Your name, address, and telephone number.
- The following statement: "I consent to the jurisdiction of Federal District Court for the judicial district in which your address is located, (or Santa Cruz County, California if your address is outside of the United States), and that I will accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.
- The following statement: "I swear, under penalty of perjury, that I have a good faith belief that the affected material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled."

C. ACCOUNT TERMINATION:

TruthFinder will, in appropriate circumstances, terminate repeat infringers. If you believe that an account holder or subscriber is a repeat infringer, please follow the instructions above to contact TruthFinder's DMCA agent and provide information sufficient for us to verify that the account holder or subscriber is a repeat infringer.

## 31. Governing Law

These Terms have been made in and will be construed and enforced in accordance with the laws of the State of California without regard to its principles of conflicts of laws. Regardless of any applicable law to the contrary, any claim or cause of action arising out of or related to the Website, or the use of the Website, must be brought within one year after such claim or cause of action arose. A printed version of these Terms and of any related notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to these Terms, or the Company's services, materials, events, Membership Plans and/or Background Information Services accessed or purchased through this Website, to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. These English-language Terms are the Company's official agreement with users of this Website. In case of any inconsistency between these English-language Terms and its translation into another language, this English-language document controls. The Website is controlled and operated by TruthFinder from its offices and facilities within the United States. The Company makes no representation that the Website is appropriate or available for use in other locations, and access to the Website from territories or nations where any aspect of the Website is illegal is hereby expressly prohibited. You access the Website solely on your own volition and are responsible for compliance with all applicable local laws.

## 32. Term And Termination

These Terms will take effect (or shall re-take effect) at the time you click "I ACCEPT", submit information through this Website, respond to a request for information, complete a purchase, select a method of payment, enter in payment method information, and/or begin installing, accessing, or using the Website, whichever is earliest. The Company reserves the right at any time and without notice to deny you access to the Website or to any portion thereof and to terminate your rights under these Terms, in its sole and absolute discretion. Your rights under these Terms will terminate automatically if you fail to comply with these Terms, subject to the survival rights of certain provisions identified below. Termination will be effective without notice. Upon termination, you must promptly destroy all copies of any aspect of the Website in your possession. The provisions concerning permission to use postings, proprietary and intellectual property rights, submissions, indemnity, disclaimers of warranty and liability, admissibility of these Terms, and governing law will survive the termination of these Terms for any reason.

## 33. Waiver & Severability

Failure to insist on strict performance of any of the terms and conditions of these Terms will not operate as a waiver of any subsequent default or failure of performance. No waiver by the Company of any right under these Terms will be deemed to be either a waiver of any other right or provision or a waiver of that same right or provision at any other time. If any part of these Terms is determined to be invalid or unenforceable pursuant to applicable law including, but not limited to, the warranty disclaimers and the liability limitations set forth above, then the invalid or unenforceable provision will be deemed superseded by a valid, enforceable provision drafted and provided by the Company in its sole and absolute discretion that most clearly matches the intent of the original provision and the remainder of these Terms shall continue in effect. Provisions herein related to release of claims; indemnification; use and protection of information, Background Information Services, payment for Membership Plans, audit, the Company's use and ownership of your search inquiry data, disclaimer of warranties, security; customer data and governing law shall survive any termination of these Terms.

## 34. Electronic Signature

You acknowledge and agree that by agreeing to this Agreement electronically you are expressly agreeing to the terms set forth herein. You acknowledge and agree that by affixing your electronic signature you are submitting a legally binding electronic signature and entering into a legally binding contract. You acknowledge that your electronic submission constitutes your agreement and intent to be bound by the terms of this Agreement. Pursuant to any applicable statutes, regulations, rules, ordinances or other laws, including without limitation the United States Electronic Signatures in Global Commerce Act, P.L. 106-229 (the "E-Sign Act") or other similar statutes, YOU HEREBY AGREE TO THE USE OF ELECTRONIC SIGNATURES, CONTRACTS, ORDERS AND OTHER RECORDS AND TO ELECTRONIC DELIVERY OF NOTICES, POLICIES AND RECORDS OF TRANSACTIONS INITIATED OR COMPLETED THROUGH THE PRODUCTS OFFERED BY THE OPERATOR OF THE WEBSITE.

## 35. Entire Agreement

No joint venture, partnership, employment, or agency relationship exists between you and the Company as result of these Terms or your utilization of this Website. These Terms, the Company's Privacy Policy, and any related or associated product purchase, service, or software license agreements, which are all hereby incorporated by reference as if set forth fully herein, represent the entire agreement between you and the Company with respect to use of the Website, and it supersedes all prior or contemporaneous communications and proposals, whether electronic, oral, or written between you and the Company with respect to this Website. Be advised that the Company reserves the sole and absolute right to change the terms and conditions of these Terms and the terms and conditions under which this Website and its many offerings are extended to you by posting and providing notice of revised Terms or mailing and/or e-mailing notice thereof to you. In addition, the Company may add, modify, or delete any aspect, program, or feature of this Website. The Company may, at any time, impose restrictions and/or prohibitions on your use of the Background Information Services or certain data available through the Membership Plans. You understand that such restrictions or changes in access may be the result of a modification in the Company's policy, a modification of third-party agreements, a modification in industry standards, a security event or a change in law or regulation, or the interpretation thereof. Upon written notification by the Company of such restrictions, you agree to comply with such restrictions. Your continued use of this Website following any addition, modification, or deletion will be conclusively deemed acceptance of any change to the terms and conditions of these Terms. Accordingly, please review the Terms found at this location on a periodic basis.

## 36. Contact Information

If you have any questions about these Terms, please feel free to contact us at (800) 699-8081, email us at help@truthfinder.com, or write us at

For help go to TruthFinder.help
Or call (800) 699-8081
Open 7 Days a Week
5am - 10pm PST (8am - 1am EST) (Holiday Hours Vary)

DISCLAIMER: You may not use our service or the information it provides to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. TruthFinder does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, 15 USC 1681 et seq., ("FCRA"), which are incorporated herein by reference.) The information available on our website may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. TruthFinder does not make any representation or warranty about the accuracy of the information available through our website or about the character or integrity of the person about whom you inquire. For more information, please review TruthFinder Terms of Use.

TruthFinder
2534 State Str[...]
San Diego, CA 92101

For help go to **TruthFinder.help**
Or call **(800) 699-8081**
Open 7 Days a Week
5:00am to 10:00pm PST*
(8:00am - 1:00am PST)
*Holiday Hours Vary
**Spanish Hours (8:00am - 5:00pm EST)**

**Directories**
People Search
Criminal Records
Court Records
Glossary
Reverse Phone Search
Deep Web Search

**Help**
FAQs
Do's and Don'ts
Sample Report
Reviews
Help

**Sitemap**
Terms of Use
Privacy Policy
Do Not Sell My Info
Sitemap

For crime news, safety advice, and technology hacks check out

*infomania*

DISCLAIMER: You may not use our service or the information it provides to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. TruthFinder does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, 15 USC 1681 et seq., ("FCRA"), which are incorporated herein by reference.) The information available on our website may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. TruthFinder does not make any representation or warranty about the accuracy of the information available through our website or about the character or integrity of the person about whom you inquire. For more information, please review TruthFinder Terms of Use.

© 2020 TRUTHFINDER LLC
ALL RIGHTS RESERVED.