# EXHIBIT O
# TO
# JOHNSON DECLARATION



First Name:

e.g. John

Last Name:

e.g. Smith

Location:

All States

This is me

**SEARCH**

# LIMITED LICENSE FOR SERVICES

Home        Limited License

## InstantCheckmate.com Limited License for Services

Date of last revision: June 27, 2018

IMPORTANT - PLEASE READ THIS LIMITED LICENSE AGREEMENT. THIS AGREEMENT CONTAINS DISCLAIMERS OF WARRANTIES AND LIMITATIONS OF LIABILITY (see Section 5), AN EXCLUSIVE REMEDY (see Section 5), AND A REQUIREMENT TO ARBITRATE ANY AND ALL CLAIMS (see Section 7). THESE PROVISIONS – ALONG WITH THE TERMS OF USE AND TERMS AND CONDITIONS OF SALES (AVAILABLE AT https://www.instantcheckmate.com/terms-of-use) FORM AN ESSENTIAL BASIS OF OUR AGREEMENT.

INSTANT CHECKMATE LLC, a Delaware corporation, doing business as "Instant Checkmate" ("Instant Checkmate"), in connection with its membership plans ("Membership Plans"), provides access to the background information services ("Services") and any data or information obtained as a result of using those services on the InstantCheckmate.com website at https://www.instantcheckmate.com (along with all subdomains, collectively, the "Site") subject to the restrictions and terms set forth in this document.

THIS IS A BINDING AGREEMENT. By purchasing a Membership Plan and using the Services, you ("You" or "Customer") agree to be bound by the terms of this InstantCheckmate.com Limited License ("Limited License"), Website Terms of Use and Terms and Conditions of Sale ("Terms") located at https://www.instantcheckmate.com/terms-of-use and the InstantCheckmate.com Privacy Policy at https://www.instantcheckmate.com/privacy-policy ("Privacy Policy"), each of which are expressly incorporated by reference.

If you do not wish to be bound by this Limited License, the Terms, and Privacy Policy, you must not purchase or subscribe to a Membership Plan or use the Services. Your purchase of the Membership Plan and use of the Services is deemed acceptance of the terms of this Limited License, the Terms and the Privacy Policy.

# 1) Grant of Limited License.

Upon Customer's purchase of, or subscription to the Membership Plans as defined in the Terms, Instant Checkmate hereby grants to Customer a limited license to use the Services and any data contained therein, subject to the restrictions and limitations set forth below:

## a) Generally.

Instant Checkmate hereby grants to Customer a limited license to use Services solely for Customer's own internal personal purposes. Customer represents and warrants that all of Customer's use of Services shall be for only legitimate, personal (non-business) purposes. Customer shall not use Services for commercial, collections, governmental, marketing, advertising or marketing purposes nor shall the Customer resell or broker Services to any third-party. Customer shall not use Services to provide data processing services to third-parties or evaluate the data of or for third-parties. Customer agrees that if Instant Checkmate determines or reasonably suspects that continued provision of Services to Customer entails a potential security risk, or that Customer is otherwise violating any provision of this Agreement, or any of the laws, regulations, or rules described herein, Instant Checkmate may take immediate action, including, without limitation, terminating the delivery of, and the license to use, Services. Customer shall not access Services from Internet Protocol addresses located outside of the United States and its territories without Instant Checkmate's prior written approval. In any event, Customer understands and agrees that (i) Services are provided to it in the United States at the point at which Customers accesses Instant Checkmate server facilities; and (ii) Instant Checkmate makes no representation regarding the legality of accessing such Services from outside of the United States and its territories.

Customer may not use Services to create a competing product. Customer shall comply with all federal, state, and local laws, regulations and rules which govern the use of Services and information provided thereby Instant Checkmate may at any time mask or cease to provide Customer access to any Services or portions thereof which Instant Checkmate may deem, in Instant Checkmate's sole discretion, to be sensitive or restricted information.

### b) Fair Credit Reporting Act.

INSTANT CHECKMATE IS NOT A CREDIT REPORTING AGENCY ("CRA") FOR PURPOSES OF THE FAIR CREDIT REPORTING ACT ("FCRA"), 15 USC §§ 1681 et seq, AND THE INFORMATION PROVIDED IN CONNECTION WITH THE SERVICES DO NOT CONSTITUTE "CONSUMER REPORTS" AS THAT TERM IS DEFINED IN THE FCRA. AS SUCH, THE ADDITIONAL PROTECTIONS AFFORDED TO CONSUMERS, AND OBLIGATIONS PLACED UPON CREDIT REPORTING AGENCIES, ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THIS LIMITED LICENSE.

You may not use any information obtained from Instant Checkmate or its Services in connection with determining a prospective candidate's suitability or eligibility for:

- Health insurance or any other insurance,
- Credit and/or loans,
- Employment,
- Education, scholarships or fellowships,
- Housing or other accommodations,
- Benefits, privileges or services provided by any business establishment, or
- Any other purpose in connection with which a consumer report may be used under the FCRA.

The information provided by Instant Checkmate in connection with its Services has not been collected in whole or in part for the purpose of furnishing consumer reports, as defined in the FCRA. Accordingly, by purchasing Membership Plans and using Instant Checkmate's Services, you understand and agree that you will not use any of the information you obtain from Instant Checkmate, in whole or in part, as a factor in: (a) establishing an individual's eligibility for personal. Household, or family credit, loans, or insurance or for assessing risks associated with existing consumer credit obligations; (b) evaluating an individual for employment, promotion, reassignment or retention (including employment of household workers such as babysitters, cleaning personnel, nannies, contractors, and other individuals); (c) evaluating an individual for educational opportunities, scholarships or fellowships; (d) evaluating an individual's eligibility for a license or other benefit granted by a government agency or (e) any other product, service or transaction in connection with which a consumer report may be used under the FCRA or any similar state statute, including, without limitation, apartment rental, check-cashing, or the opening of a deposit or transaction account. You also agree that you shall not use any of the information you receive through Services to take any "adverse action," as that term is defined in the FCRA; you have appropriate knowledge of the FCRA; and, if necessary, you will consult with an attorney to ensure compliance with these terms.

## 2) Security.

Customer acknowledges that the information available through Services may include personally identifiable information and it is Customer's obligation to keep all such accessed information confidential and secure.

## 3) Performance.

Instant Checkmate will use commercially reasonable efforts to deliver the Services requested by Customer; provided, however, that Customer accepts all information "AS IS." Customer acknowledges and agrees that Instant Checkmate obtains its data from third-party sources, which may or may not be completely thorough and accurate, and that Customer shall not rely on Instant Checkmate for the accuracy or completeness of information supplied through the Services. Without limiting the foregoing, the criminal record data that may be provided as part of the Services may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected. Customer understands that Customer may be restricted from accessing certain Services which may be otherwise available. Instant Checkmate reserves the right to add materials and features to, and to discontinue offering any of the materials and features that are currently a part of, the Services.

## 4) Intellectual Property; Confidentiality.

Customer agrees that Customer shall not reproduce, retransmit, republish, or otherwise transfer for any commercial purposes the Services' information, programs or computer applications. Customer acknowledges that Instant Checkmate (and/or its third-party data providers) shall retain all right, title, and interest under applicable contractual, copyright, patent, trademark, Trade Secret and related laws in and to the Services and the data and information provided as part of the Services. Customer shall use such materials in a manner consistent with Instant Checkmate's interests and the terms and conditions herein, and shall notify Instant Checkmate of any threatened or actual infringement of Instant Checkmate's rights. Notwithstanding anything in this Agreement to the contrary, Instant Checkmate or Instant Checkmate's data provider shall own Customer's search inquiry data used to access the Services (in the past or future) and may use such data for any purpose consistent with applicable federal, state and local laws, rules and regulations, and the Instant Checkmate Terms and Privacy Policy.

## 5) Warranties/ Limitation of Liability.

Neither Instant Checkmate, nor its affiliates, their employees, contractors, agents, representatives, shareholders, officers, directors, co-branders, content licensors, third-party data provider, and/or other partners (for purposes of indemnification, warranties, and limitations on liability, collectively "Instant Checkmate") shall be liable to Customer (or to any person claiming through Customer to whom Customer may have provided data from Instant Checkmate's Services) for any loss or injury arising out of or caused in whole or in part by Instant Checkmate 's acts or omissions in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the Services or information therein. If, notwithstanding the foregoing, liability can be imposed on Instant Checkmate, then Customer agrees that Instant Checkmate's aggregate liability for any and all losses or injuries arising out of any act or omission of Instant Checkmate in connection with anything to be done or furnished under this Agreement, regardless of the cause of the loss or injury, and regardless of the nature of the legal or equitable right claimed to have been violated, shall never exceed One Hundred Dollars ($100.00); and Customer covenants and promises that it will not sue Instant Checkmate for an amount greater than such sum even

if Customer and/or third-parties were advised of the possibility of such damages and that it will not seek punitive damages in any suit against Instant Checkmate.

Instant Checkmate does not make and hereby disclaims any warranty, express or implied with respect to the Services. Instant Checkmate does not guarantee or warrant the correctness, completeness, merchantability, or fitness for a particular purpose of the Services or information provided therein. In no event shall Instant Checkmate be liable for any indirect, incidental, or consequential damages, however arising, incurred by Customer from receipt or use of information delivered hereunder or the unavailability thereof. Due to the nature of public record information, the public records and commercially available data sources used in connection with the Services may contain errors. Source data is sometimes reported or entered inaccurately, processed poorly or incorrectly, and is generally not free from defect. The Services are not the source of data, nor are they a comprehensive compilation of the data. Before relying on any data, it should be independently verified. SOME JURISDICTIONS MAY NOT ALLOW THE LIMITATIONS OR EXCLUSIONS OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES OR EXCLUSION OF IMPLIED WARRANTIES, SO SOME OF THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY. CHECK LOCAL LAWS FOR ANY RESTRICTIONS OR LIMITATIONS REGARDING THESE LIMITATIONS OR EXCLUSIONS.

## 6) Indemnification.

Customer hereby agrees to protect, indemnify, defend, and hold harmless Instant Checkmate from and against any and all costs, claims, demands, damages, losses, and liabilities (including attorneys' fees and costs) arising from or in any way related to use of information received by Customer (or any third-party receiving such information from or through Customer) furnished by or through Instant Checkmate. Instant Checkmate reserves the right, at your expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will cooperate with Instant Checkmate in asserting any available defenses. You also agree that Instant Checkmate's third party data suppliers are entitled to enforce the security, use, legal compliance, and indemnification provisions of this Limited License directly against you.

## 7) Audit.

Customer understands and agrees that, in order to ensure compliance with applicable laws, regulations or rules, regulatory agency requirements, this Agreement, and Instant Checkmate's obligations under its contracts with its data providers and Instant Checkmate's internal policies, Instant Checkmate and its data providers may conduct periodic reviews of Customer's use of the Services and may, upon reasonable notice, audit Customer's records, processes and procedures related to Customer's use, storage and disposal of the Services and information received therefrom. Customer agrees to cooperate fully with any and all audits and to respond to any such audit inquiry within ten (10) business days, unless an expedited response is required. Violations discovered in any review and/or audit by Instant Checkmate will be subject to immediate action including, but not limited to, suspension or termination of the Limited License to use the Services, reactivation fees, legal action, reporting of such violations to third parties (including its third-party data providers) and/or referral to federal or state regulatory agencies.

## 8) Survival of Agreement.

Provisions hereof related to release of claims; indemnification; use and protection of information, data and Services; audit; Instant Checkmate's use and ownership of Customer's search inquiry data; disclaimer of warranties; security; and customer data shall survive any termination of the Limited License to use Services.

## 9) Attorneys' Fees.

Subject to Section 7 above, the prevailing party in any action, claim or lawsuit brought pursuant to this Limited License is entitled to payment of all attorneys' fees and costs expended by such prevailing party in association with such action, claim or lawsuit.

## 10) Change in Agreement.

By receipt of the Services, Customer agrees to, and shall comply with, changes to the Limited License granted Customer in Paragraph 1 herein and changes to other provisions of this Limited License as Instant Checkmate shall make from time to time by notice to Customer via e-mail, online "click wrap" amendments, facsimile, mail, invoice announcements, or other written notification. All e-mail notifications shall be sent to the individual who is associated with a Membership Plan, unless stated otherwise in this Agreement. Instant Checkmate may, at any time, impose restrictions and/or prohibitions on the Customer's use of the Services or certain data. Customer understands that such restrictions or changes in access may be the result of a modification in Instant Checkmate policy, a modification of third-party agreements, a modification in industry standards, a data breach or data violation or a change in law or regulation, or the interpretation thereof. Upon written notification by Instant Checkmate of such restrictions, Customer agrees to comply with such restrictions.

## 11) ACKNOWLEDGEMENT.

BY PURCHASING, SUBSCRIBING TO A MEMBERSHIP PLAN, OR OTHERWISE USING THE SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ THESE TERMS OF USE AND AGREE TO BE BOUND BY THEM.

## 12) Contact Information.

If you have questions about this Limited License or want to contact us, please send an email to support@instantcheckmate.com or write to us at:

Instant Checkmate
3111 Camino Del Rio N Suite 400
San Diego, CA 92108

**Search Our Index of Common Last Names**

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| G | H | I | J | K | L |
| M | N | O | P | Q | R |
| S | T | U | V | W | X |
| Y | Z |   |   |   |   |

## Quick Links

People Search

Criminal Records Database

Glossary

Arrest Records

Sex Offender Database

Inmate Search

Crimewire Blog

Sample Report

Site Map

Help

About

Features

FAQs

Press Page

Do's and Don'ts

Reverse Phone Lookup

Become an Affiliate

Reviews

Instant Checkmate Mobile App (Android)

Instant Checkmate Mobile App (iOS)

Privacy Policy

Terms of Use

Limited License for Services

DMCA

Cancel Membership

Do Not Sell My Info

## Contact Us

Questions and Member Care

800.222.8985

Regular Hours:

**Open 7 Days a Week
5:00am to 10:00pm PST\*
(8:00am - 1:00am EST)
\*Holiday Hours Vary
Spanish Hours (8:00am - 5:00pm PST)**

DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2020 INSTANT CHECKMATE LLC All Rights Reserved.