# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Bentley, Nicholas Longo, Hendry Idar III, Vincent Hardy, Jesus Sanchez, and Taryn Mitchell, on behalf of themselves and of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The Control Group Media Company, Inc., Instant Checkmate, LLC, TruthFinders, LLC<br><br>Defendant. | CASE NO. 19-cv-2437 DMS RBB<br><br>**ORDER ON JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME FOR THE PARTIES TO SUBMIT BRIEFING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

Before the Court is the Joint Motion for Additional Extension of Time for the Parties to Submit Briefing on Defendants' Motion to Compel Arbitration. The Court has considered the joint motion, and good cause appearing, it is **HEREBY ORDERED** that the motion is **GRANTED**. Plaintiffs' deadline to file their Response to Defendants' Motion to Compel Arbitration shall be extended from April 24, 2020 to May 8, 2020, and Defendants' deadline to file their Reply shall be extended from May 8, 2020 to May 22, 2020.

**IT IS SO ORDERED.**

Dated: April 23, 2020

                                           Hon. Dana M. Sabraw
                                           United States District Judge