1  GORDON REES SCULLY MANSUKHANI, LLP
   HAZEL MAE B. PANGAN (SBN: 272657)
2  hpangan@grsm.com
   101 W. Broadway, Suite 2000
3  San Diego, CA 92101
   Telephone: (619) 230-7479
4  Facsimile: (619) 696-7124

5  DAMON W.D. WRIGHT
   (*pro hac vice* application to be filed)
6  dwright@grsm.com
   1101 King St., Suite 520
7  Alexandria, VA 22314
   Telephone: (202) 399-1009
8  Facsimile: (202) 800-2999

9  *Attorneys for Defendants*
   *The Control Group Media*
10 *Company, LLC, Instant Checkmate, LLC,*
   *and TruthFinder, LLC*
11

12              **UNITED STATES DISTRICT COURT**

13              **SOUTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  CHRISTOPHER BENTLEY; NICHOLAS LONGO; HENDRY IDAR III; VINCENT HARDY; JESUS SANCHEZ; and TARYN MITCHELL, on behalf of themselves and of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CONTROL GROUP MEDIA COMPANY, INC.; INSTANT CHECKMATE, LLC; TRUTHFINDER, LLC,<br><br>Defendants. | CASE NO. 19-cv-2437 DMS RBB<br><br>*Hon. Dana M. Sabraw*<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LIMITED EXPEDITED DISCOVERY**<br><br>Hearing<br>Date: July 10, 2020<br>Time: 1:30 p.m.<br>Courtroom: 13A, 13th Floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT, on July 10, 2020 at 1:30 p.m. before the Honorable Dana M. Sabraw, United States District Judge, in Courtroom 13A on the 13th Floor of the U.S. District Court for the Southern District of California, located at James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Defendants, by counsel, will move this Court for an order granting limited expedited discovery to determine whether E-Legal, Inc. d/b/a Easy Expunctions.com ("Easy Expunctions") remained Plaintiffs' agent when it agreed to Defendants' website terms thus requiring Plaintiffs to arbitrate their claims.  This Motion is based on this Notice of Motion and Motion, the following Memorandum of Points and Authorities, the complete files and records in this action, and such further evidence and argument the Court might allow.

The Motion is made following the conference of counsel on May 22, 2020 pursuant to Civil L.R. 26.1.

Dated:  May 22, 2020

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Hazel Mae B. Pangan
Hazel Mae B. Pangan
Damon W.D. Wright
*Attorneys for Defendants*
THE CONTROL GROUP MEDIA COMPANY, LLC, INSTANT CHECKMATE, LLC, TRUTHFINDER, LLC

1 **CERTIFICATE OF SERVICE**

2     The undersigned hereby certifies that on May 22, 2020 the foregoing Motion

3 was filed through the Court's CM/ECF system, which will send notification of

4 such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

6             */s/ Hazel Mae B. Pangan*

7             Hazel Mae B. Pangan