# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Bentley, Nicholas Longo, Hendry Idar III, Vincent Hardy, Jesus Sanchez, and Taryn Mitchell, on behalf of themselves and of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>The Control Group Media Company, Inc., Instant Checkmate, LLC, TruthFinder, LLC,<br><br>Defendants. | CASE NO. 19-cv-2437 DMS RBB<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Christopher Bentley, Nicholas Longo, Hendry Idar III, Vincent Hardy, Jesus Sanchez, and Taryn Mitchell, by counsel, and Defendants The Control Group Media Company, Inc., Instant Checkmate, LLC, TruthFinder, LLC ("Defendants"), by counsel, have filed a joint Stipulation of Dismissal with Prejudice.  (ECF No. 20.)

It is therefore ORDERED that all claims of Plaintiffs against Defendants are dismissed, with prejudice. Plaintiffs and Defendants shall each bear their own costs and attorneys' fees.

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated:  December 22, 2020

Hon. Dana M. Sabraw
United States District Judge

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE